William C. Dresser, 104375
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113
Tel:    408/279-7529
Fax:   408/298-3306

Attorneys for Plaintiffs and Relators
Gregor Lesnik and Stjepan Papes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, <br><br> Plaintiffs and Relators, <br><br> vs. <br><br> EISENMANN SE, et al. <br><br> Defendants. <br> _____/ | No: 16-CV-01120-LHK <br><br> Notice of Dismissal Without Prejudice of Specified Defendants as to Second Cause of Action, Count 1 |

NOTICE IS HEREBY GIVEN THAT Plaintiffs and Relators Gregor Lesnik and Stjepan Papes voluntarily dismiss the Second Cause of Action, First Count of the Second Amended Complaint, titled "Class action wages claims" against:

Defendants Daimler AG, Mercedes-Benz U.S. International, Inc., Bayerische Motoren Werke, CiTic Dicastal Co., Ltd., Volkswagen Group of America Chattanooga Operations, LLC (sued herein as "Volkswagen"), LB metal d.o.o., aka Mos LB Metal d.o.o., D2N Tehnologije d.o.o. aka D2N d.o.o.. Primiko, d.o.o., Volvo Car Corporation (dba "Volvo Car North America, LLC fka Volvo Cars of North America, LLC") sued as Doe 1, Deere & Company (sued herein as "John Deere") sued as Doe 2, Lax Fabricating Ltd sued as Doe 3, Keystone Automotive sued as Doe 4, Phoenix Mechanical sued as Doe 5, REHAU Incorporated, sued as Doe 6, HRD/ MONT d.o.o. sued as Doe 7, VV

1  Mont sued as Doe 8, Magma, Intl sued as Doe 9, Magma Services Gmbh, sued as Doe
2  10, Magma, d.o.o, sued herein as Doe 11, We-Kr d.o.o. sued as Doe 12, RIMSA PLUS
3  Sp. z o.o. sued as Doe 13, Enterprise MDM Poland Sp. z o. o. (parent) sued as Doe 14,
4  MDM Polska sp. z.o.o. sued as Doe 15, and Moss, d.o.o. sued as Doe 16.

   This dismissal is without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(I).

Dated:  March 6, 2018

                                  Law Offices of William C. Dresser

                            ___/s/_____
                            By William C. Dresser
                            Attorneys for Plaintiffs and Relators

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 4 North Second Street, Suite 1230, San Jose, California 95113.

On March 5, 2018 I served the following document(s):

Notice of Dismissal Without Prejudice of Specified Defendants as to Second Cause of Action, Count 1

on the interested parties in this action:

By United States Mail: I caused the above-referenced document(s) to be deposited in a sealed envelope with postage thereon fully prepaid, in the United States Mail, at San Jose, California, addressed as follows:

| | |
|---|---|
| Padraic Foran<br>Hueston Hennigan LLP<br>523 West 6th St., Suite 400<br>Los Angeles, CA 90014<br>Tel: 213.788.4354<br>PFORAN@HUESTON.COM<br>Attorney for Tesla Motors, Inc. | Tera M. Heintz<br>Morgan, Lewis & Bockius LLP<br>One Market Street, Spear Tower<br>San Francisco, CA 94105<br>Tel: 415.442.1334<br>Fax: 415.442.1001<br>tera.heintz@morganlewis.com<br>Attorney for John Deere |
| Jeremy Byrum<br>Sylvia Kim<br>McGuire Woods<br>Gateway Plaza<br>800 E. Canal St.,<br>Richmond, VA 23219-3916<br>Tel: 804.370.1650<br>Fax: 804 698 2080<br>jbyrum@mcguirewoods.com<br>Attorney for Mercedes-Benz U.S., International, Inc. and for Rehau, Inc. | Charles "Chuck" Lee<br>Miller & Martin PLLC<br>Volunteer Building Suite 1200<br>832 Georgia Avenue<br>Chattanooga, TN 37402-2289<br>Tel: 423.756.6600<br>Fax: 423.785.8480<br>Chuck.Lee@millermartin.com<br>Attorney for Volkswagen Group of America Chattanooga Operations, LLC |
| Aaron M. Bernay<br>Frost Brown Todd LLC<br>Great American Tower<br>301 E Fourth St., Suite 3300<br>Cincinnati, OH 45202<br>Tel: 513\651-6831<br>Fax: 513\651-6981<br>Abernay@fbtlaw.com<br>Attorneys for Eisenmann Corp. | Scott R. Carvo<br>Warner Norcross & Judd LLP,<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, MI 49503-2487<br>Tel: 616.752.2000<br>scarvo@wnj.com<br>attorney for CiTic Dicastal Co., Ltd. |

| | |
|---|---|
| Regina Petty<br>Fisher & Phillips<br>4747 Executive Drive, Suite 1000<br>San Diego, CA 92121<br>Tel: 858\597-9614<br>Fax: 213.330.4501<br>rpetty@fisherphillips.com<br>attorneys for LAX Fabricating | Jesse L. Miller<br>Reed Smith<br>101 2nd St #1800<br>San Francisco, CA 94105<br>Tel: 415\659-5973<br>jessemiller@reedsmith.com<br>for Defendant Volkswagen Group of<br>America Chattanooga Operations, LLC |

Colin West
Morgan Lewis
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: 415\442-1121
Fax: 415\442-1001
colin.west@morganlewis.com
for defendant BMW of North America, LLC and/or BMW Manufacturing Co, LLC

By E-Service: The above documents were also served in accordance with the Electronic Case Filing provisions of General Order 45 of U.S. District Court, N.D. California via the ecf system by those recipients designated on the Court's website, including:

Kimberly Friday     kimberly.friday@usdoj.gov

Michael Quinn Eagan , Jr     michael.eagan@morganlewis.com

Regina Alvinette Petty     rpetty@laborlawyers.com

Sylvia Jihae Kim     skim@mcguirewoods.com

Tera Marie Heintz     theintz@morganlewis.com,

James Mark Neudecker     jneudecker@reedsmith.com

I declare under penalty of perjury under the laws of the State of California and of the United States that the above is true and correct, and that this declaration regarding service was executed by me on March 6, 2018 at San Jose, California.

　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　William C. Dresser

USexrelLesnik\Pld\Dismissal_2CA_Count1.306