BOIES SCHILLER FLEXNER LLP
Quyen Le Ta (CA SBN 229956)
Kaitlyn M. Murphy (CA SBN 293309)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 847-1000
Fax: (510) 874-1460
QTa@bsfllp.com
KMurphy@bsfllp.com

FROST BROWN TODD LLC
Kevin M. Tierney, *pro hac vice*
Catherine F. Burgett, *pro hac vice*
Aaron M. Bernay, *pro hac vice*
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
KTierney@fbtlaw.com
CBurgett@fbtlaw.com
ABernay@fbtlaw.com

*Attorneys for Defendant Eisenmann Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EISENMANN SE, et al.,<br><br>　　　　　　　Defendants. | Case No. 5:16-cv-01120-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EISENMANN CORPORATION'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Judge:　　　　Hon. Lucy H. Koh<br>Hearing Date: October 4, 2018<br>Time:　　　　1:30 PM<br>Courtroom:　　8, 4th Floor |

## [PROPOSED] ORDER

Defendant Eisenmann Corporation ("Eisenmann USA") has filed a Motion to Dismiss Plaintiffs' Second Amended Complaint ("Eisenmann USA's Motion to Dismiss") certain information in its Motion to Dismiss Plaintiffs' Second Amended Complaint.

After full consideration of the moving and opposing papers of each party, the arguments of counsel, and all other matters presented to the Court, and for good cause shown,

IT IS HEREBY ORDERED THAT: Defendant's motion is GRANTED.

IT IS SO ORDERED.

Dated: _____        _____
                                     Hon. Lucy H. Koh
                                     United States District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANT EISENMANN CORPORATION'S
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
CASE NO. 5:16-CV-01120-LHK