1  William C. Dresser, 104375
   Law Offices of William C. Dresser
2  4 North Second Street, Suite 1230
   San Jose, California 95113
3  Tel:   408/279-7529
   Fax:   408/298-3306
4
   Attorneys for Plaintiffs and Relators
5  Gregor Lesnik and Stjepan Papes

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                          SAN JOSE DIVISION
9

10
   United States of America, ex rel. Gregor        No: 16-CV-01120-LHK
11 Lesnik; Stjepan Papes,
                                                   Notice of Dismissal Without Prejudice of
12      Plaintiffs and Relators,                   Class claims, and of Gregor Lesnik
                                                   individual claims, on Second Cause of
13 vs.                                             Action of the Third Amended Complaint
                                                   for FLSA Class action minimum wages
14 Eisenmann SE, et al.                            claims

15      Defendants.
                                          /
16
        NOTICE IS HEREBY GIVEN THAT Plaintiff Gregor Lesnik for himself individually
17
   and as a proposed class representative, and Plaintiff Stjepan Papes as a proposed class
18
   representative but not individually, voluntarily dismiss without prejudice the Second
19
   Cause of Action of the Third Amended Complaint for FLSA Class action minimum wages
20
   claims.
21
        This dismissal is without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).
22
   Dated:  December 17, 2018
23                                            Law Offices of William C. Dresser
24

25                                            ___/s/_____
                                              By William C. Dresser
26                                            Attorneys for Plaintiffs and Relators

27

28
   _____
        US ex rel Lesnik v Eisenmann; USDC, ND Cal no. 16-CV-01120-LHK
   Dismiss Without Prejudice Class Action and Lesnik Portion of Second Cause of Action 1

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 4 North Second Street, Suite 1230, San Jose, California 95113. On December 17, 2018 I served the following document(s):

Notice of Dismissal Without Prejudice of Class claims, and of Gregor Lesnik individual claims, on Second Cause of Action of the Third Amended Complaint for FLSA Class action minimum wages claims

electronically through the CM / ECF system for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of California and of the United States that the above is true and correct, and that this declaration regarding service was executed by me on December 17, 2018 at San Jose, California

_/s/_____
William C. Dresser

USexrelLesnik\Pld\Dismissal_3AC_FLSA.c17