United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGOR LESNIK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EISENMANN SE, et al.,<br><br>    Defendants. | Case No. 16-CV-01120-LHK<br><br>**ORDER RE: MOTIONS FOR DEFAULT JUDGMENT** |

In the October 30, 2019 Case Management Order, the Court set a deadline of February 28, 2020 for Plaintiff to dismiss or file default judgment motions for non-appearing defendants. ECF No. 415. As of January 21, 2020, the Clerk has entered default as to 12 of the defendants in this case. In order to maintain the efficiency and order of the case, Plaintiff is instructed to avoid filing duplicative motions for default judgment and should instead attempt to group related defendants into the same motion wherever possible. Further, by January 27, 2020, Plaintiff shall file a statement indicating how many separate motions and as to which Defendants Plaintiff intends to move for default judgment.

**IT IS SO ORDERED.**

Dated: January 21, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No. 16-CV-01120-LHK
ORDER RE: MOTIONS FOR DEFAULT JUDGMENT