UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGOR LESNIK, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EISENMANN SE, et al.,<br><br>　　　　Defendants. | Case No. 16-CV-01120-LHK<br><br>**ORDER AMENDING SCHEDULE FOR FILING MOTIONS FOR DEFAULT JUDGMENT** |

　　On February 13, 2020, Plaintiffs notified the Court that they intended to file four separate motions for default judgment, ECF No. 456, for which the Court previously set a filing deadline of February 28, 2020, ECF No. 415. Plaintiffs further stated that one of their motions will seek default judgment on behalf of class claims. ECF No. 456 at 1–2.

　　However, the Court notes that the motion for class certification is not due until April 23, 2020. ECF No. 415. Consequently, the Court hereby ORDERS that Plaintiffs' motion seeking default judgment on behalf of a class be filed concurrently with their motion for class certification by the April 23, 2020 deadline. All other deadlines, including for the other three motions for default judgment, remain as set.

**IT IS SO ORDERED.**

Dated: February 19, 2020

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge