William C. Dresser, 104375
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113
Tel:   408/279-7529
Fax:   408/298-3306

HUNTER PYLE, SBN 191125
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
hunter@hunterpylelaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, <br><br>Plaintiffs, <br><br>vs. <br><br>EISENMANN SE, et al. <br><br>Defendants. | Case No. 5:16-cv-01120-LHK <br><br>**Proof of Service of Plaintiff Stjepan Papes' Motion as Class Representative for Default Judgment on Class Wage and Hour Claims** <br><br>Date:       August 27, 2020 <br>Time:       1:30 p.m. <br>Courtroom: 8, 4th Floor <br><br>Judge:      Hon. Lucy H. Koh |

I declare that I am over the age of eighteen (18) and not a party to this action.  My business address is 4 North Second Street, Suite 1230, San Jose, California 95113.

On April 24, 2020 I served the following documents:

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF

STJEPAN PAPES'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON CLASS

WAGE AND HOUR CLAIMS;

DECLARATION OF KATHERINE FIESTER IN SUPPORT OF PLAINTIFF STJEPAN PAPES'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON CLASS WAGE AND HOUR CLAIMS;

DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFF STJEPAN PAPES'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON CLASS WAGE AND HOUR CLAIMS; and

[PROPOSED] ORDER GRANTING PLAINTIFF STJEPAN PAPES'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON CLASS WAGE AND HOUR CLAIMS; JUDGMENT

electronically through the CM / ECF system for filing and service via transmittal of a Notice of Electronic Filing; and

by placing a true and correct copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid by priority International Mail with tracking, and delivered to the United States Postal Service in San Jose, California, addressed as follows:

Robert Vuzem
Hrastovec 129
2238 Zavrc
SLOVENIA

Ivan Vuzem
Hrastovec 129
2238 Zavrc
SLOVENIA

ISM Vuzem, d.o.o.
Gorak 4
2283 Zavrc
SLOVENIA

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and was executed by me on April 24, 2020, at San Jose, California.

__/s/_____
William C. Dresser

POS_MtnJudgment_Class.424

2

5A

CH0969245880S

**USPS Customs Declaration and Dispatch Note**

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION** (CONTINUED) – BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| MI | | / / |
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |
| 7. Sender's Email Address | | 8. Addressee's Email Address |
| 9. Exporter's Reference (If applicable and known) | | 10. Exporter's Telephone (If applicable and known) |
| 11. Importer's Reference (If applicable and known) | | 12. Importer's Telephone (If applicable and known) |
| 13. AES ITN (If applicable) | | 14. AES Exemption — NOEEI § (Check one if applicable) ☐ § 30.36  ☐ § 30.37(a)  ☐ § 30.37(h)  ☐ § 30.37(y)  ☐ Other |
| 15. License Number (If applicable) | 16. Certificate Number (If applicable) | 17. Invoice Number (If applicable) |
| 18. Length (Inches) | 19. Width (Inches) | 20. Height (Inches) |
| 21. Restrictions (If applicable — check all that apply) ☐ Quarantine  ☐ Sanitary/Phytosanitary Inspection | | 22. Nondelivery Instructions (Check one) ☐ Return to Sender  ☐ Treat as Abandoned |
| 23. Sender's Signature and Date | | |

**I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.**

For Business Mailers, for items in Block 2 (if the information is known)

| 24. HS Tariff Number | 25. Country of Origin |
|---|---|

Full Last Name: Dresser
Full First Name: [illegible]  MI
Business Name (if applicable)
Sender's Telephone

Address-1: [illegible] St Floor
Address-2
City: San Jose   State: CA   ZIP Code: 95[illegible]

**ADDRESSEE'S INFORMATION**
Full Last Name: He-[illegible]
Full First Name: Rose R.  MI
Business Name (if applicable): 12[illegible]
Addressee's Telephone

Address-1: Hrstoves  129
Address-2
City: [illegible]   State/Province: [illegible]   Postal Code: [illegible]   Country: Sydney

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply)
☐ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other

2. Detailed Description of Contents (Enter only one item per line)

| | 3. Quantity | 4. Net Weight (Ea) Lbs  Oz | 5. Value (Ea) U.S. $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| 6. Total | | | |

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992    IMPORTANT: This package may be opened officially.    **4 – Sender's Copy**

**UNITED STATES POSTAL SERVICE®**

# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

## SHIPMENT INFORMATION (CONTINUED) – BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| | 9515 | / / |
| Total Postage/Fees (U.S.$) | Insured Value (U.S.$) | Insured Fee (U.S.$) |
| 67.45 | 100 | |

**7.** Sender's Email Address

**8.** Addressee's Email Address

**9.** Exporter's Reference (if applicable and known)

**10.** Exporter's Telephone (if applicable and known)

**11.** Importer's Reference (if applicable and known)

**12.** Importer's Telephone (if applicable and known)

**13.** AES ITN (if applicable)

**14.** AES Exemption – NOEEI§ (Check one if applicable)
☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)
☐ § 30.37 (y)   ☐ Other

**15.** License Number (if applicable) **16.** Certificate Number (if applicable) **17.** Invoice Number (if applicable)

**18.** Length (inches)   **19.** Width (inches)   **20.** Height (inches)

**21.** Restrictions (if applicable — check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection

**22.** Nondelivery Instructions (Check one)
☐ Return to Sender
☐ Treat as Abandoned

**23.** Sender's Signature and Date

4/13/1/20

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2, (if the information is known)

**24.** HS Tariff Number   **25.** Country of Origin

---

CH096924265US

**Full First Name**
William

**Business Name** (if applicable)
Law Office of William Dresser

**Address-1**
4 N. 2nd Street

**Address-2**
Suite 1230

**City**: San Jose   **State**: CA   **ZIP Code™**: 95113

### ADDRESSEE'S INFORMATION

**Full Last Name**
Vizentin

**Full First Name**
J.B.U.

**Business Name** (if applicable)
Mt. Vizentin

**Address-1**
Gorak 4

**Address-2**

**City**: Lovrc   **State/Province**:   **Postal Code**: 4283   **Country**: Slovenia

### SHIPMENT INFORMATION

**1.** Category of Items (Check all that apply)
☐ Document   ☐ Commercial Sample   ☐ Merchandise   ☐ Dangerous Goods
☐ Gift   ☐ Returned Goods   ☐ Humanitarian Donation   ☒ Other

**2.** Detailed Description of Contents
(Enter only one item per line)

| 3. Quantity | 4. Net Weight (Ea) Lbs. | 4. Net Weight (Ea) Oz. | 5. Value (Ea) U.S.$ |
|---|---|---|---|
| Legal Docu Misc. | 1 | 2 | | 100 |
| **6.** Total | | | |

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992   IMPORTANT: This package may be opened officially.   **4 – Sender's Copy**

# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

## SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| MI | | / / |
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |
| 7. Sender's Email Address | | 8. Addressee's Email Address |
| 9. Exporter's Reference (If applicable and known) | | 10. Exporter's Telephone (If applicable and known) |
| 11. Importer's Reference (If applicable and known) | | 12. Importer's Telephone (If applicable and known) |
| 13. AES ITN (If applicable) | | 14. AES Exemption — NOEEIs (Check one If applicable) ☐ § 30.36  ☐ § 30.37 (a)  ☐ § 30.37 (h) ☐ § 30.37 (y)  ☐ Other |
| 15. License Number (If applicable) | 16. Certificate Number (If applicable) | 17. Invoice Number (If applicable) |
| 18. Length (Inches) | 19. Width (Inches) | 20. Height (Inches) |
| 21. Restrictions (If applicable — check all that apply) ☐ Quarantine  ☐ Sanitary/Phytosanitary Inspection | | 22. Nondelivery Instructions (Check one) ☐ Return to Sender  ☐ Treat as Abandoned |
| 23. Sender's Signature and Date | | |

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

| For Business Mailers for Items in Block 2 (If the information is known) | 25. Country of Origin |
|---|---|
| 24. HS Tariff Number | |

## SENDER'S INFORMATION

CH096924818US

Full Last Name:

Business Name (If applicable):   Sender's Telephone:

Address-1:

Address-2:

City:   State:   ZIP Code:

## ADDRESSEE'S INFORMATION

Full Last Name:   Full First Name:

Business Name (If applicable):   Addressee's Telephone:

Address-1:

Address-2:   Postal Code:

City:   State/Province:   Country:

## SHIPMENT INFORMATION

1. Category of Items (Check all that apply)
   ☐ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
   ☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other

2. Detailed Description of Contents (Enter only one item per line)

| 3. Quantity | 4. Net Weight (Ea) | | 5. Value (Ea) |
|---|---|---|---|
| | Lbs. | Oz. | U.S. $ |
| | | | 100 |

6. Total

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992   IMPORTANT: This package may be opened officially.   **4 – Sender's Copy**