BOIES SCHILLER FLEXNER LLP
Alexander J. Holtzman (SBN 311813)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899
AHoltzman@bsfllp.com

FROST BROWN TODD LLC
Aaron M. Bernay, *pro hac vice*
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
ABernay@fbtlaw.com

*Attorneys for Defendant*
*Eisenmann Corporation*

TESLA, INC.
Aaron D. Langberg (SBN 284975)
901 Page Avenue
Fremont, CA 94538
Tel: (510) 828-8959
alangberg@tesla.com

*Attorneys for Defendant Tesla, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, <br><br> Plaintiffs, <br><br> v. <br><br> EISENMANN SE, et al., <br><br> Defendants. | Case No. 5:16-CV-01120-LHK <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge:        Hon. Lucy H. Koh <br> Courtroom:   8, 4th Floor |

CERTIFICATE OF SERVICE FOR UNOPPOSED ADMIN. MOT. RE RELATED CASES
CASE NO. 5:16-CV-01120-LHK

I, Alexander J. Holtzman, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, CA. I am over the age of 18 and not a party to the within action. My business address is 44 Montgomery St., 41st Floor, San Francisco, CA 94104.

On November 8, 2021, I served the following documents described as:

**NOTICE OF RELATED CASES UNDER CIVIL L.R. 3-12; UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**DECLARATION OF AARON M. BERNAY IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

☒   **BY UNITED STATES POSTAL SERVICE**: I arranged for a true copy to be placed in a sealed envelope addressed to the addresses indicated on the Service List below, on the above-mentioned date via First Class Mail to domestic addresses and Priority Mail International to international addresses. I am familiar with the Firm's practice of collection and processing correspondence for delivery by the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒   **BY ELECTRONIC MAIL TRANSMISSION**: By electronic mail transmission from aholtzman@bsfllp.com on November 5, 2021, by transmitting a PDF format copy of such document to each such person at the e-mail addresses on the Service List below. The document was transmitted by electronic transmission and such transmission was reported as complete and without error.

Parties with counsel registered with the Court's CM/ECF system in this action will receive service of the above documents via the Court's CM/ECF system. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 8, 2021, at Miami, Florida.

 */s/ Alexander J. Holtzman*
Alexander J. Holtzman

---

1
CERTIFICATE OF SERVICE OF UNOPPOSED ADMIN. MOT. RE RELATED CASES
Case No. 5:16-CV-01120-LHK

# SERVICE LIST

| RECIPIENT(S) | EMAIL ADDRESS(ES) |
|---|---|
| William C. Dresser<br>LAW OFFICES OF WILLIAM DRESSER<br>4 North Second Street, Suite 1230<br>San Jose, CA 95113<br><br>*Attorneys for Plaintiffs Gregor Lesnik, Stjepan Papes, Saša Maslic, Ivan Drzaic, Robert Hernaus, Leopold Hubek, Leon Hudoldetnjak, Elvis Koscak, Tomica Panic, Željko Puljko, Darko Šincek, David Štante, Nedeljko Živani, Gogo Rebic, Mitja Pogorevc, Stjepan Novoselac, Grega Povh, Davor Hudin, Marijan Lazar* | loofwcd@aol.com |
| ISM VUZEM D.O.O.<br>Goricak 4<br>2283 Zavrč<br>SLOVENIA | urska@kezmah.si |
| ISM VUZEM USA, INC.<br>1600 Azalea Hill Drive, Unit 304<br>Greenville, SC 29607 | urska@kezmah.si |
| ISM VUZEM USA, INC.<br>VUZEM USA, INC.<br>c/o Branko Tomas<br>Brotto Company<br>P.O. Box 27740<br>Las Vegas, NV 89126 | urska@kezmah.si |
| GREGUREC LTD.<br>c/o Mr M Gregurec<br>Zavrc 8<br>2283 Zavrc / Pri Pruj<br>SLOVENIA | |
| HRID-MONT D.O.O.<br>Rimska Polscad 6<br>2250 Ptuj<br>SLOVENIA | urska@kezmah.si |
| Ivan Vuzem<br>Hrastovec 129<br>2283 Zavrč<br>SLOVENIA | urska@kezmah.si |
| Robert Vuzem<br>Hrastovec 129<br>2283 Zavrč<br>SLOVENIA | urska@kezmah.si |
| LB METAL D.O.O.<br>Osojnikova 9<br>2250 Ptuj<br>SLOVENIA | |

| RECIPIENT(S) | EMAIL ADDRESS(ES) |
|---|---|
| MOS SERVIS D.O.O.<br>Mestinje 2b<br>3241 Podplat<br>SLOVENIA | |
| MAGNA, D.O.O.<br>Letaliska Cesta 16A<br>1000 Ljubljana<br>SLOVENIA | |
| WE-KR D.O.O.<br>Vladimira Nazora 96 D<br>42240 Ivanec<br>CROATIA | |