WILLIAM C. DRESSER, SBN 104375
Law Office of William C. Dresser
14125 Capri Drive, Suite 4
Los Gatos, CA 95032
Tel: 408-279-7529
Alt: 408-628-4414
Fax: 408-668-2990

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, <br><br> Plaintiffs, <br><br> vs. <br><br> EISENMANN SE, et al. <br><br> Defendants. | Case No.: 5:16-cv-01120-BLF <br><br> PLAINTIFFS AND RELATORS' STATUS REPORT <br><br> Hon. Beth Labson Freeman <br><br> Courtroom 3, 5th Floor |

Plaintiffs and Relators Gregor Lesnik and Stjepan Papes[1] hereby respectfully submit this Status Report pursuant to the January 19, 2022 Order Vacating All Hearings and Related Deadlines; and Directing Parties to File a Status Report by February 2, 2022 (ECF Doc #603).

Plaintiffs filed on October 31, 2018 their Third Amended Complaint (TAC). (Doc #269).

Plaintiffs filed on December 17, 2018 dismissals of the TAC against multiple

---

[1] Counsel for Eisenmann Corporation states in an e-mail: "The Court has ordered that the "remaining parties in the case who have appeared" file a joint status report in Lesnik setting forth the status of the thirteen claims asserted in the TAC. As Eisenmann Corporation has been dismissed, Eisenmann does not plan to join or otherwise contribute to the status report."

- 1 -
US EX REL LESNIK V EISENMANN, ND CALIFORNIA 5:16-CV-01120
Status Report

defendants.  (Doc #304 to 322).

Plaintiffs, Eisenmann Corporation, Tesla Inc., and Specially Appearing Defendants Eisenmann SE, Eisenmann Anlagenbau Verwaltung GmbH, and Eisenmann Anlagenbau GmbH & Co. KG reached a settlement of their claims and counterclaims.  An Order confirming dismissal and retaining jurisdiction to enforce the agreement was issued on March 6, 2020. (Doc #484).

On September 17, 2021, the Court denied the Motion for Default Judgment on the False Claims Act Cause of Action (Doc #585).

On September 19, 2021, the Court granted in part and denied in part the Motion for Default Judgment on the Coerced Labor Cause of Action (Doc #586).

On September 20, 2021, the Court denied without prejudice the Motion for Default Judgment on the FLSA Wages Causes of Action (Doc #587).

On October 19, 2021, Plaintiff Papes refiled an Amended Renewed Motion for Default Judgment on the FLSA Wages Causes of Action (Doc #594).

On January 19, 2022, the Court vacated the hearing on the motion for default judgment on the FLSA wages claims and struck the renewed motion (Doc #603).

A list of defendants on the TAC and the status of claims against them is attached.

Dated:  January 31, 2022

```
_____/s/_____
```
William C. Dresser
Attorneys for Plaintiffs and Relators
Gregor Lesnik and Stjepan Papes

# Defendants named in TAC

| Name | Status |
| --- | --- |
| Eisenmann SE | all claims dismissed |
| Eisenmann Anlagenbau GmbH & Co. KG | all claims dismissed |
| Eisenmann Anlagenbau Verwaltung GmbH | all claims dismissed |
| Eisenmann Corporation | all claims dismissed |
| ISM Vuzem d.o.o. | default judgment entered on C/A 9, pending (to file amended motion for) default judgment on C/A 2 and 3, all other claims dismissed |
| ISM Vuzem USA, Inc. | default judgment entered on C/A 9, pending default judgment on C/A 2 and 3, all other claims dismissed |
| Vuzem USA, Inc. | default judgment entered on C/A 9, pending default judgment on C/A 2 and 3, all other claims dismissed |
| Robert Vuzem | default judgment entered on C/A 9, pending default judgment on C/A 2 and 3, all other claims dismissed |
| Ivan Vuzem | default judgment entered on C/A 9, pending default judgment on C/A 2 and 3, all other claims dismissed |
| Tesla, Inc | all claims dismissed |
| Gregurec Ltd | all claims dismissed |
| Daimler AG | all claims dismissed |
| Mercedes-Benz U.S. International, Inc | all claims dismissed |
| BMW Manufacturing Co., LLC | all claims dismissed |
| Dicastal North America, Inc | all claims dismissed |
| Volkswagen Group of America Chattanooga Operations, LLC | all claims dismissed |
| Volkswagen | all claims dismissed |
| LB metal d.o.o. | all claims dismissed |
| Mos Servis, d.o.o | all claims dismissed |
| D2N Tehnologije d.o.o. | all claims dismissed |
| Primiko, d.o.o. | all claims dismissed |
| Volvo Car Corporation | all claims dismissed |
| Volvo Car US Operations, Inc. | all claims dismissed |
| Deere & Company | all claims dismissed |
| Lax Fabricating Ltd | all claims dismissed |
| Keystone Automotive | all claims dismissed |
| Phoenix Mechanical | all claims dismissed |
| REHAU Incorporated | all claims dismissed |

## Defendants named in TAC

| | |
|---|---|
| HRID-MONT d.o.o | default judgment entered on C/A 9, pending default judgment on C/A 2 and 3, all other claims dismissed |
| VV Mont, d.o.o. | all claims dismissed |
| Magna International, Inc. | all claims dismissed |
| Magna Automotive Services GmbH | all claims dismissed |
| Magna, d.o.o. | all claims dismissed |
| We-Kr d.o.o. | all claims dismissed |
| RIMSA PLUS Sp. z.o.o | all claims dismissed |
| Enterprise MDM Poland Sp. z.o.o. | all claims dismissed |
| MDM Polska sp. z.o.o. | all claims dismissed |