UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Form CAND 133 (Rev. 10/2021)

# BILL OF COSTS

Please follow the instructions on page 3 when completing this form.

**COURT USE ONLY**

OBJECTION DEADLINE:
OBJECTION FILED? YES ☐    No ☐

| 1. CASE NAME | 2. CASE NUMBER | 3. DATE JUDGMENT ENTERED |
|---|---|---|
| US ex rel Lesnik et al v Eisenmann SE et al | 5:16-cv-01120-BLF | |

| 5. NAME OF CLAIMING PARTY | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") |
|---|---|
| Plaintiff Stjephan Papes | William C. Dresser |

4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED
ISM Vuzem, d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc.,
Ivan Vuzem, Robert Vuzem, and HRID-Mont, d.o.o.

7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE

8. REQUEST TO TAX THE FOLLOWING AS COSTS:

(SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | | | | | |
| Service of Process, Civil LR 54-3(a)(2) | 15,313.61 | 3,4,5,6,7,8,9,10,11,12,13,14,19,21,22,23, 28,34,36,41,44,49 | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | 143.10 | 15,24,27,29. | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | | | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | 515.09 | 31,32,40,45,46,47,48. | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | 1,670.40 | 50 | | | |

Visual aids, Civil LR 54(d)(5)

**e. WITNESS FEES AND EXPENSES**

Total from Itemized Witness Fees worksheet.* Civil LR 54(e)

**f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS**

| | |
|---|---|
| Fees for special masters & receivers, Civil LR 54-3(f) | 9,291.90 |
| Court-appointed experts, 28 USC § 1920(6) | 20,25,30, |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | 31,335.87 |

1,2,16,17,18,26,33,35,37,38,39,42,

**g. MISCELLANEOUS COSTS**

Costs on appeal, Civil LR 54-3(g) & FRAP 39

Costs of bonds and security, Civil LR 54-3(h)

| TOTAL AMOUNT | 58,269.97 |
|---|---|

**9. ADDITIONAL COMMENTS, NOTES, ETC:**

**10. AFFIDAVIT PURSUANT TO 28 USC § 1924.** I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Name of Attorney/Claiming Party:

SIGNATURE: _____  DATE: Oct 3, 2022

**11. Costs are taxed in the amount of** $ 0.00  **and included in the judgment.**

BY:   Mark B. Busby
      Clerk of Court

$ 0.00   $ 0.00

Deputy Clerk   DATE:

---

**\*WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821)**

| WITNESS NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
|---|---|---|---|---|---|---|---|
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**US rel Lesnik, et al v Eisenmann SE, et al,**
**US DISTRICT COURT Case No. 5:16-cv-01120-BLF**

| Doc No | Date | Cost Item | Company | Amount (1 EU = $1.10) | Wire Fees | List of Supporting Documentation (Invoices and payments) |
|---|---|---|---|---|---|---|
| 1 | 2/12/2018 | Doc Translations | FIBULA SLB, j.d.o.o. | $1,841.04 | | 2018_02_12_WireTransferBojic |
| 2 | 2/21/2018 | Doc Translations | Lingua-Soft | $2,342.49 | | 2018_02_21_WireTransferLinguaSoft |
| 3 | 2/21/2018 | Process Service | OneLegal service on Eisenmann Anlagenbau GmbH | $39.95 | | 2018_02_21_ePOS_Doc56_EisenmannAGmbHK G_39.95 |
| 4 | 2/21/2018 | Process Service | One Legal service on ISM VUZEM USA | $169.95 | | 2018_02_21_ePOS_Doc58_ISM VUZEM USA_169.95 |
| 5 | 2/21/2018 | Process Service | One Legal service on Tesla | $39.95 | | 2018_02_21_ePOS_Doc63_Tesla_39.95 |
| 6 | 2/21/2018 | Process Service | One Legal service on Eisenmann Corp | $39.95 | | 2018_02_21_ePOS_Doc64_EisenmannCorp _39.95 |
| 7 | 2/21/2018 | Process Service | One Legal service on Eisenmann | $39.95 | | 2018_02_21_ePOS_Doc65_Eisenmann AVGmbH_39.95 |
| 8 | 2/21/2018 | Process Service | One Legal service on Eisenmann SE | $39.95 | | 2018_02_21_ePOS_Doc68_Eisenmann SE_39.95 |
| 9 | 2/21/2018 | Process Service | One Legal service Vuzem USA | $69.95 | | 2018_02_21_ePOS_Doc72_Vuzem USA_69.95 |
| 10 | 4/20/2018 | Process Service | One Legal service on Eisenmann Corp | $40.00 | | 2018_04_20_ePOS_Doc131_EisenmannCorp_4 0.00. |
| 11 | 11/26/2018 | Process Service | C Smith Process Service | $49.50 | | 2018_11_26_ePOS_Doc287_EisenmannAGmbH _49.50 |
| 12 | 11/26/2018 | | C Smith Process Service | $49.50 | | 2018_11_26_ePOS_Doc288_EisenmannSE_49. 50 |
| 13 | 11/26/2018 | Process Service | Elite Process Service in Ill | $225.00 | | 2018_11_26_ePOS_Doc289_EisenmannSE_Ill2 018_11_26_ePOS_Doc290_EisenmannAGmbH_ Ill. |
| 14 | 11/5/2018 | Process Service | Brandywine Process Service in Delaware | $274.00 | | 2018_11_26_ePOS_Doc291_EisenmannAVGmb H_Ill 2018_11_05_Brandywine SvsInDelaware 1. Eisenmann Anlagenbau Verwaltung GmbH & Co KG 2. Eisenmann Anlagenbau GmbH & Co KG 3. Eisenmann Corp 4. Volvo Car US Operations Inc. |
| 15 | 10/30/2018 | Transcript Order | US NORTHERN DIST COURT | $38.70 | | 2018_10_30_eTranscriptOrder 2020_01_06_US DIST CRT_Invoice_RT_20202832 |
| 16 | 7/16/2018 | Doc Translations | FIBULA SLB, j.d.o.o. | $79.00 | $35.00 | 2018_07_16_Invoice_Fibula_Bojic |
| 17 | 11/7/2018 | Doc Translations | Bojic | $3,046.00 | | 2018_11_07_Wire_Bojic |
| 18 | 12/10/2018 | Doc Translations | FIBULA SLB, j.d.o.o. | $3,339.60 | | 2018_12_10_Fibula_Inv 37-A-1 |

| # | Date | Category | Payee | Amount | Fee | Description |
|---|---|---|---|---|---|---|
| 19 | 2/13/2019 | Process Service | One Legal service on VuzemUSA | $125.00 | | 2019_02_13_POS_VuzemUSA_Ortiz_125.00 |
| 20 | 2/14/2019 | Arbitration | Federal Arbitration, Inc. Judge Matz | $4,595.25 | $30.00 | 2019_02_14_FedArb - Invoice - Judge Matz - Lesnik v. Eisenmann et al. - F18-M-HM-1212 - 2-14-19 Wire Transfer Confirmation; 2019_04_17_FedArb_Payment_Wells Fargo Wire Transfer Confirmation |
| 21 | 2/20/2019 | Process Service | Luka Divjak | $1,342.00 | | 2019_02_20_LUKA DIVJAK Inv-račun |
| 22 | 2/20/2019 | Process Service | Luka Divjak | $268.00 | | 2019_02_20_Payment_KOPIRANJE RACUN |
| 23 | 2/26/2019 | Process Service | Secretary of State | $50.00 | $33.00 | 2019_02_26_POS_VuzemUSA_50.00 |
| 24 | 4/18/2019 | Transcript Order | US NORTHERN DIST COURT | $38.70 | | 2019_04_18_eNtcOrderTranscript |
| 25 | 5/23/2019 | Arbitration | Federal Arbitration, Inc. Judge Matz | $3,750.00 | | 2019_05_23_FedArb - Plaintiff invoice - Judge Matz - Lesnik v. Eisenmann et al. - F18-M-HM-1212 - 5-23-19 |
| 26 | 5/31/2019 | Doc Translations | Link Translations, Inc. | $6,079.05 | | 2019_05_31_LinkTranslations |
| 27 | 9/23/2019 | Transcript Order | US NORTHERN DIST COURT | $27.00 | | 2019_09_23_eTranscriptOrder |
| 28 | 3/11/2019 | Process Service | DVA FOKUS | $7,427.97 | | 2019_09_23_Invoice_RT_20192800; 2019_03_11_DVA Inv_tajnsek tibor |
| 29 | 12/27/2019 | Transcript Order | US NORTHERN DIST COURT | $38.70 | | 2019_12_27_eTranscriptOrderEFC442; 2020_01_06_US DIST CRT_Invoice_RT_20202832 |
| 30 | 1/3/2020 | Misc - Travel | CheapOAir | $946.65 | | 2020_01_03_GregorFlightReceipt_CheapOAir |
| 31 | 1/28/2020 | Records Request | Schlun & Eiseven | $292.89 | $35.00 | 2020_01_28_Schlun&Elseven_AW_ Request about Stuttgart District Court bankruptcy records; 2020_02_05_Schlun&Elseven_Pyment_Wells Fargo Wire Transfer Confirmation_Schlun & Elseven.205; 2020_02_06_Schlun&Elseven_Confirmation_ISE-Legal |
| 32 | 2/13/2020 | Records Request | Titan Legal Services | $88.50 | | 2020_02_13_TITAN Pyment_Tesla Records |
| 33 | 3/4/2020 | Doc Translations | Privredna Banka Zagreb | $5,336.10 | | 2020_03_04_Privredna Banka Zagreb_14826.00; 2020_03_04_Privredna Banka Zagreb_swift and iban number of Stjepan Papeš Bank in Croatia |
| 34 | 4/24/2020 | Service | US Postal Service | $185.85 | | 2020_04_24_USPSreceipt |
| 35 | 6/15/2020 | Doc Translations | Dr. Boznovic | $7,437.50 | | 2020_06_15_Dr Boznovic Inv_RB |
| 36 | 8/3/2020 | Process Service | Odvetnik Divjak | $604.81 | $5.00 | 2020_08_03_Divjak_Schedule wire - chase |
| 37 | 8/31/2020 | Doc Translations | FIBULA SLB, j.d.o.o. | $21.34 | | 2020_08_31_Fibula Inv 15-A-1 Odvjetnik |

| No. | Date | Category | Payee | Amount | Amount | Reference |
|---|---|---|---|---|---|---|
| 38 | 9/1/2020 | Doc Translations | Dr. Bozinovic | $500.00 | | 2020_09_01_Dr Bozinovic Inv_RB |
| 39 | 9/4/2020 | Doc Translations | Bojic | $206.50 | | 2020_09_04_Bojic_Pyment Wire |
| 40 | 9/14/2020 | Records Request | Alameda Superior Court | $48.50 | | 2020_09_15_AlamedaCounty SupCrt_Payment Confirmation - DomainWeb |
| 41 | 9/18/2020 | Process Service | Odvetnik Divjak | $3,057.50 | $5.00 | 2020_09_18_Divjak_Schedule wire - ToOdvetnik |
| 42 | 10/9/2020 | Doc Translations | Dr. Bozinovic | $312.50 | | 2020_10_09_Dr Bozinovic Inv_RB 2020_10_12_Radmilo Pymentt |
| 43 | 2/4/2021 | Doc Translations | FIBULA SLB, j.d.o.o. | $794.75 | | 2021_04_02_Fibula Inv_8-A-1 Odvjetnik Mr. William C. Dresser.402 |
| 44 | 4/12/2021 | Service | US Postal Service (Stamps.com) | $1,124.83 | | 2021 USPS PrintHistory for 2020-2021 |
| 45 | 7/8/2021 | Misc | Pacer | $16.20 | | 2021_07_08_Pacer_2748303.0721 |
| 46 | 10/10/2021 | Misc | Pacer | $28.30 | | 2021_10_10_Pacer_2748303.1021 |
| 47 | 1/6/2022 | Misc | Pacer | $20.90 | | 2022_01_06_Pacer_2748303.0122 |
| 48 | 4/7/2022 | Misc | Pacer | $19.80 | | 2022_04_07_Pacer_2748303.0422 |
| 49 | 7/5/2018 | Process Service | Secretary of State | $50.00 | | 2018_07_05_ePOS_Doc211_VuzemUSA_Castro |
| 50 | 2/25/2020 | Misc | Printing totals for Default Motions | $1,670.40 | | Printing Default Motions_50.00 |
| | | | Total | $58,269.97 | | |

**From:** loofwcd@aol.com,
**To:** bsandra2003@gmail.com,
**Subject:** Re: translation payment instructions-Croatia
**Date:** Wed, Feb 14, 2018 6:09 am

---

Ms. Bojic:

My bank shows the following transaction:
02/12/18
WT ██████████████████████ BANKA DD /BNF=Fibula-SLB j.d.o.o. ████████████████████
RFB# $1,841.04

Bill Dresser
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113
Tel:   408/279-7529
Fax:   408/298-3306


-----Original Message-----
From: sandra bojic <bsandra2003@gmail.com>
To: Bill Dresser <loofwcd@aol.com>
Cc: Stjepan Papes <stjepanpapes77@gmail.com>
Sent: Tue, Feb 13, 2018 9:00 am
Subject: Re: translation payment instructions-Croatia

Dear Mr. Dresser,
I will send a copy to your office and a scanned copy in pdf format.
Also, I keep record of translations which needs to be signed as a proof that translation was made and delivered. I suggest Mr. Papeš to sign it, if it is OK with you?
Just to inform you that my bank has not sent any notice today and the last transaction was at 16hrs.

With regards,
Sandra Bojić



2018-02-13 4:01 GMT+01:00 Bill Dresser <loofwcd@aol.com>:
    Gda. Bojic:
    Would you please send to me a scanned copy in pdf format of the appointment when you send to me the translated version of the Second Amended Complaint.
    Hvala,

    Bill Dresser
    Law Offices of William C. Dresser
    4 North Second Street, Suite 1230
    San Jose, California 95113
    Tel:   408/279-7529
    Fax:   408/298-3306

    -----Original Message-----
    From: sandra bojic <bsandra2003@gmail.com>
    To: Bill Dresser <loofwcd@aol.com>; stjepanpapes77 <stjepanpapes77@gmail.com>
    Sent: Thu, Feb 8, 2018 3:17 pm
    Subject: Re: translation payment instructions-Croatia


    Dear Mr Dresser,

Doc No 1

Do you have any information concerning payment?
Please find attached Decision  from the Court in Zagreb and the President of the County Court who appointed me.
It is in Croatian but Mr Papes can confirm the text.
I would appreciate any response, since I have translated the document.


With regards,
Sandra Bojić




Gda. Bojic:

I accept your proposal.
Please provide payment instructions.

Attached is the larger 62 page document to be translated from English to Croatian.  Pravilna imena trebaju biti
napisana kao što su u drugoj dopunjenoj pritužbi, kao što je "Volvo Car Corporation a ne Vovlo Car Korporacija.
(please pardon my poor translation from English to Croatian).

There is also a three page Summons which I will send to you by a later e-mail.

Hvala,

Bill Dresser
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113
Tel:   408/279-7529
Fax:   408/298-3306


Hide quoted text



On Feb 1, 2018 09:38, "sandra bojic" <bsandra2003@gmail.com> wrote:
Dear Mr. Dresser,
please find attached information for payment.

If You should need additional information, do not hesitate to contact....

Kind regards,

Sandra Bojić

2018-02-01 6:16 GMT+01:00 Bill Dresser <loofwcd@aol.com>:
Gospodjo Bojic,
Da li su IBAN i SWIFT brojevi vas bankovni racun? Da li sam trebao dobiti attachment sa instrukcijama?

Hvala,

Bill Dresser (with help from my wife Elma)
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113
Tel:   408/279-7529
Fax:   408/298-3306

Doc No 1

-----Original Message-----
From: sandra bojic <bsandra2003@gmail.com>
To: Bill Dresser <loofwcd@aol.com>
Sent: Wed, Jan 31, 2018 9:17 am
Subject: translation payment instructions-Croatia


Dear Mr Dresser,

please find enclosed payment instructions for translation, English to Croatian language:


IBAN: ██████████████████
SWIFT: ███████████

The offer is VAT free for the United  States....

For all additional information, do not hesitate to contact.

With regards,
Sandra Bojić
Certified court interpreter


www.fibula-slb.hr

Doc No 1

**From:** loofwcd@aol.com,
**To:** lingua-soft@lingua-soft.hr,
**Subject:** Re: SAC Papeš
**Date:** Wed, Feb 21, 2018 11:46 pm

---

Gda. Medesi:

This is what appears so far on the Wells Fargo account information

02/21/18 INTERNATIONAL WIRE TRANSFER   $2,342.49

Bill Dresser
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113
Tel:   408/279-7529
Fax:   408/298-3306

-----Original Message-----
From: Lingua-Soft.hr <lingua-soft@lingua-soft.hr>
To: Bill Dresser <loofwcd@aol.com>
Cc: stjepanpapes77 <stjepanpapes77@gmail.com>
Sent: Wed, Feb 21, 2018 11:24 pm
Subject: Re: SAC Papeš

Dear Mr Dresser,
thank you very much for the information. Would you be able to send us the payment confirmation by e-mail? We will
start with the translation as soon as we receive the funds on our account.

S poštovanjem,

LINGUA-SOFT d.o.o.
**Mateja Međeši,**
Prevoditelj

SUDSKI TUMAČI I PREVODITELJI

COURT INTERPRETERS AND TRANSLATORS

Translations • Certified Translations • Language Editing • Interpreting • ISO 9001:2009 – HRN EN 15038:2006 Accredited

Join us on Facebook

T   00 385 1   4830 401
F   00 385 1   4830 396
M  00 385 91  4830 224
10 000 **Zagreb • Frankopanska 5A**
www.lingua-soft.hr

Želimo biti sigurni da ste u potpunosti zadovoljni uslugama naše tvrtke.
Ukoliko iz bilo kojeg razloga niste, molimo Vas da nas kontaktirate na 091 4830 401 ili na marketing@lingua-soft.hr (pon-pet od 08 do 16 sati).

P  Please consider the environment before printing this e-mail

Doc No 02

Zagreb    •    Split    •    Rijeka    •    Zadar

On 21/02/2018 23:27, Bill Dresser wrote:

Gda. Medesi:

I apologize for the delay in sending funds.  My bank would not accept an order on Friday after the normal
close time because of the gap between then and Tuesday, Monday was a legal holiday in the US, and I
could not get to my bank on Tuesday.
I have today wired the funds to your account.  It should arrive tomorrow, and if not tomorrow then on Friday.
Please let me know what if anything else you need.
Hvala,

Bill Dresser
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113
Tel:   408/279-7529
Fax:   408/298-3306

-----Original Message-----
From: Lingua-Soft.hr <lingua-soft@lingua-soft.hr>
To: Bill Dresser <loofwcd@aol.com>; stjepanpapes77 <stjepanpapes77@gmail.com>
Sent: Fri, Feb 16, 2018 8:00 am
Subject: Re: SAC Papeš

Dear Mr Dresser,
thank you very much for your confirmation.
We are sending you the invoice by which you can pay for our translation services. Please send us the
confirmation of payment to this mail. After we receive the confirmation of payment, we will begin with the
translation.

S poštovanjem,

LINGUA-SOFT d.o.o.
**Mateja Međeši,**
Prevoditelj

# SUDSKI TUMAČI I PREVODITELJI

COURT INTERPRETERS AND TRANSLATORS

Translations • Certified Translations • Language Editing • Interpreting • ISO 9001:2009 – HRN EN 15038:2006 Accredited

Join us on Facebook

T  00 385 1  4830 401
F  00 385 1  4830 396
M  00 385 91  4830 224
10 000 **Zagreb** • **Frankopanska 5A**
www.lingua-soft.hr

Želimo biti sigurni da ste u potpunosti zadovoljni uslugama naše tvrtke.
Ukoliko iz bilo kojeg razloga niste, molimo Vas da nas kontaktirate na 091 4830 401 ili na marketing@lingua-soft.hr (pon-pet od 08 do 16
sati).

P  Please consider the environment before printing this e-mail

Doc No 02

Zagreb   •   Split   •   Rijeka   •   Zadar

On 16/02/2018 16:30, Bill Dresser wrote:

Dear sir/madam:

I agree to your terms to translate the legal complaint of 62 pages of approximately 19,477 words into Slovenian.
Is the document "227 Law Offices of William C. Dresser hr-slo.pdf" the invoice to be paid
Hvala,

Bill Dresser
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113
Tel:    408/279-7529
Fax:    408/298-3306


-----Original Message-----
From: Lingua Soft <lingua-soft@lingua-soft.hr>
To: loofwcd <loofwcd@aol.com>
Cc: Stjepan Papes <stjepanpapes77@gmail.com>
Sent: Thu, Feb 15, 2018 11:48 pm
Subject: Re: SAC Papeš

Dear Mr Dresser,

please find attached our offer for translations from Croatian into Slovenian.

**If you agree with terms please confirm our offer by mail.**

Best regards,

S poštovanjem,

LINGUA-SOFT d.o.o.
**Maja Prelčec**

## SUDSKI TUMAČI I PREVODITELJI

COURT INTERPRETERS AND TRANSLATORS


Translations • Certified Translations • Language Editing • Interpreting • ISO 9001:2009 – HRN EN 15038:2006 Accredited


Join us on Facebook


T   00 385 1   4830 401
F   00 385 1   4830 396
M   00 385 91   4830 224
10 000 **Zagreb** • **Frankopanska 5A**
www.lingua-soft.hr

Želimo biti sigurni da ste u potpunosti zadovoljni uslugama naše tvrtke.
Ukoliko iz bilo kojeg razloga niste, molimo Vas da nas kontaktirate na 091 4830 401 ili na marketing@lingua-soft.hr
(pon-pet od 08 do 16 sati).

Doc No 02

P Please consider the environment before printing this e-mail

Zagreb    •    Split    •    Rijeka    •    Osijek    •    Zadar

On 16.2.2018. 8:30, Stjepan Papes wrote:

> Stjepan:
>
> Please provide to me the name and e-mail address of the person you spoke with
> so that I can e-mail to them confirmation of the terms.
> Hvala,
>
> Bill Dresser
> Law Offices of William C. Dresser
> 4 North Second Street, Suite 1230
> San Jose, California 95113
> Tel:    408/279-7529
> Fax:    408/298-3306
> mail loofwcd@aol.com

Ja sam vas zamolio da pošaljete mom pravniku ponudu za prijevod.Molim
pošaljite i sa njime budete se dogovarali o prijevodu ,načinu plačanja itd.


Hvala Papeš Stjepan


2018-02-15 15:04 GMT+01:00 Stjepan Papes <stjepanpapes77@gmail.com>:
Ok javim vam sutra Hvala

Dana 15. velj 2018. 03:01 PM osoba "Lingua Soft" <lingua-soft@lingua-soft.hr> napisala je:

Poštovani,
jesmo. Ponuda glasi na Vašeg odvjetnika.

S poštovanjem,

LINGUA-SOFT d.o.o.
**Maja Prelčec**

SUDSKI TUMAČI I PREVODITELJI

COURT INTERPRETERS AND TRANSLATORS


Translations • Certified Translations • Language Editing • Interpreting • ISO 9001:2009 –
HRN EN 15038:2006 Accredited


Join us on Facebook


T   00 385 1   4830 401
F   00 385 1   4830 396
M  00 385 91  4830 224
10 000 Zagreb • Frankopanska 5A
www.lingua-soft.hr

Doc No 02

Želimo biti sigurni da ste u potpunosti zadovoljni uslugama naše tvrtke.

Ukoliko iz bilo kojeg razloga niste, molimo Vas da nas kontaktirate na 091 4830 401 ili na marketing@lingua-soft.hr (pon-pet od 08 do 16 sati).

P  Please consider the environment before printing this e-mail

Zagreb     •     Split     •     Rijeka     •     Osijek     •     Zadar

On 15.2.2018. 14:58, Stjepan Papes wrote:

> Odgovor vam saljem sutra.Zamolio sam vas da posaljete ponudu na mail mog pravnika.Mozete mi napisati dal ste poslali istu?
>
> Hvala Papes Stjepan
>
> Dana 15. velj 2018. 02:50 PM osoba "Lingua Soft" <lingua-soft@lingua-soft.hr> napisala je:
> Poštovani g. Papeš,
> zahvaljujemo na Vašem cijenjenom upitu.
> U prilogu Vam šaljemo našu najbolju ponudu.
> Ako se slažete molimo kratku potvrdu na mail.
>
> S poštovanjem,
>
> LINGUA-SOFT d.o.o.
> **Maja Prelčec**
>
> ## SUDSKI TUMAČI I PREVODITELJI
>
> COURT INTERPRETERS AND TRANSLATORS
>
> Translations • Certified Translations • Language Editing • Interpreting •
> ISO 9001:2009 – HRN EN 15038:2006 Accredited
>
> Join us on Facebook
>
> T  00 385 1  4830 401
> F  00 385 1  4830 396
> M  00 385 91  4830 224
> 10 000 **Zagreb • Frankopanska 5A**
> www.lingua-soft.hr
>
> Želimo biti sigurni da ste u potpunosti zadovoljni uslugama naše tvrtke.
> Ukoliko iz bilo kojeg razloga niste, molimo Vas da nas kontaktirate na 091 4830 401 ili na marketing@lingua-soft.hr (pon-pet od 08 do 16 sati).
>
> P  Please consider the environment before printing this e-mail
>
> Zagreb     •     Split     •     Rijeka     •     Osijek     •     Zadar
>
> On 15.2.2018. 11:22, Stjepan Papes wrote:
>
> > Poštovanje .Moje ime je Papeš Stjepan.Ja bi vas zamolio za ovjereni prijevod tužbe sa Hrvatskog na Slovenski jezik.Ponudu prijevoda i u kojem vremenskom roku bi bila izvršena molim vas pošaljite na mail mog

Doc No 02

odvjetnika Bill Dresser
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113
Tel:   408/279-7529
Fax:   408/298-3306
William Dresser



loofwcd@aol.com

Ja bi vas zamolio da je ponuda na
Engleskom jeziku i iznos ponude neka je u
EURO valuti.Isto kopiju mail ponude
pošaljite na moj mail.Ako ima kakvih pitanja
nazovite na moj broj telefona 092 13 13 496

 **Papes hr-en.pdf**


Hvala Papeš Stjepan


2018-01-31 8:12 GMT+01:00 Lingua Soft
<lingua-soft@lingua-soft.hr>:

Poštovani g. Papeš,

nastavno na telefonski razgovor
očekujemo tekst na hrvatskom jeziku.
Po primitku ćemo Vam poslati ponudu.

S poštovanjem,

LINGUA-SOFT d.o.o.
**Maja Prelčec**

### SUDSKI TUMAČI I PREVODITELJI

COURT INTERPRETERS AND TRANSLATORS

Translations • Certified Translations • Language
Editing • Interpreting • ISO 9001:2009 – HRN EN
15038:2006 Accredited

Join us on Facebook

T  00 385 1  4830 401
F  00 385 1  4830 396
M  00 385 91  4830 224
10 000 **Zagreb • Frankopanska 5A**
www.lingua-soft.hr

Želimo biti sigurni da ste u potpunosti zadovoljni

Doc No 02

uslugama naše tvrtke.

Ukoliko iz bilo kojeg razloga niste, molimo Vas da nas
kontaktirate na 091 4830 401 ili na marketing@lingua-
soft.hr (pon-pet od 08 do 16 sati).

P Please consider the environment before printing this e-mail

Zagreb   •   Split   •   Rijeka   •
Osijek   •   Zadar

On 31.1.2018. 7:56, Stjepan Papes wrote:

> Molim vas pošaljite mi
> ponudu za ovjerenim
> sudskim prijevodom za dole
> navedeni dokument na
> engleskim jezikom .Prijevod
> mora biti sa Engleskog na
> Slovenski jezik.Napominjem
> ponuda neka bude na
> Engleskom jeziku i valuta
> neka bude u Eurima molim
> vas.
>
> Ponude slati na .
>
>
> William Dresser



> loofwcd@aol.com
>
>
>
> stjepanpapes77@gmail.com

Doc No 02

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| William Dresser, 104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113<br>TELEPHONE NO.: (408) 279-7529<br>ATTORNEY FOR *(Name)* Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| United States District Court, Northern District of California |
| 280 S. First St. #2112 |
| San Jose, CA 95113-3008 |

| PLAINTIFF/PETITIONER: US ex rel Lesnik | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Eisenmann SE | 5:16-cv-01120-LHK |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>US ex rel Lesnik |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**

2. I served copies of:   See Attached List

3. a. Party served:  **Eisenmann Anlagenbau GmbH & Co. KG**

   b. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served:  818 W 7th St #930
   Los Angeles, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 01/18/2018    (2) at  (time): 3:00PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   Eisenmann Anlagenbau GmbH & Co. KG
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:      Jimmy Lizama
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 39.95
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County:  Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  01/19/2018

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                   **PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 11663501   Doc No 03



| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO: (408) 279-7529 | FOR COURT USE ONLY |
|---|---|---|---|
| William Dresser, 104375 Law Offices of William C. Dresser 4 North 2nd Street, Suite 1230 San Jose, CA 95113 | | | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. US ex rel Lesnik | | |

Insert name of court, judicial district or branch court, if any:

**United States District Court, Northern District of California**

280 S. First St. #2112

San Jose, CA 95113-3008

PLAINTIFF:

US ex rel Lesnik

DEFENDANT:

Eisenmann SE

| **NON SERVICE REPORT** | DATE: | TIME: | DEPT/DIV: Courtoom | CASE NUMBER: 5:16-cv-01120-LHK |
|---|---|---|---|---|

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:

Summons; Second Amended Complaint;

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:

ISM VUZEM USA, INC

(1) Business:          1600 Azalea Hill Drive          Suite 304          Greenville      SC      29607

Process is being returned without service for the following reason(s):

On 1/22/2018 8:08:00 PM at address (1) above. No Answer. No one came to the door.

On 1/23/2018 8:32:00 AM at address (1) above. No Answer. No one came to the door.

On 1/24/2018 5:36:00 PM at address (1) above. No Answer. No one came to the door. No answer at the neighbor's door either.

On 2/2/2018 11:14:00 AM at address (1) above. Not Found. No one there. Spoke to a neighbor she doesn't know. Spoke to office and confirmed he is no longer a tenant.

Fee for Service: $ 169.95

**Not a registered California process server.**

2/2/2018
Misty Davis
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature:  _Misty Davis_

Doc No 04

OL# 11664798

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| William Dresser, 104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113<br>TELEPHONE NO.: (408) 279-7529<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

| PLAINTIFF/PETITIONER: US ex rel Lesnik | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Eisenmann SE | 5:16-cv-01120-LHK |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>US ex rel Lesnik |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.   **BY FAX**

2. I served copies of:   See Attached List

3. a. Party served:  Tesla Motors, Inc

   b. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served:   818 West Seventh Street, Suite 930
   Los Angeles, CA 90017

5. I served the party

   a. **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to
   receive service of process for the party (1) on (date): 01/18/2018         (2) at  (time): 3:00PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   Tesla Motors, Inc
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:       Jimmy Lizama
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 39.95
   e I am:
      (3)  registered California process server.
         (i)  Employee or independent contractor.
         (ii)  Registration No.: 4553
         (iii) County:  Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
   Date:  01/19/2018

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Doc No 05

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br><br>OL# 11663505 |
|---|---|---|

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| William Dresser, 104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113<br>TELEPHONE NO.: (408) 279-7529<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

| PLAINTIFF/PETITIONER: US ex rel Lesnik | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Eisenmann SE | 5:16-cv-01120-LHK |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>US ex rel Lesnik |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**

2. I served copies of:   See Attached List

3. a. Party served:  Eisenman Corporation

   b. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served: 818 West Seventh Street, Suite 930
   Los Angeles, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party (1) on (date): 01/18/2018          (2) at  (time): 3:00PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

Eisenman Corporation
under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:         Jimmy Lizama
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 39.95
   e I am:
      (3) registered California process server.
          (i)   Employee or independent contractor.
          (ii)  Registration No.: 4553
          (iii) County:  Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 01/19/2018

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                          (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>Doc No 06<br>OL# 11663503 |
|---|---|---|

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| William Dresser, 104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113<br>TELEPHONE NO.: (408) 279-7529<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

| | |
|---|---|
| PLAINTIFF/PETITIONER: US ex rel Lesnik | CASE NUMBER:<br>5:16-cv-01120-LHK |
| DEFENDANT/RESPONDENT: Eisenmann SE | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>US ex rel Lesnik |

**BY FAX**

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:  See Attached List

3. a. Party served:  Eisenmann Anlagenbau Verwaltung GmbH

   b. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served: 818 West Seventh Street, Suite 930
   Los Angeles, CA 90017
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party (1) on (date): 01/18/2018        (2) at  (time): 3:00PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

Eisenmann Anlagenbau Verwaltung GmbH
under: CCP 416.10 (corporation)
7. **Person who served papers**
   a. Name:        Jimmy Lizama
   b. Address:     One Legal - 194-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 39.95
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County: Los Angeles
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date: 01/19/2018

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

OL# 11663502        Doc No 07

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| William Dresser, 104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113<br>TELEPHONE NO.: (408) 279-7529<br>ATTORNEY FOR *(Name):* Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| United States District Court, Northern District of California<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |

| PLAINTIFF/PETITIONER: US ex rel Lesnik | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Eisenmann SE | 5:16-cv-01120-LHK |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>US ex rel Lesnik |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**

2. I served copies of: See Attached List

3. a. Party served: **Eisenmann SE**

   b. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served: 818 W 7th St #930
   Los Angeles, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 01/18/2018      (2) at (time): 3:00PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

Eisenmann SE
under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:      Jimmy Lizama
   b. Address:   One Legal - 194-Marin
                 504 Redwood Blvd #223
                 Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 39.95
   e I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 4553
          (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 01/19/2018

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                          (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

OL# 11663500      Doc No 08

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | | TELEPHONE NO.: (408) 279-7529 | FOR COURT USE ONLY |
|---|---|---|---|
| William C. Dresser, 104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113 | | | |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.: US ex rel Lesnik | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

United States Of America, et al.

DEFENDANT:

Eisenmann SE, et al.

| **NON SERVICE REPORT** | DATE | | TIME: | DEPT./DIV. | CASE NUMBER<br>5:16-cv-01120-LHK |
|---|---|---|---|---|---|

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:

Second Amended Complaint, Summons for Eisenmann SE, Summons for Eisenmann Anlagenbau GmbH & Co. KG, Summons on Eisenmann Anlagenbau Verwaltung GmbH, Summons on Eisenmann Corporation, Summons on

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
Vuzem USA, Inc.

(1)Home: Vuzem USA, Inc. 965 West 11th Street, #2, , San Pedro, CA 90731

**BY FAX**

Process is being returned without service for the following reason(s):

On 1/19/2018 5:40:00 PM at address (1) above. No Answer UNABLE TO GAIN ACCESS, COMPLEX IS GATED.
On 1/20/2018 11:15:00 AM at address (1) above. No Answer A ABLE TO GAIN ACCESS, SPOKE TO A FEMALE THRU THE DOOR, WHO SAID THAT THE AGENT IS NOT
IN RIGHT NOW. REFUSED TO OPEN THE DOOR.

On 1/21/2018 6:55:00 AM at address (1) above. No Answer ABLE TO GAIN ACCESS, NO ANSWER AT THE DOOR.
On 1/23/2018 8:40:00 PM at address (1) above. No Answer UNABLE TO GAIN ACCESS, GATE WAS LOCKED.

On 1/26/2018 8:50:00 AM at address (1) above. No Answer Unable to gain access, No response from call box.
On 1/27/2018 5:06:00 PM at address (1) above. No Answer Unable to gain access, no response from call box.
On 1/28/2018 4:20:00 PM at address (1) above. Unable to gain access, no response from call box. Max attempts reached.

Fee for Service: $ 69.95
Registered California process server.
County: Los Angeles
Registration No. 2016223767

Livingston A. Beckford
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 02/05/2018 at Los Angeles, California.

*Luis Beckford*

Livingston A. Beckford

Doc No 09

OL# 11663504

# CONFIRMATION For Process Serving

# ONE LEGAL LLC



### This is not an Invoice

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | **11897987** | DATE: | **04/18/2018** |
|---|---|---|---|

| | |
|---|---|
| **Customer:** Law Offices of William C. Dresser | **Attorney:** William Dresser |
| **Customer No.:** 0058886 | **Attorney e-mail:** lawofficeofwcd@gmail.com |
| **Address:** San Jose, CA 95113 | **Contact:** William Dresser |
| | **Contact e-mail:** lawofficeofwcd@gmail.com |
| | **Contact Phone:** (408)279-7529 |
| | **Contact Fax:** (408)298-3306 |
| | **Law Firm File No.:** US LESNIK |

### CASE INFORMATION:

**Case Number:** 5:16-CV01120

**County:**

**Court:** United States District Court, Northern District of California

**Case Short Title:** United States Of America, et al.  vs. Eisenmann SE, et al.

| DOCUMENTS RECEIVED: | No. Docs: | 2 | No. Pgs: | 65 |
|---|---|---|---|---|

Summons In A Civil Action, Second Amended Complaint

Party to Serve:   EISENMANN CORPORATION

Service Address: 818 West Seventh Street, Suite 930
Los Angeles, CA 90017

### Confirmation Report. DO NOT PAY. An Invoice will be sent later.

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status:    Service Complete

Customer Notes: Please serve the corrected Summons and Second Amended Complaint on Eisenmann Corporation by service on its agent for Service of Process
CM | Service on a Registered Agent (CT or CSC) | 40.00 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:**  40.00 |

Doc No 10

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | FOR COURT USE ONLY |
|---|---|---|
| William Dresser, SB104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113 | TELEPHONE NO.:<br>(408)279-752 | |

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.

US LESNIK

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

United States Of America, et al.

DEFENDANT:

Eisenmann SE, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:16-CV01120 |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons In A Civil Action, Second Amended Complaint

2. Party Served: **EISENMANN CORPORATION**

3. Person Served: CT Corporation System - Carlos Paz - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 04/16/2018          3:00PM

5. Address, City and State: 818 West Seventh Street, Suite 930
Los Angeles, CA 90017

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Los Angeles
Registration No.: 4553
Jimmy Lizama
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of
America and the State of California that the foregoing is true and correct and
that this declaration was executed on 04/17/2018 at Los Angeles, California.

Signature: _____

Jimmy Lizama

Doc No 10

OL# 11897987

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    C16-1120 LHK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Eisenmann Anlagenbau GmbH &
was received by me on *(date)*  11-4-2018 .   Co. KG

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Daisy Montenegro , who is
designated by law to accept service of process on behalf of *(name of organization)*  CT corporation -
agent for Service on *(date)*  11-8-2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____

My fees are $ _____ for travel and $  49.50 for services, for a total of $  49.50 .

I declare under penalty of perjury that this information is true.

Date:  11-16-18

                                    C. Smith
                                    *Server's signature*

                          C. Smith  Process Server
                                *Printed name and title*

                          17216 Saticoy St. # 358, Van Nuys
                                *Server's address*  CA. 91406

Additional information regarding attempted service, etc:

Doc No 11

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    C16-1120 LHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  <u>Eisenmann SE</u>

was received by me on *(date)*  <u>11-4-2018</u> .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  <u>Daisy Montenegro</u> , who is

designated by law to accept service of process on behalf of *(name of organization)* <u>CT corporation -</u>

<u>agent for Service</u> on *(date)* <u>11-8-2018</u> ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ <u>49.50</u> for services, for a total of $ <u>49.50</u> .

I declare under penalty of perjury that this information is true.

Date:  <u>11-16-18</u>

<u>C. Smith</u>
*Server's signature*

<u>C. Smith  Process Server</u>
*Printed name and title*

<u>17216 Saticoy St. # 358, Van Nuys</u>
*Server's address*  <u>CA. 91406</u>

Additional information regarding attempted service, etc:

Doc No 12

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ex rel. Gregor Lesnik, and ex rel Stjepan Papes, and Gregor Lesnik and Stjepan Papes, on behalf of themselves and all others similarly                 Plaintiff(s), | Case No.:5:16 CV 01120 LHK<br><br>**AFFIDAVIT OF SERVICE** |

vs.

Eisenmann SE, et al.
               Defendant(s),

I, **Marcel Gascon**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Summons in a Civil Action in Re Third Amended Complaint and Third Amended Complaint for Damages and Other Relief Under the False Claims Act and Other Claims Including Individual, Collective and Class Wages Claims, Individual and Class Labor Trafficking Claims, and Rico Claims**

Defendant to be served: **Eisenmann SE, c/o Luc Attian, Registered Agent**

Address where served: **191 North Wacker Drive, Suite 3700, Chicago, IL 60606**

On **November 06, 2018** at **2:18 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Lashana Danzy**, (Title) **Assistant**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Female** - Race: **Black** - Hair: **Brown** - Approx. Age: **50** - Height: **5'8"** - Weight: **200**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X _____
**Marcel Gascon**

State of ___IL___

County of ___Cook___

Subscribed and Sworn to before me on this
__6__ day of __November__, 20 _18_

_____
Signature of Notary Public

Job: 467766
File:

```
OFFICIAL SEAL
MARK GASCON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/27/20
```

Doc No 13

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   C16-1120 LHK

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Eisenmann SE, c/o Luc Attlan, Registered Agent

was received by me on *(date)*   11/05/2018

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Lashana Denzy   , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
Eisenmann SE, c/o Luc Attlan, Registered Agent   on *(date)*   11/05/2018   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   11/06/2018 _____        _____
                                                    *Server's signature*

                                    Marcel Gascon, Process Server
                                    _____
                                    *Printed name and title*

                                    16106 South Route 59, Suite 200,, Plainfield, IL, 60586
                                    _____
                                    *Server's address*

Additional information regarding attempted service, etc:

OFFICIAL SEAL
MARK GASCON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/27/20

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States of America, ex rel. Gregor Lesnik, and ex rel
Stjepan Papes, and Gregor Lesnik and Stjepan Papes, on
behalf of themselves and all others similarly
                Plaintiff(s),

Case No.:5:16 CV 01120 LHK

**AFFIDAVIT OF SERVICE**

vs.

Eisenmann SE, et al.
                Defendant(s),

I, **Marcel Gascon**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Summons in a Civil Action in Re Third Amended Complaint and Third Amended Complaint for Damages and Other Relief Under the False Claims Act and Other Claims Including Individual, Collective and Class Wages Claims, Individual and Class Labor Trafficking Claims, and Rico Claims**

Defendant to be served: **Eisenmann Anlagenbau GmbH & Co. KG, c/o Luc Attian, Registered Agent**

Address where served: **191 North Wacker Drive, Suite 3700, Chicago, IL 60606**

On **November 06, 2018** at **2:18 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Lashana Danzy**, (Title) **Assistant**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Female** - Race: **Black** - Hair: **Brown** - Approx. Age: **50** - Height: **5'8"** - Weight: **200**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X _____
**Marcel Gascon**

State of _____ IL _____

County of _____ Cook _____

Subscribed and Sworn to before me on this

__6__ day of __November__, 20 _18_

_____
Signature of Notary Public

OFFICIAL SEAL
MARK GASCON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/27/20

Job: 467770
File:

Doc No 13

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    C16-1120 LHK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Eisenmann Anlagenbau GmbH & Co. KG, c/o Luc Attlan, Registered Agent

was received by me on *(date)*    11/05/2018

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*    Lashana Denzy    , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
Eisenmann Anlagenbau GmbH & Co. KG, c/o Luc Attlan, Registered Agent    on *(date)*    11/06/2018    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    11/06/2018                          _____
                                                        *Server's signature*

                                             Marcel Gascon, Process Server
                                             _____
                                                        *Printed name and title*

                                             16106 South Route 59, Suite 200,, Plainfield, IL, 60586
                                             _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

```
OFFICIAL SEAL
MARK GASCON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/27/20
```

Doc: 467770

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States of America, ex rel. Gregor Lesnik, and ex rel
Stjepan Papes, and Gregor Lesnik and Stjepan Papes, on
behalf of themselves and all others similarly
Plaintiff(s),

Case No.:5:16 CV 01120 LHK

**AFFIDAVIT OF SERVICE**

vs.

Eisenmann SE, et al.
Defendant(s),

I, **Marcel Gascon**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Summons in a Civil Action in Re Third Amended Complaint and Third Amended Complaint for Damages and Other Relief Under the False Claims Act and Other Claims Including Individual, Collective and Class Wages Claims, Individual and Class Labor Trafficking Claims, and Rico Claims**

Defendant to be served: **Eisenmann Anlagenbau Verwaltung GmbH, c/o Luc Attian, Registered Agent**

Address where served: **191 North Wacker Drive, Suite 3700, Chicago, IL 60606**

On **November 06, 2018** at **2:18 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Lashana Danzy**, (Title) **Assistant**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Female** - Race: **Black** - Hair: **Brown** - Approx. Age: **50** - Height: **5'8"** - Weight: **200**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X _____
**Marcel Gascon**

State of _____ IC _____

County of _____ Cook _____

Subscribed and Sworn to before me on this
_____ 6 _____ day of _____ November _____, 20 18

_____
Signature of Notary Public

Job: 46777A
File:

OFFICIAL SEAL
MARK GASCON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/27/20

Doc No 13

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C16-1120 LHK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Eisenmann Anlagenbau Verwaltung GmbH, c/o Luc Attlan, Registered Agent

was received by me on *(date)*   11/05/2018

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Lashana Danzy   , who is

designated by law to accept service of process on behalf of *(name of organization)*

Eisenmann Anlagenbau Verwaltung GmbH, c/o Luc Attlan, Registered Agent   on *(date)*   11/06/2018   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*. _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   11/06/2018

_____
Server's signature

Marcel Gascon, Process Server
_____
Printed name and title

OFFICIAL SEAL
MARK GASCON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/27/20

16106 South Route 59, Suite 200,, Plainfield, IL, 60586
_____
Server's address

Additional information regarding attempted service, etc:

Job: 467774

**BRANDYWINE PROCESS SERVERS, LTD**
P.O. BOX 1360
WILMINGTON, DE 19899

Bill **WILLIAM C. DRESSER, ESQ.**
To  **4 N. SECOND ST.**
**STE. 1230**
**SAN JOSE, CA, 95113**

EMAIL: brandywineps@comcast.net

302-475-2600              TAX ID 51-0267938

**INVOICE # 11236**

# INVOICE

**DATE 11/5/2018**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | USA   V   EISENMANN SE |  |
| 11/5/18 | Volvo Car US Operations Inc. | $69.00 |
|  | Eisenmann SE | $39.00 |
|  | Eisenmann Anlagenbau GmbH & Co. KG | $39.00 |
|  | Eisenmann Anlagenbau Verwaltung GmbH | $39.00 |
|  | COPY CHARGES | $88.00 |

Amount Paid          $0.00

TERMS: PAYMENT DUE 20 DAYS

**AMOUNT DUE        $274.00**

Doc No 14

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of California

| | |
|---|---|
| United States of America, ex rel. Gregor Lesnik, and ex rel Stjepan Papes, and Gregor Lesnik and Stjepan Papes, on behalf of themselves and all others similarly situated, <br> *Plaintiff(s)* <br><br> v. <br><br><br><br> Eisenmann SE, et al (see "Attachment Defendants") <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.    5:16-cv-01120  LHK

IN RE THIRD AMENDED  COMPLAINT

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Eisenmann SE, Tübinger Str. 81, 71032 Böblingen, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
William C. Dresser
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  November 2, 2018

*Signature of Clerk or Deputy Clerk*

Doc No 14

US ex rel Lesnik et al v Eisenmann SE, et al

U.S. Dist Ct, N.D. Cal. No:  C16-1120 LHK

Attachment Defendants

Eisenmann SE, Eisenmann Anlagenbau GmbH & Co. KG, Eisenmann Anlagenbau Verwaltung GmbH, Eisenmann Corporation, ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., Robert Vuzem, Ivan Vuzem, Tesla, Inc. fka Tesla Motors, Inc., Gregurec Ltd, Daimler AG, Mercedes-Benz U.S. International, Inc., BMW Manufacturing Co., LLC, Dicastal North America, Inc., Volkswagen Group of America Chattanooga Operations, LLC, Volkswagen, LB metal d.o.o., Mos Servis, d.o.o., D2N Tehnologije d.o.o. aka D2N d.o.o., Primiko, d.o.o., Volvo Car Corporation, Volvo Car US Operations, Inc., Deere & Company, Lax Fabricating Ltd, Keystone Automotive, Phoenix Mechanical, REHAU Incorporated, HRID-MONT d.o.o., VV Mont, d.o.o., Magna International, Inc., Magna Automotive Services GmbH, Magna, d.o.o, We-Kr d.o.o., RIMSA PLUS Sp. z.o.o., Enterprise MDM Poland Sp. z.o.o. (parent), MDM Polska sp. z.o.o.,

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. **5:16-cv-01120-LHK**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   VOLVO CAR US OPERATIONS INC.

was received by me on *(date)*   11/5/18

☐ I personally served the summons on the individual at *(place)*
_____   on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   AMY MCLAREN (authorized person at the registered agent) , who is
designated by law to accept service of process on behalf of *(name of organization)* VOLVO CAR US OPERATIONS INC.
C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801   on *(date)* 11/5/18         9:20 AM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/5/18

_____
*Server's signature*

KEVIN S. DUNN
_____
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
_____
*Server's address*

Additional information regarding attempted service, etc:

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

SERVED: FIRST AMENDED SUMMONS & THIRD AMENDED
COMPLAINT

SWORN TO ON 11/5/18

Doc No 14

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.   5:16-cv-01120-LHK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   Eisenmann SE C/O Eisenmann Corporation

was received by me on *(date)*   11/5/18

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   AMY MCLAREN (authorized person at the registered agent) , who is

designated by law to accept service of process on behalf of *(name of organization)* Eisenmann SE C/O Eisenmann Corporation

C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801   on *(date)* 11/5/18       9:20 AM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  11/5/18                          _____
                                              *Server's signature*

                                       KEVIN S. DUNN
                                       _____
                                              *Printed name and title*

                                       BRANDYWINE PROCESS SERVERS, LTD
                                       PO BOX 1360
                                       WILMINGTON, DE 19899
                                              *Server's address*

Additional information regarding attempted service, etc:

SERVED: FIRST AMENDED SUMMONS & THIRD AMENDED
COMPLAINT

SWORN TO ON 11/5/18

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

Doc No 44

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.   5:16-cv-01120-LHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   Eisenmann Anlagenbau GmbH & Co. KG C/O Eisenmann Corporation

was received by me on *(date)*   11/5/18

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   AMY MCLAREN (authorized person at the registered agent)   , who is

designated by law to accept service of process on behalf of *(name of organization)* Eisenmann Anlagenbau GmbH & Co. KG

C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801   on *(date)*   11/5/18          9:20 AM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   11/5/18

_____
Server's signature

KEVIN S. DUNN
_____
Printed name and title

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
Server's address

Additional information regarding attempted service, etc:

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

SERVED: FIRST AMENDED SUMMONS & THIRD AMENDED
COMPLAINT

SWORN TO ON 11/5/18

Doc No 14

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:16-cv-01120-LHK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* Eisenmann Anlagenbau Verwaltung GmbH c/o Eisenmann Corporation

was received by me on *(date)* 11/5/18

☐ I personally served the summons on the individual at *(place)*

on *(date)* , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (authorized person at the registered agent) , who is

designated by law to accept service of process on behalf of *(name of organization)* Eisenmann Anlagenbau Verwaltung GmbH c/o Eisenmann Corporation

C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801   on *(date)* 11/5/18    9:20 AM

☐ I returned the summons unexecuted because , or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: 11/5/18

*Server's signature*

KEVIN S. DUNN

*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

SERVED: FIRST AMENDED SUMMONS & THIRD AMENDED COMPLAINT

SWORN TO ON 11/5/18

Doc No 14

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 04/2018) | TRANSCRIPT ORDER Please use one form per court reporter. *CJA counsel please use Form CJA24* Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER Malika Amaru | 2a. CONTACT PHONE NUMBER (415) 293-6814 | 3a. CONTACT EMAIL ADDRESS mamaru@bsfllp.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different) Quyen L. Ta | 2b. ATTORNEY PHONE NUMBER (415) 293-6800 | 3b. ATTORNEY EMAIL ADDRESS qta@bsfllp.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Boies Schiller Flexner LLP 44 Montgomery Street, 41st Floor San Francisco, CA 94104 | 5. CASE NAME United States of Am., ex rel., Papes, Lesnik v. Eisenmann SE, et al. | 6. CASE NUMBER 5:16-cv-01120 |
|---|---|---|

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR**
**Lee-Anne Shortridge**

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL ☐ CRIMINAL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL ☑ CIVIL CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:**

a. HEARING(S) (OR PORTIONS OF HEARINGS)  b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)  c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/2019 | LHK | CMC | | ● | ● | ○ | ● | ○ | ■ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
Please email the final transcript to abernay@fbtlaw.com, aholtzman@bsfllp.com and mamaru@bsfllp.com, in addition to qta@bsfllp.com.

**ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).**

| 11. SIGNATURE /s/ Quyen L. Ta | 12. DATE 10/30/2018 |
|---|---|

Doc No 15

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE NO.: 20202832

**MAKE CHECKS PAYABLE TO:**

William Dresser
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, CA 95113
(408) 279-7529
loofwcd@aol.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113
(408) 287-4580
Lee-Anne_Shortridge@cand.uscourts.gov
Tax ID: 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

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL   X CIVIL | | 01-06-2020 | 01-06-2020 |

**In the matter of:** C-16-01120 LHK, Lesnik v Eisenmann
Reporter's transcript of proceedings held on 10-30-19 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | 43 | 0.90 | 38.70 | | 0.60 | | 38.70 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 38.70 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 38.70 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: | Doc No 15 |
|---|---|---|
| *Lee-Anne Shortridge* | 01-06-2020 | |

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR



FIBULA SLB   j.d.o.o.

Tourism, service provision and trade

A. Mihanovića 12, 49210 Zabok

Croatia, www.fibula-slb.hr

OIB:  10383953681

MB:    4054148

IBAN: HR6823600001102358071

William C.Dresser, 104375

Law Offices of William C. Dresser

4 North Second Street, Suite 1230

San Jose, California

| | |
|---|---|
| Offer date: | 16.07.2018. |
| Payment: | 100% advance at order |
| Delivery date: | 1 day of payment |
| Valid : | 7 days |

Offer              **15**

| Number | Service | Quant. | Unit | Price (Euro) | Total 1 | VAT | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | Translation from English language to Croatian language | 1,5 | card | 26,50 | 39,75 | 0,00 | 39,75 |

| | |
|---|---|
| **Total** | 39,75 |
| **VAT** | **0,00** |
| **TOTAL (Euro)** | **39,75** |

VAT not included; transferable according to VAT Act.

Note:

Appointed by the President of the County Court in Zagreb, Decree No. 4 Su-606/14 of 18/9/2014

Prices regulated by Set of rules for Court interpreters in Croatia.

Offer made by: Sandra Bojić

Received:

Upisano kod trgovačkog suda u Zagrebu, temeljni kapital 10,00 kuna. Osnivač/direktor društva-osobe ovlaštene za zastupanje: Sandra Bojić

Doc No 16

**From:** bsandra2003@gmail.com,
**To:** loofwcd@aol.com,
**Subject:** Re: Translation request, US ex re Lesnik, Papes v Eisenmann, et al
**Date:** Thu, Nov 8, 2018 2:07 am

Thank you very much.

sri, 7. stu 2018. u 18:46 Bill Dresser <loofwcd@aol.com> napisao je:

Gospada Bojic:

24.60 x 108 pages = 2,658 EU

> 24.60 Euros per page

I have today wired the equivalent in US dollars of $3,046 to your account (Fibula SLB jdoo) as directed in your January 31, 2018 e-mail. My bank states that payment will be received by you by November 13, 2018.

Hvala,

Bill Dresser
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113
Tel: 408/279-7529
Fax: 408/298-3306

-----Original Message-----
From: sandra bojic <bsandra2003@gmail.com>
To: Bill Dresser <loofwcd@aol.com>
Sent: Wed, Nov 7, 2018 2:06 am
Subject: Re: Translation request, US ex re Lesnik, Papes v Eisenmann, et al

Dear Mr. Dresser,
For the translation in Croatian language I can offer the same conditions as the offer in January...24.60 Euros per page. Ones I start translating, will see for additional discount.
I have problem with Slovenian translation. I am still searching for translator from English into Slovenian, what would not be a problem to find in Slovenia. In that case, fees may be different if they are regulated by law as in Croatia. So, I suggest...I start translating into Croatian and on Monday next week will inform You on the translation into Slovenian.

Kind regards,
Sandra Bojić

On Mon, Nov 5, 2018, 16:11 Bill Dresser <loofwcd@aol.com wrote:
> Hvala
>
>
> -----Original Message-----
> From: sandra bojic <bsandra2003@gmail.com>
> To: Bill Dresser <loofwcd@aol.com>
> Sent: Mon, Nov 5, 2018 01:08 AM
> Subject: Re: Translation request, US ex re Lesnik, Papes v Eisenmann, et al
>
>
> Dear Mr. Dresser,
> thank you for the cooperation.
> Since I had a few days off, during the day I will check the last document and get back to You.      Doc No 17

Regards,
Sandra Bojić

čet, 1. stu 2018. u 19:02 Bill Dresser <loofwcd@aol.com> napisao je:

Ms. Bojic:

I filed a Third Amended Complaint.  I need to have it translated into both Slovenian and Croatian.  Would you please assist me.
I attach the document in its filed pdf format, and as converted to Word.

I can issue payment in the same manner as directed in your January 31, 2018 e-mailed payment instructions for your prior translation.

Hvala,

Bill Dresser
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113
Tel:   408/279-7529
Fax:   408/298-3306

Doc No 17



FIBULA SLB   j.d.o.o.
Turizam, usluge i trgovina
A. Mihanovića 12, 49210 Zabok
Hrvatska, www.fibula-slb.hr
OIB (VAT):  10383953681
MB:     4054148

IBAN: HR6823600001102358071

# R1

William C.Dresser, 104375
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California

Tax Number   77-0395459

| | | |
|---|---|---|
| Datum računa: | Invoice date | 10.12.2018. |
| Datum dospijeća: | Due date | 10.12.2018. |
| Paritet: | Parity | FCA California |
| Način plaćanja: | Payment | 100% avans |
| Fiskalna oznaka: | Designation | Transakcijski |
| Vrijeme: | Time | 13:50 |

Broj računa          **37-A-1**
Invoice number

| Broj | Naziv usluge | Količina | Mj.jed | Cijena | Ukupno | PDV | UKUPNO |
|---|---|---|---|---|---|---|---|
| 1 | Prijevod s engleskog na slovenski jezik | 108 | str. | 184,35 | 19.909,50 | 0,00 | 19.909,50 |
| | (Translation from English to Slovenian language)-USD | 108 | page | 28,36 | 3.063,00 | 0,00 | 3.063,00 |

Prijenos porezne obveze prema članku 17.st.1. Zakona o PDVu.

| | |
|---|---|
| Ukupno (HRK) | 19.909,50 |
| PDV | 0,00 |
| UKUPNO (HRK) | 19.909,50 |

| | |
|---|---|
| Total (USD) | 3.063,00 |
| VAT | 0,00 |
| TOTAL (USD) | 3.063,00 |

Reverse charge Law on Vat Article 17, item 1

U slučaju nepravovremenog plaćanja zaračunavamo zakonsku zateznu kamatu.  Obračun prema naplaćenoj naknadi.
U slučaju neispunjena ove dospjele novčane obveze vjerovnik može zatražiti određivanje ovrhe na temelju ove
vjerodostojne isprave. Račun je izrađen na računalu te je valjan bez potpisa i žiga.

Invoice is valid without a stamp and a signature.

Račun sastavila: Sandra Bojić
Invoice made by: Sandra Bojić

Received:

**CONFIRMATION For Process Serving**

# ONE LEGAL LLC

**This is not an Invoice**



| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 12789164 | DATE: | 02/13/2019 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Customer:** Law Offices of William C. Dresser | | **Attorney:** William C. Dresser | |
| **Customer No.:** 0058886 | | **Attorney e-mail:** lawofficeofwcd@gmail.com | |
| **Address:** San Jose, CA 95113 | | **Contact:** Debra Lumley | |
| | | **Contact e-mail:** debra.lumley101@gmail.com | |
| | | **Contact Phone:** (408)279-7529 | |
| | | **Contact Fax:** | |
| | | **Law Firm File No.:** US LESNIK | |

**CASE INFORMATION:**

**Case Number:** 5:16-cv-01120 LHK
**County:**
**Court:** United States District Court, Northern District of California
**Case Short Title:** United States, ex rel. Gregory Lesnik, et al. vs. Eisenmann SE et al.

| **DOCUMENTS RECEIVED:** | **No. Docs:** 5 | **No. Pgs:** 116 |
|---|---|---|

Order Granting Second Administrative Motion to allow Plaintiffs and Relators to serve Vuzem USA Inc. by service on the California Secretary of State, Order Granting Administrative Motion to Amend Third Amended Complaint, THIRD AMENDED COMPLAINT FOR DAMAGES AND

| Party to Serve:  Vuzem USA Inc. | Service Address: 1500 11th Street, 3rd Floor, Room 390 |
|---|---|
| | Sacramento, CA 95814 |

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status:    Service Complete<br><br>Vuzem USA, Inc. by service on the California Secretary of State. They do not permit sub service by mail. The order, process to be served and $50.00 fee must be hand delivered to the public counter in the Sacramento Office 8:00 - 5:00 Monday thru Frid | Witness Fees<br>Process Serving - Three Day | 50.00<br>75.00 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 125.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.

Customer Support I Ph:  1-800-938-8815

Doc No 19

1
William C. Dresser, SB104375                    (408)279-7529
2  Law Offices of William C. Dresser
   4 North 2nd Street, Suite 1230
3  San Jose, CA 95113

4  Representing: Plaintiff                        File No. US LESNIK

5

6

7

8              United States District Court, Northern District of California

9              Northern District of California - District - San Jose

10

11

12  United States, ex rel. Gregory Lesnik, et al.              Case No. 5:16-cv-01120 LHK
                                                    )
13                                                  )
            Plaintiff/Petitioner                    )      Proof of Service of:
14                                                  )
                     vs.                            )          Order Granting Second Administrative Motion to
15                                                  )          allow Plaintiffs and Relators to serve Vuzem USA
                                                    )          Inc. by service on the California Secretary of State,
16  Eisenmann SE et al.                             )          Order Granting Administrative Motion to Amend
                                                    )          Third Amended Complaint, THIRD AMENDED
17                                                  )          COMPLAINT FOR DAMAGES AND OTHER
            Defendant/Respondent                    )          RELIEF UNDER THE FALSE CLAIMS ACT
18  _____        )      Service on:
19                                                         Vuzem USA Inc.

20

21

22                                                         Hearing Date: 03/14/2019

23                                                         Hearing Time: 2:00PM

24                                                         Div/Dept:

25

26

27

28

                              PROOF OF SERVICE                          Doc No 19

OL#12789164

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| William C. Dresser, SB104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113 | | (408)279-752 | |
| ATTORNEY FOR (Name):  Plaintiff | Ref. No. or File No.: | US LESNIK | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

United States, ex rel. Gregory Lesnik, et al.

DEFENDANT:

Eisenmann SE et al.

| **PROOF OF SERVICE** | DATE:<br>03/14/2019 | TIME:<br>2:00PM | DEPT/DIV: | CASE NUMBER:<br>5:16-cv-01120 LHK |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Order Granting Second Administrative Motion to allow Plaintiffs and Relators to serve Vuzem USA Inc. by service on the California Secretary of State, Order Granting Administrative Motion to Amend Third Amended Complaint, THIRD AMENDED COMPLAINT FOR DAMAGES AND OTHER RELIEF UNDER THE FALSE CLAIMS ACT AND OTHER CLAIMS INCLUDING INDIVIDUAL, COLLECTIVE AND CLASS WAGES CLAIMS, INDIVIDUAL AND CLASS LABOR TRAFFICKING CLAIMS, AND RICO CLAIMS, Summons, CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

2. Party Served: Vuzem USA Inc.

3. Person Served: Cheryl Allen - Deputy Secretary of State - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 02/08/2019          3:36PM

5. Address, City and State: 1500 11th Street, 3rd Floor, Room 390
Sacramento, CA 95814

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 125

Registered California process server.
County:  Sacramento
Registration No.: 2012-37
Brandon Lee Ortiz
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 02/12/2019 at Los Angeles, California.

Signature: _____     Doc No 19

Brandon Lee Ortiz

OL# 12789164



**VIA-EMAIL ONLY**

# Invoice

**Federal Arbitration, Inc.**

4083 Transport Street, Suite B
Palo Alto, CA 94303
650-328-9500

| | |
|---|---|
| Invoice: | F18-M-HM-1212-02P |
| Case ID: | F18-M-HM-1212 |
| Federal Tax ID: | 26-0218434 |
| Date: | 2/14/2019 |

## Invoice for mediation services provided by Hon. A. Howard Matz
### re
## Gregor Lesnik and Stjepan Papes v. Eisenmann Corporation and Tesla Inc.

| Description of item | | Amount |
|---|---|---|
| Hon. Howard Matz services through 12/10/18; 3.4 hours at $900 per hour - [details available upon request] | $ | 3,060.00 |
| Hon. Howard Matz services through 12/21/18; daily rate $9,000 - [details available upon request] | $ | 9,000.00 |
| Hon. Howard Matz services through 12/26/18; 16.5 hours at $900 per hour - [details available upon request] | $ | 14,850.00 |
| **Total services:** | **$** | **26,910.00** |
| FedArb administration fee (12%) of mediator hourly fees | $ | 3,229.20 |
| FedArb setup fee | $ | 1,500.00 |
| Hon. Howard Matz expenses - [details available upon request] | $ | 711.29 |
| **Total mediation:** | **$** | **32,350.49** |
| **Deposit applied:** | **$** | **23,160.00** |
| **Amount remaining:** | **$** | **(9,190.49)** |
| **Amount due:** | **$** | **9,190.49** |

| | | |
|---|---|---|
| **Plaintiff's share of the bill is 50%:** | **$** | **4,595.25** |

| Please deposit with FedArb: | $ | 4,595.25 |
|---|---|---|

**Gregor Lesnik and Stjepan Papes**
**William Dresser**
**Law Offices of William C. Dresser**
4 North Second Street, Suite 1230
San Jose, California 95113

## Payment is due Tuesday, February 26, 2019.

**Invoices not paid when due will be subject to a 1.5% per month rebilling fee until payment is received.**

Upon completion of the assignment, the mediator will inform FedArb of the actual number of hours and actual expenses incurred in the case.   FedArb will refund to the Parties any amounts deposited that are in excess of fees as calculated by FedArb. FedArb will make such refunds within 60 days of the mediator's submission of hours and expenses.

**Electronic payment:** Bank of America, Palo Alto Main, 530 Lytton Ave, Palo Alto, CA (650-324-4433)
ABA: 121000358 - SWIFT: BOFAUS3N - Federal Arbitration Inc account number: 0117467147
**By check payable to:** Federal Arbitration, Inc., Attn: Accounting, 4083 Transport Street, Suite B, Palo Alto, CA 94303

# Wire Transfer Confirmation: Business and Personal Accounts

**You have successfully submitted your transaction on 04/17/2019 at 04:22 pm Pacific Time.**

View your wire transfer activity or make another wire transfer

| | |
|---|---|
| **Confirmation number** | OW00000426250306 |
| **Send to** | JudgeMatzForLesnik …7147 |
| **From account** | BUSINESS CHECKING …0462 Available balance = $21,164.22 |
| **Frequency** | One-time - send now |
| **Wire amount sent** | $4,595.25 |
| **Fees** | $30.00 |
| **Total from account** | **$4,625.25** |
| **Send on** | 04/18/2019 |
| **Deliver by** | 04/18/2019 |
| **Description** | US ex rel Lesnik mediation balance due |

View your wire transfer activity or make another wire transfer

🏠 Equal Housing Lender                                        Doc No 20

© 1995 - 2019 Wells Fargo. All rights reserved.

Doc No 20

*From:*     Tanveer Singh <tanveer.singh@fedarb.com>
*To:*       loofwcd <loofwcd@aol.com>
*Cc:*       Jay Weil <jay.weil@fedarb.com>
*Subject:*       RE: Invoice - Judge Matz - Lesnik v. Eisenmann et al
*Date:*     Fri, Apr 19, 2019 8:30 am

------------------------------------------------------------------------

Mr. Dresser,


I received the wire from you.


Thanks,


*Tanveer Singh*

*Federal Arbitration, Inc.*

4083 Transport St., Suite B

Palo Alto, CA 94303

Tanveer.Singh@fedarb.com <mailto:Tanveer.Singh@fedarb.com>

(650) 328-9500

email logo - new




*From:* Tanveer Singh <tanveer.singh@fedarb.com
<mailto:tanveer.singh@fedarb.com>>
*Sent:* Thursday, March 28, 2019 4:03 PM
*To:* loofwcd@aol.com <mailto:loofwcd@aol.com>
*Cc:* Jay Weil <jay.weil@fedarb.com <mailto:jay.weil@fedarb.com>>
*Subject:* RE: Invoice - Judge Matz - Lesnik v. Eisenmann et al


Mr. Dresser,

Doc No 20

I have not received payment for the attached invoice. Please let me know the status.


Best,


*Tanveer Singh*

*Federal Arbitration, Inc.*

4083 Transport St., Suite B

Palo Alto, CA 94303

Tanveer.Singh@fedarb.com <mailto:Tanveer.Singh@fedarb.com>

(650) 328-9500

email logo - new




*From:* Tanveer Singh <tanveer.singh@fedarb.com
<mailto:tanveer.singh@fedarb.com>>
*Sent:* Friday, March 22, 2019 2:48 PM
*To:* loofwcd@aol.com <mailto:loofwcd@aol.com>
*Cc:* Jay Weil <jay.weil@fedarb.com <mailto:jay.weil@fedarb.com>>
*Subject:* RE: Invoice - Judge Matz - Lesnik v. Eisenmann et al


Mr. Dresser,


What is the status of payment for the attached invoice?


Thanks,


*Tanveer Singh*

*Federal Arbitration, Inc.*

4083 Transport St., Suite B

Doc No 20

Palo Alto, CA 94303

Tanveer.Singh@fedarb.com <mailto:Tanveer.Singh@fedarb.com>

(650) 328-9500

email logo - new

*From:* Tanveer Singh <tanveer.singh@fedarb.com
<mailto:tanveer.singh@fedarb.com>>
*Sent:* Thursday, February 28, 2019 5:14 PM
*To:* loofwcd@aol.com <mailto:loofwcd@aol.com>; beau@whkb-law.com
<mailto:beau@whkb-law.com>; skip@whkb-law.com
<mailto:skip@whkb-law.com>; peter@whkb-law.com <mailto:peter@whkb-law.com>
*Cc:* Jay Weil <jay.weil@fedarb.com <mailto:jay.weil@fedarb.com>>
*Subject:* RE: Invoice - Judge Matz - Lesnik v. Eisenmann et al

Dear counsel,

Please let me know the status of payment for the attached invoice.

Thanks,

*Tanveer Singh*

*Federal Arbitration, Inc.*

4083 Transport St., Suite B

Palo Alto, CA 94303

Tanveer.Singh@fedarb.com <mailto:Tanveer.Singh@fedarb.com>

(650) 328-9500

email logo - new

Doc No 20

*From:* Tanveer Singh <tanveer.singh@fedarb.com
<mailto:tanveer.singh@fedarb.com>>
*Sent:* Thursday, February 14, 2019 4:11 PM
*To:* loofwcd@aol.com <mailto:loofwcd@aol.com>; beau@whkb-law.com
<mailto:beau@whkb-law.com>; skip@whkb-law.com
<mailto:skip@whkb-law.com>; peter@whkb-law.com <mailto:peter@whkb-law.com>
*Cc:* Jay Weil <jay.weil@fedarb.com <mailto:jay.weil@fedarb.com>>
*Subject:* Invoice - Judge Matz - Lesnik v. Eisenmann et al

Dear counsel,

Attached is an invoice re the Lesnik v. Eisenmann et al mediation with
Judge Matz.

Please confirm receipt.

Best,

*Tanveer Singh*

*Federal Arbitration, Inc.*

4083 Transport St., Suite B

Palo Alto, CA 94303

Tanveer.Singh@fedarb.com <mailto:Tanveer.Singh@fedarb.com>

(650) 328-9500

email logo - new

Doc No 20



**Gregor LEŠNIK**
**Kraigherjeva 8a**

**3320 VELENJE**
---

|                             |              |
|-----------------------------|--------------|
| *Ljubljana,*                | **20.02.2019** |
| **Valuta:**                 | **28.02.2019** |
| *Datum opravljene storitve:* | *20.02.2019* |
| *Davčna številka:*          | *SI32756933* |

### *RAČUN št.: 42/19*

*A) Opravljene storitve:*
V skladu z naročenimi in opravljenimi storitvami Vam izstavljam račun za naslednje storitve pravne pomoči po veljavni odvetniški tarifi in sicer:

1/ Poštno vročanje sodnih pošiljk iz ZDA...................................................................1.000,00 EUR

Davek na dodano vrednost 22% na storitve...................................................220,00 EUR
-------------------------------------------------------------------------------------------------------

**ZA PLAČILO SKUPAJ:**                                                      **1.220,00 EUR**

*Odvetnik Luka Divjak sem zavezanec za plačilo DDV.*

Prosim, da navedeni znesek nakažete na moj poslovni račun odprt pri Abanka d.d., PE Ljubljana št.: **SI56 0510 0801 5600 502.**

    S spoštovanjem,

    Odvetnik Luka Divjak



Tel: +386/1/422-46-60, Fax: +386/1/422-46-65, Email: info@odvetnik-divjak , matična številka: 2177277,
Poslovni račun 0510 0801 5600 502 in fiduciarni račun 0510 0801 5600 890, oba odprta pri Abanka, d.d.

Doc No. 21

Lichtenegger, storitve in
trgovina d.o.o.
Kidričeva cesta 55A, 3320
Velenje
PE: Kidričeva cesta 2B, 3320
Velenje
ID za DDV: SI28666976

Račun: 2-3-3146

Fotokopija A4
3.568 x 0,06                    214,08
Vezava - od 12mm
16 x 1,90                        30,40
--------------------------------------

## Skupaj:        244,48 EUR
--------------------------------------

| DDV | Osnova | Znesek DDV |
|-----|--------|------------|
| 22% | 200,39 | 44,09 |

Gotovina 244,48 EUR

20.2.2019 16:47:34    Maja Jurak

ZOI:
967740da6e528ca0167a2a5a5fdd3e82
EOR:
fcc05ec6-2d48-4910-b983-4a8a2ec5
d221



Doc 22

Blagajna Microgramm Simpos

ALEX PADILLA | SECRETARY OF STATE | STATE OF CALIFORNIA
BUSINESS PROGRAMS | BUSINESS ENTITIES
1500 11th Street, 3rd floor | Sacramento, CA 95814 | 916.657.5448 | www.sos.ca.gov

**RECORD OF SERVICE OF PROCESS**

WILLIAM C DRESSER
4 NORTH SECOND ST STE 1230
SAN JOSE CA 95113

RE:   UNITED STATES OF AMERICA, et al. vs. EISENMANN SE, et al., UNITED
      STATES NORTHERN DISTRICT COURT OF CALIFORNIA, SAN JOSE
      DIVISION, CASE NO. 16-CV-01120-LHK

Service forwarded to Defendant:

        VUZEM USA INC.
        (official name of record)
        965 WEST 11TH STREET #2
        SAN PEDRO CA 90731

Date Forwarded:   February 26, 2019

Process Server:   Brandon Ortiz

Date Served:   February 8, 2019        Time:      3:36 pm

Deputy Secretary of State Served:     Cheryl Allen

Documents Served:   Two copies of the Court Order, Summons, Third Amended
Complaint

FEES:                   Receipt of Process Against Defendant:     $    50.00

                        Total Charges:                            $    50.00

                        Amount Received:                          $    50.00
                        Refund:                                   $     0.00

            Prepared by:   *Tammy L Rink*
                           Tammy L. Rink
                           Date:   February 26, 2019

Doc No 23

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 04/2018) | **TRANSCRIPT ORDER**<br>**Please use one form per court reporter.**<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Malika Lareine | 2a. CONTACT PHONE NUMBER<br>(510) 874-1114 | 3a. CONTACT EMAIL ADDRESS<br>mlareine@bsfllp.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Quyen L. Ta | 2b. ATTORNEY PHONE NUMBER<br>(510) 874-1000 | 3b. ATTORNEY EMAIL ADDRESS<br>qta@bsfllp.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Boies Schiller Flexner LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | 5. CASE NAME<br>United States of Am., ex rel., Papes, Lesnik v. Eisenmann SE, et al. | 6. CASE NUMBER<br>5:16-cv-01120 |
|---|---|---|

| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>**Lee-Anne Shortridge** | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL   ☒ CIVIL   CJA: <u>Do not use this form; use Form CJA24</u>. |
|---|---|

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a.  HEARING(S) (OR PORTIONS OF HEARINGS)     b.  SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)     c.  DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2019 | LHK | CMC | | ● | ● | ○ | ● | ○ | ■ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
Please email the final transcript to mlareine@bsfllp.com, aholtzman@bsfllp.com and abernay@fbtlaw.com, in addition to qta@bsfllp.com.

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

| 11. SIGNATURE    /s/ Quyen L. Ta | 12. DATE<br>04/18/2019 |
|---|---|

Doc No 24

Clear Form         Save as new PDF



**VIA-EMAIL ONLY**

# Invoice

| **Federal Arbitration, Inc.** | Invoice: | F18-M-HM-1212-03P |
|---|---|---|
| 4083 Transport Street, Suite B | Case ID: | F18-M-HM-1212 |
| Palo Alto, CA 94303 | Federal Tax ID: | 26-0218434 |
| 650-328-9500 | Date: | 5/23/2019 |

## Invoice for mediation services provided by Hon. A. Howard Matz
### re
## Gregor Lesnik and Stjepan Papes v. Eisenmann Corporation and Tesla Inc.

| Description of item | Amount | |
|---|---|---|
| Hon. Howard Matz services through 12/10/18; 3.4 hours at $900 per hour - [details available upon request] | $ | 3,060.00 |
| Hon. Howard Matz services through 12/21/18; daily rate $9,000 - [details available upon request] | $ | 9,000.00 |
| Hon. Howard Matz services through 12/26/18; 16.5 hours at $900 per hour - [details available upon request] | $ | 14,850.00 |
| **Total services:** | **$** | **26,910.00** |
| FedArb administration fee (12%) of mediator hourly fees | $ | 3,229.20 |
| FedArb setup fee | $ | 1,500.00 |
| Hon. Howard Matz expenses - [details available upon request] | $ | 711.29 |
| **Total mediation:** | **$** | **32,350.49** |
| **Deposit applied:** | **$** | **32,350.49** |
| **Amount remaining:** | **$** | **-** |

| | | |
|---|---|---|
| **Additional deposit :** | **$** | **7,500.00** |

| | | |
|---|---|---|
| **Plaintiff's share of the bill is 50%:** | **$** | **3,750.00** |

| **Please deposit with FedArb:** | **$** | **3,750.00** |
|---|---|---|
| **Gregor Lesnik and Stjepan Papes** | | |
| **William Dresser** | | |
| **Law Offices of William C. Dresser** | | |
| 4 North Second Street, Suite 1230 | | |
| San Jose, California 95113 | | |

## Payment is due Friday, June 7, 2019.

**Invoices not paid when due will be subject to a 1.5% per month rebilling fee until payment is received.**

Upon completion of the assignment, the mediator will inform FedArb of the actual number of hours and actual expenses incurred in the case.   FedArb will refund to the Parties any amounts deposited that are in excess of fees as calculated by FedArb. FedArb will make such refunds within 60 days of the mediator's submission of hours and expenses.

| **Electronic payment:** Bank of America, Palo Alto Main, 530 Lytton Ave, Palo Alto, CA (650-324-4433) |
|---|
| ABA: 121000358 - SWIFT: BOFAUS3N - Federal Arbitration Inc account number: 0117467147 |
| **By check payable to:** Federal Arbitration, Inc., Attn: Accounting, 4083 Transport Street, Suite B, Palo Alto, CA 94303 |

Doc No 25

[Return to our web page](#)

## Thank you for your order!

You may print this receipt page for your records. A receipt has also been emailed to you.

Order Information

| | |
|---|---|
| Merchant: | Link Translations, Inc. |
| Description: | 783a9904-4916-8d6d-bba5-5cf138476a59 |
| Date/Time: | 31-May-2019 13:54:49 PDT | PO Number: |
| Customer ID: | | Invoice Number: | 36980 |

---

| **Billing Information** | **Shipping Information** |
|---|---|
| William Dresser | William Dresser |
| xxxx | Law Offices of William C Dresser |
| xxxx | 4 N. 2nd Street, Suite 1230 |
| loofwcd@aol.com | San Jose, CA 95113 |
| Phone: 408-279-7529 Fax: | USA |
| 408-298-3306 | |

---

                                                                **Total:   $6079.05 (USD)**

xxx Card ****xxxx

| | |
|---|---|
| Date/Time: | 31-May-2019 13:54:49 PDT |
| Transaction ID: | 41387090661 |
| Auth Code: | 03193C |
| Payment Method: | xxx Card ****xxxx |

Doc No 26

Exhibit B

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | **TRANSCRIPT ORDER** **Please use one form per court reporter.** *CJA counsel please use Form CJA24* *Please read instructions on next page.* | COURT USE ONLY **DUE DATE:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER | 2a. CONTACT PHONE NUMBER | 3. CONTACT EMAIL ADDRESS |
|---|---|---|
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3. ATTORNEY EMAIL ADDRESS |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | 5. CASE NAME | 6. CASE NUMBER |
|---|---|---|

| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR | 8. THIS TRANSCRIPT ORDER IS FOR: |
|---|---|

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☐ CIVIL   CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)  c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE

12. DATE

Doc No 27

| CAND 435<br>(Rev. 08/2018) | INSTRUCTIONS |
|---|---|

Use this form to order the transcription of a record of proceedings. ***CJA counsel should use Form CJA24.*** Before completing this form, please visit cand.uscourts.gov/transcripts for complete transcript ordering information. THESE INSTRUCTIONS SUPPLEMENT THE WEBSITE INFORMATION.

1. Complete a separate order form for each *case number* for which transcripts are ordered.
2. Complete a separate order form for each *court reporter* who reported proceedings in the case.
3. Complete Items 1-12. Keep a copy of your completed order form for your records.
4. E-file this form in the U.S. District Court CM/ECF system. *Exceptions to e-filing*: (a) sealed cases/proceedings; (b) non-parties; (c) pro se parties who are not e-filers. In such cases, mail or hand-deliver a hard copy addressed to the court reporter supervisor (email list available at cand.uscourts.gov/transcripts/contact) at the Court division where the proceeding was held.
5. Next, the court reporter/transcriber will contact you to confirm estimated costs and delivery options. Deliver payment to the court reporter/transcriber promptly. Upon receipt of the deposit, the court reporter/transcriber will begin work on the transcript.
6. Unless prepayment is waived, delivery time is computed from the date the court reporter/transcriber receives the deposit, authorized CJA 24 Form, authorization from Federal Public Defender's Office or, for transcripts ordered by the U.S. government, from the date of receipt of the DCN number.
7. The deposit fee is an estimate. Any overage will be refunded; any shortage will be due from you.

ITEM-BY-ITEM INSTRUCTIONS (ITEMS 1-12):

| | |
|---|---|
| Items 1-3 | In fields 1a, 2a & 3a, please provide the contact name and information for the person responsible for ordering the transcript. In a law office, this is usually a paralegal or administrative assistant, not the attorney. In fields 1b, 2b & 3b, provide the attorney name and contact info, if the attorney is not the contact person. |
| Items 5-6. | Only one case number may be listed per order. |
| Item 7. | Visit cand.uscourts.gov/transcripts for instructions for determining the name of the court reporter who reported the proceeding or if the proceeding was audio-recorded. If minutes have not been filed, contact the court reporter supervisor at the division where the hearing was held. |
| Item 8. | Check appeal OR non-appeal AND criminal OR civil. *In forma pauperis*: a court order specifically authorizing transcripts is required before transcripts may be ordered *in forma pauperis*. |
| Item 9a. | List specific date(s) of the proceedings for which transcript is requested. A transcript of only a portion of a proceeding may be ordered, if the description is clearly written to facilitate processing. Under "type," indicate briefly what type of proceeding it was, such as "motion," "sentencing," or "CMC." |
| Item 9b. | Select desired FORMAT(S) for transcript. There is an additional charge for each format ordered. Visit cand.uscourts.gov/transcripts/rates for details. Unlock ECF/web access is included at no extra charge with each of the other formats. |
| Item 9c. | There are 7 DELIVERY TYPES to choose from (times are computed from date of receipt of the deposit fee or DCN number). **NOTE**: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, the 14-day *delivery* rate would be charged. |

    TRANSCRIPT DELIVERY TIMES:

- ORDINARY — 30 calendar days.
- 14-DAY — 14 calendar days.
- EXPEDITED — 7 calendar days.
- 3-DAY — 3 calendar days
- DAILY (NEXT DAY) — Following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day.
- HOURLY (SAME DAY) — within two (2) hours.
- REALTIME — A draft unedited, uncertified transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment.

| | |
|---|---|
| Item 11. | Sign in this space to certify that you will pay all charges (the deposit plus any additional charges.) An electronic or conformed (/s/) signature is acceptable. |
| Item 12. | Enter the date of signing the order and certification. |

Doc No 27

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE NO.: 20192800

**MAKE CHECKS PAYABLE TO:**

William Dresser
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, CA 95113
(408) 279-7529
loofwcd@aol.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113
(408) 287-4580
Lee-Anne_Shortridge@cand.uscourts.gov
Tax ID: 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

| _ CRIMINAL  X CIVIL | DATE ORDERED: 09-23-2019 | DATE DELIVERED: 09-23-2019 |
|---|---|---|

**In the matter of:** C-16-01120 LHK, Lesnik v Eisenmann SE, et al.

Reporter's transcript of proceedings held on 4-17-19 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 30 | 0.90 | 27.00 | | 0.60 | | 27.00 |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 27.00 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 27.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: 09-23-2019 | Doc No 27 |
|---|---|---|

DISTRIBUTION:     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR



Detektivsko Varnostna Agencija FOKUS d.o.o.
Kidričeva ulica 24b, 3000 Celje, Slovenija
info@fokus-dva.si, www.fokus-dva.si
+386 (0)8 387 00 12

LEŠNIK Gregor

Kraigherjeva ulica 8a

3320    Velenje

Davčna številka: 80876030

# RAČUN

**Številka:**          **2019-92**
Kraj:                 Celje
Referenca:            SI00 201992
Datum:                11.03.2019
Opravljeno:           11.03.2019
Zapade:               10.04.2019
Osnova za račun:      378/2019-01

| Vrsta blaga oz.storitev | Količina | Cena | DDV | Cena z DDV | Vrednost EUR |
|---|---|---|---|---|---|
| (0059 ) vročitev | 8,00 vro | 335,00 | 73,7 (22%) | 408,0 | 2.680,00 |
| (95 ) priprava poročila in poročila in | 2,00 ura | 40,00 | 8,80 (22 %) | 48,8 | 80,00 |
| (0003) strošek prevoza | 974,00 km | 2,8 | 0,62 (22%) | 3,477 | 366,98 |
| | | **SKUPAJ EUR:** | | | **5.606,98** |
| | | DDV 22,00% | | od: 5.605,98 | 1.217,67 |
| | | **Za plačilo EUR:** | | | **6.750,46** |

Prosimo, da račun poravnate do valute plačila na naš poslovni račun
SI56 1910 0001 1289 011, odprt pri Deželni banki Slovenije d.d..
Zahvaljujemo se vam za vaše zaupanje in se veselimo nadaljnjega sodelovanja!

Tibor Tajnšek, direktor

Detektivsko Varnostna Agencija FOKUS d.o.o., Kidričeva ulica 24b, 3000 Celje, Slovenija, info@fokus-dva.si, www.fokus-dva.si, +386 (0)8 387 00 12
DBS SI56 1910 0001 1289 011, Okrožno sodišče v Celju, št. reg. vl. Srg 2015/3399, osnovni kapital 7 500,00 €, ID. št. za DDV: SI51611474, Matična št.: 6768423000

Doc No 28

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 04/2018) | **TRANSCRIPT ORDER** **Please use one form per court reporter.** *CJA counsel please use Form CJA24* *Please read instructions on next page.* | COURT USE ONLY **DUE DATE:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER | 2a. CONTACT PHONE NUMBER | 3a. CONTACT EMAIL ADDRESS |
|---|---|---|
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3b. ATTORNEY EMAIL ADDRESS |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | 5. CASE NAME | 6. CASE NUMBER |
|---|---|---|

| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL   ☐ CIVIL   CJA: Do not use this form; use Form CJA24. |
|---|---|

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  
b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)  
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE

12. DATE

Doc No 29

| CAND 435 (Rev. 04/2018) | INSTRUCTIONS |
|---|---|

Use this form to order the transcription of proceedings. ***CJA counsel should use Form CJA24.*** Before completing this form, please visit [cand.uscourts.gov/transcripts](cand.uscourts.gov/transcripts) for complete transcript ordering information. THESE INSTRUCTIONS SUPPLEMENT THE WEBSITE INFORMATION.

1. Complete a separate order form for each *case number* for which transcripts are ordered.
2. Complete a separate order form for each *court reporter* who reported proceedings in the case.
3. Complete Items 1-12. Keep a copy of your completed order form for your records.
4. E-file this form in the U.S. District Court CM/ECF system. *Exceptions to e-filing*: (a) sealed cases/proceedings; (b) non-parties; (c) pro se parties who are not e-filers. In such cases, mail or hand-deliver a hard copy addressed to the court reporter c/o the Clerk's Office at the Court division where the proceeding was held.
5. Email the court reporter (email list available at [cand.uscourts.gov/courtreportercontact](cand.uscourts.gov/courtreportercontact)) promptly after this Transcript Order Form is e-filed to obtain the amount of the required *deposit*. Deliver payment to the court reporter promptly. Upon receipt of the deposit, the court reporter will begin work on the transcript. *Exceptions:* (a) orders for FTR transcripts and (b) daily trial transcript orders.
6. Unless prepayment is waived, delivery time is computed from the date the court reporter receives the deposit, authorized CJA 24 Form, authorization from Federal Public Defender's Office or, for transcripts ordered by the U.S. government, from the date of receipt of the DCN number.
7. The deposit fee is an estimate. Any overage will be refunded; any shortage will be due from you.

### ITEM-BY-ITEM INSTRUCTIONS (ITEMS 1-12):

| | |
|---|---|
| Items 1-3 | In fields 1a, 2a & 3a, please provide the contact name and information for the person responsible for ordering the transcript. In a law office, this is usually a paralegal or administrative assistant, not the attorney. In fields 1b, 2b & 3b, provide the attorney name and contact info, if the attorney is not the contact person. |
| Items 5-6. | Only one case number may be listed per order. |
| Item 7. | Visit [cand.uscourts.gov/transcripts](cand.uscourts.gov/transcripts) for instructions for determining the name of the court reporter who reported the proceeding or if the proceeding was audiorecorded. If minutes have not been filed, contact judge's courtroom deputy. |
| Item 8. | Check appeal OR non-appeal AND criminal OR civil. *In forma pauperis*: a court order specifically authorizing transcripts is required before transcripts may be ordered *in forma pauperis*. |
| Item 9a. | List specific date(s) of the proceedings for which transcript is requested. A transcript of only a portion of a proceeding may be ordered, if the description is clearly written to facilitate processing. Under "type," indicate briefly what type of proceeding it was, such as "motion," "sentencing," or "CMC." |
| em 9b. | Select desired FORMAT(S) for transcript. There is an additional charge for each format ordered. Visit [cand.uscourts.gov/transcriptrates](cand.uscourts.gov/transcriptrates) for details. Unlock ECF/web access is included at no extra charge with each of the other formats. |
| Item 9c. | There are 7 DELIVERY TYPES to choose from (times are computed from date of receipt of the deposit fee or DCN number). **NOTE**: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, the 14-day *delivery* rate would be charged. |

TRANSCRIPT DELIVERY TIMES:

- ORDINARY — 30 calendar days.
- 14-DAY — 14 calendar days.
- EXPEDITED — 7 calendar days.
- 3-DAY — 3 calendar days
- DAILY (NEXT DAY) — On the calendar day following receipt of the order (including weekends & holidays), prior to the normal opening hour of the clerk's office.
- HOURLY (SAME DAY) — Within two (2) hours.
- REALTIME — A draft unedited, uncertified transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order.

| | |
|---|---|
| Item 11. | Sign in this space to certify that you will pay all charges (the deposit plus any additional charges.) An electronic or conformed (/s/) signature is acceptable. |
| Item 12. | Enter the date of signing the order and certification. |

Doc No 29

| ST44 Rev. 04/18<br>Derived from A044 Rev. 04/18 | **UNITED STATES DISTRICT COURT**<br>**For the Northern District of California** |
|---|---|

| INVOICE NO.: 20202832 | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| William Dresser<br>Law Offices of William C. Dresser<br>4 North Second Street, Suite 1230<br>San Jose, CA 95113<br>(408) 279-7529<br>loofwcd@aol.com | Lee-Anne Shortridge, CSR, CRR<br>United States Court Reporter<br>280 South First Street<br>Room 2112<br>San Jose, CA 95113<br>(408) 287-4580<br>Lee-Anne_Shortridge@cand.uscourts.gov<br>Tax ID: 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 |

| \_ CRIMINAL    **X** CIVIL | DATE ORDERED:<br>01-06-2020 | DATE DELIVERED:<br>01-06-2020 |
|---|---|---|

**In the matter of:** C-16-01120 LHK, Lesnik v Eisenmann
Reporter's transcript of proceedings held on 10-30-19 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | 43 | 0.90 | 38.70 | | 0.60 | | 38.70 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 38.70 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 38.70 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.                    Doc No 29

| SIGNATURE:<br>*Lee Anne Shortridge* | DATE:<br>01-06-2020 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

**From:** danijel travancic <danijeltravancic@hotmail.com>
**To:** Leskinas. Grega <ljabsbsbsbns@gmail.com>
**Cc:** Bill Dresser <loofwcd@aol.com>
**Subject:** Fwd: AIR TICKET NUMBER & AIRLINE CONFIRMATION. Booking# 65936154
**Date:** Fri, Jan 3, 2020 12:27 pm

Danijel Travancic

Begin forwarded message:

**From:** "cheapoair@cheapoair.com" <cheapoair@cheapoair.com>
**Date:** January 3, 2020 at 12:26:49 PM PST
**To:** "danijeltravancic@hotmail.com" <danijeltravancic@hotmail.com>
**Subject: AIR TICKET NUMBER  & AIRLINE CONFIRMATION. Booking# 65936154**

Dear William C Dresser,

Thank you for choosing CheapOair.com!

 **For any changes with your flight, date, route or names call us at** 📞 **1-800-525-0400 or** 🔵 **Click here to chat 24/7**

<u>View on website</u>
🖨  **Print Itinerary**

# Booking Confirmation

<u>Terms and Conditions</u>

**CheapOair Booking:** <u>65936154</u> | dXXXXXXXXXXXXXXc@hotmail.com  | Booked on Fri, Jan 03, 2020 | 1632 points | Tier: Gold  🏅

✈ Flight Details

✅ **Status:** <u>Check now</u>

## Departing Flight

**Make Changes**



**Lufthansa**
Flight 1713
Aircraft: 319

Airbus Jet 124 STD SEATS

Nonstop | Coach - **ECOLIGHT**
<u>Baggage Fees</u> | <u>Visa & Passport Info</u>

**Fri, Jan 10, 2020**

Zagreb, Croatia

**ZAG - 01:15 pm**

Munich, Germany

**MUC - 02:20 pm**
**Fri, Jan 10, 2020**

Travel Time:
**15h 20m**

Airline Confirmation:
**TG847Z**

 **Select Seats**

<u>Click here to chat</u>
for help & support

Doc No. 30

Case 5:16-cv-01120-BLF   Document 614-1   Filed 10/03/22   Page 70 of 119

| Layover Time ( MUC ) **2h 10m** |
| --- |



**Lufthansa**
Flight 458
Aircraft: 388
AIRBUS INDUSTRIE A380-800 300-474 STD SEATS

Nonstop | Coach - **ECOLIGHT**
Baggage Fees | Visa & Passport Info

**Fri, Jan 10, 2020**

Munich, Germany

## MUC - 04:30 pm

San Francisco, California

## SFO - 07:35 pm

**Fri, Jan 10, 2020**

Airline Confirmation:

**TG847Z**



**Click here to chat**
for help & support

# Return Flight

**Make Changes**



**United Airlines**
Flight 194
Aircraft: 789

789

Nonstop | Coach - **BASICECONOMY**
Baggage Fees | Visa & Passport Info

**Fri, Jan 24, 2020**

San Francisco, California

## SFO - 01:35 pm

Munich, Germany

## MUC - 09:50 am

**Sat, Jan 25, 2020**

Travel Time:
**14h 00m**

Airline Confirmation:

**AHXTX5**



**Click here to chat**
for help & support

| Layover Time ( MUC ) **1h 40m** |
| --- |



**Lufthansa**
Flight 1712
Aircraft: 319
Airbus Jet 124 STD SEATS

Nonstop | Coach - **BASICECONOMY**
Baggage Fees | Visa & Passport Info

**Sat, Jan 25, 2020**

Munich, Germany

## MUC - 11:30 am

Zagreb, Croatia

## ZAG - 12:35 pm

**Sat, Jan 25, 2020**

Airline Confirmation:

**TG847Z**



**Click here to chat**
for help & support

Check airline Fare Rules . Most airlines charge baggage fees, check the Baggage Fees for complete details.

# Traveler Information

Please verify traveler names below. Rules require traveler full names match exactly with their Passport or Government issued photo ID. If you need to make a name change, please call 1-866-654-5204

- Doc No. 30

Case 5:16-cv-01120-BLF   Document 614-1   Filed 10/03/22   Page 71 of 119

## Billing Details (USD)

| | |
|---|---|
| Method: | Credit Card ending in 1002 |
| Phone: | 4XX-XXX-XXX9 |
| Email: | dXXXXXXXXXXXXXXXc@hotmail.com |

### Flight Price Details

| | |
|---|---|
| 1 Adult Ticket | $832.80 |
| Subtotal | $832.80 |
| Taxes and Agency Fees | $133.85 |
| **Discount** | |
| Promo Discount | - $20.00 |
| **Flight Total** | **$946.65** |

### Total Charge: $946.65

**Please Note:**

- All fares are quoted in USD
- Your credit card may be billed in multiple charges totaling the above amount.
- Some airlines may charge Baggage Fees.



Doc No. 30



**$25 for you, $25 for a friend\***
Your friend books, you both earn $25*





## Flight Booking Terms & Conditions

**Notice - Ticket Policies, Rules and Restrictions**
Once purchased, most tickets are non-refundable and non-transferable. All service fees are non-refundable. Name changes are not permitted. Prices do not include Baggage and Carry-On Fees or other fees charged directly by the airline. Fares are not guaranteed until ticketed. All changes are subject to availability, additional fees, airlines rules and regulations. All travelers must confirm that their travel documents required are current and valid for your destination. Click here for visa information. View our Terms and Conditions and airline Fare Rules.

Thank you for choosing CheapOair.com, we will process your tickets and notify you with your ticket information. If it is an E-ticket, you will receive an email with a ticket number, if it is a Paper ticket we will mail the ticket by courier to the address provided. Our office is open 24 hours a day, 7 days a week. If you need assistance, call us at 800-525-0400 (if you are calling from outside the United States, please call 1-800-525-0400 or 212-478-0335) or contact Customer Care at Feedback@CheapOair.com. Online inquiries will be responded to in the order in which they are received.

**Important Travel Information**

**Passport / Visa Requirements**
**FOR DOMESTIC TRAVEL:** A valid government photo I.D. must be presented by all travelers in order to board domestic flights. Minors traveling domestically with parents generally do not need a photo I.D. If traveling with children less than two (2) years old, a birth certificate may be needed to confirm the infant's age. More Information.

**FOR INTERNATIONAL TRAVEL: All travelers MUST be in possession of a valid government issued Passport or Identification. Travelers MUST also have the necessary documents, Visas, Transit visas, Schengen Visas and all other entry permits for all international ports of entry.**

In addition, your passport must be valid for 6 months after your return date when entering your destination. While sometimes we may be able to assist with visa and passport information, it is solely the responsibility of the passenger(s) to arrange for all documents needed to enter the country you are traveling to, or passing through in transit. Please note, a roundtrip or ongoing ticket may be required for certain international cities. If you are traveling one way, please verify with the airline or Consulate General to prevent any issues at time of boarding.

- US Passport Holder Information

Doc No. 30

- Canadian Passport Holder Information
- Other Passport Holder
- New requirements for travel to/via New Zealand

**Time Allowance for Airline Check-In**

**Domestic Flights (Traveling within the 50 United States)**

- It is recommended that you **check-in at least two (2) hours prior** to the scheduled flight departure time.
- Please allow for extra time if traveling with children or need assistance boarding the aircraft.
- Please reconfirm your flights with airline 24 to 72 hours prior to your departure.

**International Flights**

- It is recommended that you **check-in at least three (3) hours prior** to the scheduled flight departure time.
- Please allow for extra time if traveling with children or need assistance boarding the aircraft.

**NOTE:** The airlines reserve the right to deny boarding to passengers that do not arrive at the Ticket Counter or Departure Gate with adequate time to check-in. Check-in times can vary for certain cities and airlines, so it's recommended that you confirm with the airline you are flying the required check-in time.

**ONLINE CHECK IN**

If you prefer to check in for your flights online and print your boarding passes, please click our Airport Check In link to check in for your upcoming flight.

**TRAVEL DEALS**

If you have signed up for our newsletter, please add CheapOair@myCheapOair.com to your address book to ensure that you receive our latest offers and promotions. If you haven't signed up yet, sign up to receive our deals and discounts.

**BAGGAGE RULES AND FEES**

Additional baggage fees may apply. For more details, click here: Baggage and Carry-On Fees . Since the baggage fees may change, we recommend that you contact the airline you are traveling on for the latest information regarding airline specific baggage rules, requirements and fees.

**SEATS**

If you have requested a seat to be assigned, we will send your request to the airline. Airline may or may not be able to confirm your request. We recommend that you choose our Enhanced Seat Assignment program for specialized seating allocation assistance by our dedicated seat assignment team. At times airlines may not be able to assign specific seats or seats sitting together. Occasionally seats can be assigned only at the check-in counter at the airport.

**VOLUNTARY CHANGES**

Although most itineraries ticketed by CheapOair allow for changes, the majority of these itinerary changes require the issuance of a new ticket, as per airline policy. All changes are subject to availability, airline rules and regulations, penalties and a difference from the original airfare and our service fees. The airline has the final authority regarding itinerary changes and penalties.

**INVOLUNTARY CHANGES (CHANGES DONE DIRECTLY BY THE AIRLINE)**

Airlines sometimes initiate involuntary schedule changes due to a variety of reasons, such as changes in travel time, layover time, change in travel date, flight number, change in terminal, etc. These changes are made by the airline and are outside of CheapOair's control. Some of these changes may be last-minute and/or occur while you are in transit. If you booked your flight with a LCC, such as Frontier or Spirit, please contact the airline directly for any schedule change. Our agents are unable to make any changes to your LCC booking(s).

**TRAVEL PROTECTION**

Doc No. 30

We recommend that you protect your investments by purchasing Travel Protection. The coverage will become effective only once the insurance premium is received in full. The coverage you have purchased will only cover the arrangements booked through the website in which you purchased your protection plan. You should review detailed rules on the protection plan by reading the Description of Coverage .

**FARE CHANGES**

Prior to ticketing, all fares are subject to change. In these cases, we will notify you and you will have the option to purchase or not purchase this ticket.

**UP-TO-THE-MINUTE FLIGHT DETAILS**

Check the details of your itinerary, ticket status, seat assignments and more by visiting our Check My Booking Page

**FREQUENTLY ASKED QUESTIONS**

For additional questions and self service, please visit our Frequently Asked Questions page. For example: How and when should I reconfirm my flights? Or, do I need a Visa to travel internationally?

**TERMS AND CONDITIONS**

Please read our Terms and Conditions for detailed information.

Air Transportation, whether domestic or international, is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. International air transportation, including the air carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, and the Montreal Convention. Incorporated terms may include, but are not limited to: (1) Rules and limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, including fragile or perishable goods; (2) Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier for its acts or omissions or those of its agents; (3) Rights of the air carrier to change terms of the contract; (4) Rules about reconfirmation of reservations, check-in times and refusal to carry; and (5) Rights of the air carrier and limitations concerning delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting.

You may obtain additional information on incorporated terms at any U.S. location where the air carrier's tickets are sold. You may inspect the full text of each term incorporated by reference at the air carrier's airport and city ticket offices. You also have the right, upon request, to receive (free of charge) by mail or other delivery service the full text of each such incorporated term. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold.

**EUROPEAN TRAVEL**

If you are traveling to a country within the European Economic Area (EEA), please note that, during your time there, links in this e-mail may be redirected to our EEA website, cheapOair.co.uk. If you need assistance accessing the information from the links, please call us at the numbers below and one our agents would happy to assist you.

**CUSTOMER SUPPORT**

**Booking Number: 65936154**

If you have questions about your reservation, please use our Customer Assistance Form and we will respond within 24 hours. For immediate assistance, please call us toll free 24/7 at 212 478-0335 or 800 525-0400 (U.S. and Canada only),and have your booking number ready

**Additional important numbers where agents are ready to assist you:**

- Schedule Change Department -- **1-888-728-1669**
- Billing Department – **1-845-664-6186**
- Ticketing Department – **1-866-654-5204**

Doc No. 30

 Customer Support  |   My Bookings  |   FAQs

 CheapOair **Rewards**

**Connect with Us**

 

**Get the CheapOair App**

**Privacy Policy**
We're committed to protecting your privacy. See our Privacy Policy for details.

**Contact Us**
if you have any questions please email us at feedback@cheapoair.com .Or write to us at: CheapOair, 135 W 50th Street, Suite 500, New York, NY 10020

© 2006-2020 Fareportal, Inc. All right reserved.

Useful Links:
Click here to go to our Resources Page for Information About Airlines and their telephone numbers

CUSTOMER SERVICE – CheapOair.com
**The Leader in Discounted Airfares for all Airlines, Cheap Hotels and Cars**

Doc No. 30

**From:** se-legal | Andreea Strunila <andreea.strunila@se-legal.de>
**To:** 'Bill Dresser' <loofwcd@aol.com>
**Subject:** AW: Request about Stuttgart District Court bankruptcy records
**Date:** Wed, Feb 5, 2020 12:12 am

Dear Mr. Dresser,

Thank you for your answer. Is it possible for you to schedule this on Friday, 7th, at 16pm ( Berlin time zone)?

If so, please proceed with the payment.

Kind Regards / Mit freundlichen Grüßen

**Andreea Strunila** | Head of Client Engagement

**Schlun & Elseven Rechtsanwälte**
Partnergesellschaft

    

..........................................................................................................................................



Köln - Aachen - Düsseldorf - Hamburg
Berlin - München - Frankfurt - Stuttgart

..........................................................................................................................................

se-legal.de

..........................................................................................................................................

Doc No. 31

**Registergericht**: Amtsgericht Essen, Partnerschaftsregister PR 3608

**USt-IdNr.:** ████████

**Disclaimer:**

Diese E-Mail kann vertrauliche und/oder rechtlich geschützte Informationen enthalten. Wenn Sie nicht der beabsichtigte Empfänger sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender telefonisch oder per E-Mail und löschen Sie diese E-Mail aus Ihrem System. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet. Wir haften nicht für die Unversehrtheit von E-Mails, nachdem sie unseren Einflussbereich verlassen haben.

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately by call or e-mail and destroy this e-mail. Any unauthorised copying, disclosure or distribution of the material in this e-mail is strictly forbidden. We are not responsible for the integrity of e-mails after they have left our sphere of control.

**Von:** Bill Dresser <loofwcd@aol.com>
**Gesendet:** Mittwoch, 5. Februar 2020 01:45
**An:** se-legal | Andreea Strunila <andreea.strunila@se-legal.de>
**Betreff:** Re: Request about Stuttgart District Court bankruptcy records

Ms. Strunila:

I apologize, but I missed the e-mail scheduling an appointment

> Would you be still interested in our legal advice

Doc No. 31

I am interested in your legal advice.  Please provide a date and time for any of:

February 6 other than 1600 Berlin

February 7

February 10


Bill Dresser


-----Original Message-----
From: se-legal | Andreea Strunila <andreea.strunila@se-legal.de>
To: 'Bill Dresser' <loofwcd@aol.com>
Sent: Tue, Feb 4, 2020 3:46 am
Subject: AW: AW: Request about Stuttgart District Court bankruptcy records

Dear Mr. Bill,

Kindly update us on the below. Would you be still interested in our legal advice?

Kind Regards / Mit freundlichen Grüßen

**Andreea Strunila** | Head of Client Engagement

**Schlun & Elseven Rechtsanwälte**
Partnergesellschaft

    



Köln - Aachen - Düsseldorf - Hamburg
Berlin - München - Frankfurt - Stuttgart

se-legal.de


**Registergericht**: Amtsgericht Essen, Partnerschaftsregister
PR 3608
**USt-IdNr.:** ███████

**Disclaimer:**
Diese E-Mail kann vertrauliche und/oder rechtlich geschützte Informationen enthalten. Wenn Sie nicht der beabsichtigte Empfänger sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender telefonisch oder per

Doc No. 31

E-Mail und löschen Sie diese E-Mail aus Ihrem System. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet. Wir haften nicht für die Unversehrtheit von E-Mails, nachdem sie unseren Einflussbereich verlassen haben.

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately by call or e-mail and destroy this e-mail. Any unauthorised copying, disclosure or distribution of the material in this e-mail is strictly forbidden. We are not responsible for the integrity of e-mails after they have left our sphere of control.

---

**Von:** se-legal | Andreea Strunila
**Gesendet:** Freitag, 31. Januar 2020 09:25
**An:** 'Bill Dresser' <loofwcd@aol.com>
**Betreff:** AW: AW: Request about Stuttgart District Court bankruptcy records

Dear Mr. Bill,

Thank you for your answer. From **Wednesday 5th on**, it is possible at your convenience. Would be suitable for you on 5th, at 15pm ( Berlin time zone)?

For the payment , please see below the pay pal link/ bank transference details:

I am kindly asking you to wire the amount of **226,10 EUR** to the following bank account **prior the appointment and send us a screenshot of the proof:**

| Account Name |
|---|
| Schlun & Elseven Rechtsanwälte PartG |

| Beneficiary Bank |
|---|
| Kreissparkasse Heinsberg |

| Swift |
|---|
| WELADED1ERK |

| IBAN |
|---|
| ██████████████ |

| Account number |
|---|
| ████████ |

| Beneficiary Bank Address |

Doc No. 31

Dr.-Eberle-Platz 1
41812 Erkelenz

Beneficiary Address

Von-Coels-Str. 214, 52080 Aachen

For the file creation, kindly send us your current address and a copy of ID.

**PAY PAL PAYMENT**

Here I am sending the PayPal payment link where you can introduce the total amount of 237,10 EUR (including PayPal processing fee 5%) and follow the instructions on the screen. Kindly introduce the letters TB for the subject of the payment.

**Please wire the amount prior the appointment.**

https://www.paypal.me/selegal

I remain at your disposal.

Kind Regards / Mit freundlichen Grüßen

**Andreea Strunila** | Head of Client Engagement

**Schlun & Elseven Rechtsanwälte**
Partnergesellschaft





Köln - Aachen - Düsseldorf - Hamburg
Berlin - München - Frankfurt - Stuttgart

se-legal.de

**Registergericht**: Amtsgericht Essen, Partnerschaftsregister

**USt-IdNr.:**

**Disclaimer:**
Diese E-Mail kann vertrauliche und/oder rechtlich geschützte

Doc No. 31

Informationen enthalten. Wenn Sie nicht der beabsichtigte Empfänger sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender telefonisch oder per E-Mail und löschen Sie diese E-Mail aus Ihrem System. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet. Wir haften nicht für die Unversehrtheit von E-Mails, nachdem sie unseren Einflussbereich verlassen haben.

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately by call or e-mail and destroy this e-mail. Any unauthorised copying, disclosure or distribution of the material in this e-mail is strictly forbidden. We are not responsible for the integrity of e-mails after they have left our sphere of control.

**Von:** Bill Dresser <loofwcd@aol.com>
**Gesendet:** Donnerstag, 30. Januar 2020 18:05
**An:** se-legal | Andreea Strunila <andreea.strunila@se-legal.de>
**Betreff:** Re: AW: Request about Stuttgart District Court bankruptcy records

Yes please. Please provide alternative dates and times for the call and any instructions for payment.  Thanks

Bill Dresser
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113
Tel:    408/279-7529
Fax:    408/298-3306

-----Original Message-----
From: se-legal | Andreea Strunila <andreea.strunila@se-legal.de>
To: 'loofwcd@aol.com' <loofwcd@aol.com>
Sent: Wed, Jan 29, 2020 07:57 AM
Subject: AW: Request about Stuttgart District Court bankruptcy records

Dear Mr. Dresser,

Kindly update us on the receipt of the email below. We would have to request the inspection of the files as a first step but further information can be discussed with our specialized colleague.

I am looking forward to hearing back from you.

Kind Regards / Mit freundlichen Grüßen

**Andreea Strunila** | Head of Client Engagement

**Schlun & Elseven Rechtsanwälte**
Partnergesellschaft

Doc No. 31

    



Köln - Aachen - Düsseldorf - Hamburg
Berlin - München - Frankfurt - Stuttgart

se-legal.de

**Registergericht**: Amtsgericht Essen, Partnerschaftsregister PR 3608
**USt-IdNr.:** ████████

**Disclaimer:**

Diese E-Mail kann vertrauliche und/oder rechtlich geschützte Informationen enthalten. Wenn Sie nicht der beabsichtigte Empfänger sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender telefonisch oder per E-Mail und löschen Sie diese E-Mail aus Ihrem System. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet. Wir haften nicht für die Unversehrtheit von E-Mails, nachdem sie unseren Einflussbereich verlassen haben.

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately by call or e-mail and destroy this e-mail. Any unauthorised copying, disclosure or distribution of the material in this e-mail is strictly forbidden. We are not responsible for the integrity of e-mails after they have left our sphere of control.

**Von:** se-legal | Andreea Strunila
**Gesendet:** Dienstag, 28. Januar 2020 11:53
**An:** 'loofwcd@aol.com' <loofwcd@aol.com>
**Betreff:** AW: Request about Stuttgart District Court bankruptcy records

Dear Mr. Dresser,

Thank you for your e-mail and the trust placed in our law firm.

We are highly specialized in the field of **insolvency law** and would be glad to discuss your case further. My colleague, Dr. Thomas Bichat. would be glad to have a phone consultation with you at the end of this week. In this way, all the details will be discussed along with our legal strategy.

Kindly indicate your availability. Please note, that we charge **226,10 EUR** for the first consultation.

Payment can be made by wire, credit card or PayPal.

We are looking forward to hearing back from you.

Kind Regards / Mit freundlichen Grüßen

**Andreea Strunila** | Head of Client Engagement

**Schlun & Elseven Rechtsanwälte**
Partnergesellschaft

    



Köln - Aachen - Düsseldorf - Hamburg
Berlin - München - Frankfurt - Stuttgart

se-legal.de

**Registergericht**: Amtsgericht Essen, Partnerschaftsregister
PR 3608
**USt-IdNr.:** DE300519874

**Disclaimer:**
Diese E-Mail kann vertrauliche und/oder rechtlich geschützte Informationen enthalten. Wenn Sie nicht der beabsichtigte Empfänger sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender telefonisch oder per E-Mail und löschen Sie diese E-Mail aus Ihrem System. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet. Wir haften nicht für die Unversehrtheit von E-Mails, nachdem sie unseren Einflussbereich verlassen haben.

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately by call or e-mail and destroy this e-mail. Any unauthorised copying, disclosure or distribution of the material in this e-mail is strictly forbidden. We are not responsible for the integrity of e-mails after they have left our sphere of control.

Doc No. 31

Name: Dresser, William
E-Mail: loofwcd@aol.com
Telephone: US 408 279 7529
Subject: Stuttgart District Court bankruptcy records
Files:
Message: I need to obtain copies of court filed pleadings and other documents. This is in the file of the Eisenmann SE petition for insolvency and reorganization at Stuttgart District Court. I am a lawyer in San Jose, California

Doc No. 31

# Wire Transfer Confirmation: Business and Personal Accounts

**You have successfully submitted your transaction on 02/05/2020 at 09:57 am Pacific Time.**

View your wire transfer activity or make another wire transfer

| | |
|---|---|
| **Confirmation number** | OW00000678257470 |
| **Send to** | German law firm DE …0263 |
| **From account** | BUSINESS CHECKING …0462 Available balance = $51,360.79 |
| **Frequency** | One-time - send now |
| **Wire currency** | Euro (EUR) Note: this transfer is being sent in EUR |
| **Exchange rate** | 1 USD = 0.87673 EUR |
| **Wire amount sent** | 226.10 EUR ( $257.89 USD) |
| **Fees** | $35.00 |
| **Taxes** | Local taxes may apply |
| **Total in USD from account** | **$292.89** |
| **Send on** | 02/05/2020 |

Doc No. 31

| | |
|---|---|
| **Deliver by** | 02/07/2020 |
| **Description** | Stuttgart District Court records |

View your wire transfer activity or make another wire transfer

🏦 Equal Housing Lender

© 1995 - 2020 Wells Fargo. All rights reserved.

Doc No. 31

*From:*       se-legal | Info <info@se-legal.de>
*To:*         se-legal | Thomas Bichat <thomas.bichat@se-legal.de>; 'Bill
Dresser' <loofwcd@aol.com>
*Subject:*        TB: TT, 16pm, Bill Dresser , n.s. insolvency, +1 408 279 7529
*Date:*       Thu, Feb 6, 2020 12:04 am
*Attachments:*        2019_07_29_Insolvenzantrag_Eisenmann_de.pdf (23K),
Wells Fargo Wire Transfer Confirmation_Schlun & Elseven.205.pdf (33K), (2K)

--------------------------------------------------------------------------

Paid


Name: Dresser, William
E-Mail: loofwcd@aol.com <mailto:loofwcd@aol.com>
Telephone: US 408 279 7529
Subject: Stuttgart District Court bankruptcy records
Files:

Message: I need to obtain copies of court filed pleadings and other
documents. This is in the file of the Eisenmann SE petition for
insolvency and reorganization at Stuttgart District Court. I am a lawyer
in San Jose, California

Doc No. 31



# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| DRES79 | February 13, 2020 | SU327684-02-01 |

Bill To:

**William C. Dresser, Esq.**
**Law Offices of William C. Dresser**
**4 North Second Street, Suite 1230**
**San Jose, CA 95113**

Ordered By:

**William C. Dresser, Esq.**
**Law Offices of William C. Dresser**
**4 North Second Street, Suite 1230**
**San Jose, CA 95113**

| | |
|---|---|
| Claim No: | Client File No.: |
| Insured: | Pertaining To: US ex rel. Lesnik v. Eisenmann SE, et al. |
| Date of Loss: | Records From: Tesla, Inc. c/o CT Corporation System |
| Plaintiff: United States of America, ex rel. Gregor Lesnik, Stjepan Pap | 818 W. 7th Street, Suite 930 |
| Defendant: Eisenmann SE, et al. | Los Angeles, CA, 90017 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 35.00 |
| Subpoena Preparation Charge | | | 12.00 |
| Service of Subpoena | | | 25.00 |
| Custodian Witness Fee Advanced | | | 15.00 |
| Fee Advancement Charge | 15.00 | 10 | 1.50 |

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**LAW OFFICE OF WILLIAM C DRESSER**
4 N 2ND ST STE 1230
SAN JOSE, CA 95113
TRIAL, LITIGATION AND COUNSEL SINCE 1982

2793

11-4268/1210 4277

DATE 3-19-2020

PAY TO THE ORDER OF _Titan Legal Services, Inc_ $ 88 50/100

_eighty-eight_ 50/100 DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR SU327684-02-01
_US et al Lesnik_

| | |
|---|---|
| TOTAL DUE | $ 88.50 |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

TERMS: NET 15 DAYS

### PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Doc No. 32

Order#:SU327684-02/WHITINV


## TITAN Legal Services

# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| DRES79 | February 13, 2020 | SU327684-01-01 |

Bill To:
**William C. Dresser, Esq.**
**Law Offices of William C. Dresser**
**4 North Second Street, Suite 1230**
**San Jose, CA 95113**

Ordered By:
**William C. Dresser, Esq.**
**Law Offices of William C. Dresser**
**4 North Second Street, Suite 1230**
**San Jose, CA 95113**

| | |
|---|---|
| Claim No: | Client File No.: |
| Insured: | Pertaining To: US ex rel. Lesnik v. Eisenmann SE, et al. |
| Date of Loss: | Records From: Eisenmann Corporation c/o CT Corporation System |
| Plaintiff: **United States of America, ex rel. Gregor Lesnik, Stjepan Papes** 818 W. 7th Street, Suite 930 |
| Defendant: **Eisenmann SE, et al.** | Los Angeles, CA, 90017 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 35.00 |
| Subpoena Preparation Charge | | | 12.00 |
| Service of Subpoena | | | 25.00 |
| Custodian Witness Fee Advanced | | | 15.00 |
| Fee Advancement Charge | 15.00 | .10 | 1.50 |

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**LAW OFFICE OF WILLIAM C DRESSER**
4 N 2ND ST STE 1230
SAN JOSE, CA 95113
TRIAL, LITIGATION AND COUNSEL SINCE 1982

2792
11-4288/1210 4277

DATE 3-19-2020

PAY TO THE ORDER OF *Titan Legal Services, Inc* $ 88 50/100

*eighty-eight* 50/100 —————————————— DOLLARS


Wells Fargo Bank, N.A.
California
wellsfargo.com



FOR SU327684-01-01
US ex rel Lesnik

| | TOTAL DUE | **$ 88.50** |
|---|---|---|

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

## PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses through
their clients. In any case, the Titan Legal Services, Inc. customer remains
responsible to pay within our terms regardless of their receivables.

**TERMS: NET 15 DAYS**

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Doc No. 32

# PRIVREDNA BANKA ZAGREB

OIB Banke: 02535697732
POSLOVNICA 100 KRAPINA, MAGISTRATSKA 3, KRAPINA
Br.blagajne 22

## Prometi

### za Tekući račun u stranoj valuti HR75 2340 0093 2165 4312 9 - STJEPAN PAPEŠ

**Vrsta prometa: Uplate**

Br. prometa: 8 prometa

| Datum | Opis | Uplata | Stanje |
|---|---|---|---|
| Stanje na dan 04.03.2020. 10:19:42: | | | 0,00 USD |
| Ukupno uplata za razdoblje 01.01.2019.-04.03.2020.: | | 14.826,00 USD | |
| | | | |
| 12.03.2019. | 3006543113; WILLIAM C DRESSER, BALANCE DUE FOR SLOVENIAN SERVICES | 5.200,00 USD | |
| 25.02.2019. | 3006451865; WILLIAM C DRESSER, ODVETNIK CHARGE TO REVIEW PLEADINGS SVS SL | 1.375,00 USD | |
| 20.02.2019. | 3006440299; WILLIAM C DRESSER, BALANCE SERVICE IN SLOVENIA | 575,00 USD | |
| 19.02.2019. | 3006435081; WILLIAM C DRESSER, SLOVENIAN SERVICE COSTS | 2.715,00 USD | |
| 14.01.2019. | UPLATA NA RAČUN | 100,00 USD | |
| 01.01.2019. | 3006244972; WILLIAM C DRESSER, TRAVEL FOR MEDIATION | 661,00 USD | |

Doc No. 33

KRAPINA, 04.03.2020. 10:19:42

84437/PETRA KUNDIH

# �[m⎤ PRIVREDNA BANKA ZAGREB

OIB Banke: 02536697732

POSLOVNICA 100 KRAPINA, MAGISTRATSKA 3, KRAPINA

Br.blagajne: 22

Šifra djelatnika: 84437/PETRA KUNDIH

## Instrukcija za plaćanje

Ime i prezime:   STJEPAN PAPEŠ

Adresa:   VELIKA VES,VELIKA VES 51, 49224 LEPAJCI, HRVATSKA

IBAN:   HR75 2340 0093 2165 4312 9 - Tekući račun u stranoj valuti

SWIFT adresa (BIC) Privredne banke Zagreb d.d.: PBZGHR2X

KRAPINA, 04.03.2020. 10:25:45

PBZ je član grupe   INTESA ⎡▥▤⎤ SANPAOLO

Doc No. 33

```
===================================
            WILLOW GLEN
        1750 MERIDIAN AVE
      SAN JOSE, CA 95125-9998
           056854-0025
          (800)275-8777
        04/24/2020 03:48 PM
===================================
================================
-----------------------------------
Product            Qty   Unit    Price
                         Price
-----------------------------------
PM International    1   $61.95   $61.95
   (International)
   (Slovenia)
   (Weight:3 Lb 7.60 Oz)
   (USPS Tracking #:CH096924265US)
PM International                  $0.00
Insurance
   (Up to $0.00 included)
PM International    1   $61.95   $61.95
   (International)
   (Slovenia)
   (Weight:3 Lb 7.60 Oz)
   (USPS Tracking #:CH096924588US)
PM International                  $0.00
Insurance
   (Up to $100.00 included)
PM International    1   $61.95   $61.95
   (International)
   (Slovenia)
   (Weight:3 Lb 7.60 Oz)
   (USPS Tracking #:CH096924818US)
PM International                  $0.00
Insurance
   (Up to $100.00 included)
-----------------------------------
Total:                          $185.85
-----------------------------------

-----------------------------------
Credit Card Remitd              $185.85
   (Card Name:AMEX)
   (Account #:XXXXXXXXXXX1002)
   (Approval #:869034)
   (Transaction #:185)
   (AID:A000000025010801      Chip)
   (AL:AMERICAN EXPRESS)
   (PIN:Not Required)
-----------------------------------

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

          Preview your Mail
          Track your Packages
          Sign up for FREE @
          www.informeddelivery.com

Please visit
https://www.usps.com/intl/customs.htm
to complete International Mail customs
forms online and to ship packages from
your home or office using
Click-N-Ship(R) service.


All sales final on stamps and postage.
  Refunds for guaranteed services only.
    Thank you for your business.

      HELP US SERVE YOU BETTER
```

Doc No. 34

# Dr. Radmilo Bozinovic
# 1170 Fairview Ave.
# San Jose, CA 95125-3412

**Judicial Council of California  Registered Interpreter I.D. # 700580**

June 15, 2020

# I N V O I C E

**Customer**:

Hunter Pyle Law
Attn.: Mr. Hunter Pyle, Esq.
428 13th Street, 11th Floor
Oakland, CA 94612
v: (510) 444-4400
f: (510) 444-4410

**Services  performed**:

Serbocroatian translation and interpretation related to the Lesnik case in
Federal court (Case No.: 5:16-cv-01120-LHK)

**Time of service**:

March - April 2020.

**Agreed fee:**

$ 7437.50  (70 hrs. @ $125, 15% discount)

Doc No. 35

# CHASE *for* BUSINESS

Printed from Chase for Business

✔ We've scheduled your wire.

Please print and save this page for your records.

**Account details**

| | |
|---|---|
| Wire to | Odvetnik Divjak (...0890) |
| Wire from | TOTAL BUS CHK (...9171) |
| Wire status | In transit |
| Transaction number | 5257549692 |

**Sender information**

| | |
|---|---|
| Sender | WILLIAM CHARLES DRESSER |
| | 18613 DEVON AVE |
| | SARATOGA, CA, 95070-4651 |
| | United States of America |
| Wire date | Aug 3, 2020 |
| Exchange rate | **JPMC rate $1.00 USD = 0.8267 EUR** |
| Wire amount | 500.00 EUR (Euro) |
| Amount debited | $604.81 USD (U.S. Dollar) |
| Outgoing wire transfer fee | $5.00 USD (U.S. Dollar) |
| **Total** | **$609.81  USD (U.S. Dollar)** |

Your account activity will show separate charges for wire amount and wire transfer fee.

**Recipient Information**

| | | |
|---|---|---|
| Recipient | Luka Divjak | Doc No. 36 |

JPMorgan Chase Bank, N.A. Member FDIC                    ©2020 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

Doc No. 36



FIBULA SLB   j.d.o.o.
Turizam, usluge i trgovina
A. Mihanovića 12, 49210 Zabok
Hrvatska, www.fibula-slb.hr
OIB (VAT):  10383953681
MB:      4054148

IBAN: HR6823600001102358071

# R1

William C.Dresser, 104375
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California

Tax Number   77-0395459

| | | |
|---|---|---|
| Datum računa: | Invoice date | 31.8.2020 |
| Datum dospijeća: | Due date | 15.9.2020 |
| Paritet: | Parity | FCA California |
| Način plaćanja: | Payment | 100% avans |
| Fiskalna oznaka: | Designation | Transakcijski |
| Vrijeme: | Time | 11:10 |

Broj računa          **15-A-1**
Invoice number

| Broj | Naziv usluge | Količina | Mj.jed | Cijena | Ukupno | PDV | UKUPNO |
|---|---|---|---|---|---|---|---|
| 1 | Prijevod s engleskog na hrvatski jezik | 7 | str. | 182,48 | 1.277,36 | 0,00 | 1.277,36 |
| | (Translation from English to Croatian- English language)-USD | 7 | page | 28,20 | 197,40 | 0,00 | 197,40 |

NOTE: Court interpreter statement free of charge

| | |
|---|---|
| Ukupno (HRK) | 1.277,36 |
| PDV | 0,00 |
| UKUPNO (HRK) | 1.277,36 |

Prijenos porezne obveze prema članku 17.st.1. Zakona o PDVu.

| | |
|---|---|
| Total (USD) | 197,40 |
| VAT | 0,00 |
| TOTAL (USD) | 197,40 |

Reverse charge Law on Vat Article 17, item 1

U slučaju nepravovremenog plaćanja zaračunavamo zakonsku zateznu kamatu.  Obračun prema naplaćenoj naknadi.
U slučaju neispunjena ove dospjele novčane obveze vjerovnik može zatražiti određivanje ovrhe na temelju ove
vjerodostojne isprave. Račun je izrađen na računalu te je valjan bez potpisa i žiga.

Invoice is valid without a stamp and a signature.

Račun sastavila: Sandra Bojić
Invoice made by: Sandra Bojić

Received:

Doc No. 37

**Dr. Radmilo Bozinovic**
**1170 Fairview Ave.**
**San Jose, CA 95125-3412**

**Judicial Council of California  Registered Interpreter I.D. # 700580**

Sept 1, 2020

# I N V O I C E

**Customer**:

Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113

**Services  performed**:

Serbocroatian and Slovenian translation related to Proofs of Service for the
Lesnik case in Federal court (Case No.: 5:16-cv-01120-LHK)

**Time of service**:

August 20-23, 2020.

**Agreed fee:**

$ 500.-  (4 hrs. @ $125)

Doc No. 38

# LAW OFFICES OF
# WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel 408/279-7529
Fax 408/298-3306

September 4, 2020,

Dr. Radmilo Bozinovic
1170 Fairview Ave.
San Jose, CA 95125-3412

    Re:    Case No.: 5:16-cv-01120-LHK

Dear Dr. Bozinovic,

    Enclosed please find check number 1025 paid to the order of Radmilo Bozinovic in the amount of $500.00 (five hundred dollars and no cents) If you have any questions please call our office. Thank you.

Very truly yours,

Stacie DelGiudice
Paralegal for William C. Dresser

SDG/sdg
encl:
check       1025
invoice     Case No.: 5:16-cv-01120-LHK

---

1025

Law Office of William C Dresser
4 N 2nd St., Suite 1230
San Jose, CA 95113
Trial, Litigation and Counsel since 1982

90-7162/3222

DATE 9)3)2020

$ 500.00

PAY
TO THE
ORDER OF   Radmilo Bozinovic         no/100     DOLLARS

Five hundred and

JPMorgan Chase

FOR Vserd bozn.tc

Doc No. 38

**Dr. Radmilo Bozinovic**
**1170 Fairview Ave.**
**San Jose, CA 95125-3412**

**Judicial Council of California  Registered Interpreter I.D. # 700580**

Sept 1, 2020

# I N V O I C E

**Customer**:

Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113

**Services  performed**:

Serbocroatian and Slovenian translation related to Proofs of Service for the
Lesnik case in Federal court (Case No.: 5:16-cv-01120-LHK)

**Time of service**:

August 20-23, 2020.

**Agreed fee:**

$ 500.-  (4 hrs. @ $125)

Doc No. 38

**From:** bsandra2003@gmail.com,
**To:** loofwcd@aol.com,
**Subject:** Re: Invoice for translation
**Date:** Fri, Sep 4, 2020 2:33 am

---

Dear Bill,
please find enclosed payment instructions for translation, English to Croatian language:
IBAN: HR6823600001102358071
SWIFT: ZABAHR2X

The offer is VAT free for the United States....

For all additional information, do not hesitate to contact.
Sandra Bojić

pet, 4. ruj 2020. u 00:16 Bill Dresser <loofwcd@aol.com> napisao je:

> Sandra:
> Hvala.
> What is the SWIFT / BIC number for your bank for a wire transfer?
> Bill Dresser
>
> -----Original Message-----
> From: sandra bojic <bsandra2003@gmail.com>
> To: Bill Dresser <loofwcd@aol.com>
> Sent: Mon, Aug 31, 2020 2:28 am
> Subject: Invoice for translation
>
> Dear Bill,
> please find attached an invoice for the translation relating to the Notary Public in Ivanec.
>
> Also, I will not send any invoices for my service or my statement.....
> Please let me know if you should need original documents in order to send them via post.
>
> With regards,
> Sandra Bojić

Doc No. 39

# CHASE *for* BUSINESS

Printed from Chase for Business

 **We've scheduled your wire.**

Please print and save this page for your records.

## Account details

| | |
|---|---|
| Wire to | Bojic (...8071) |
| Wire from | TOTAL BUS CHK (...9171) |
| Wire status | In transit |
| Transaction number | 5260946164 |

## Sender information

| | |
|---|---|
| Sender | WILLIAM CHARLES DRESSER |
| | 18613 DEVON AVE |
| | SARATOGA, CA, 95070-4651 |
| | United States of America |
| Wire date | Sep 4, 2020 |
| Exchange rate | **JPMC rate $1.00 USD = 6.1734 HRK** |
| Wire amount | 1,274.81 HRK (Croatian Kuna) |
| Amount debited | $206.50 USD (U.S. Dollar) |

Doc No. 39

Doc No. 39

Case 5:16-cv-01120-BLF   Document 614-1   Filed 10/03/22   Page 103 of 119

JPMorgan Chase Bank, N.A. Member FDIC                    ©2020 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

Doc No. 39

THE SUPERIOR COURT OF CALIFORNIA

# COUNTY OF ALAMEDA

| Select Language ▼ | Español | Tiếng Việt | ਪੰਜਾਬੀ | 简体中文 | 繁體中文 |

Welcome Dresser ,William C !

Log off

## *DomainWeb*

*your resource for case filing information*

**Buy Credits**                **Checkout (0 item(s))**
**0** Credit(s)                                **Download (1 item(s))**

**DomainWeb**     **How This Site Works**     **FAQ**     **My Account**

## Payment Confirmation

### Your Confirmation number is 015691. Please retain the number for future reference.

| Payment Details | |
|---|---|
| First Name | William |
| Last Name | Dresser |
| Payment Method | ************8148 |
| Expiration Date | Nov 2023 |
| Payment Amount | $48.50 |

**Download Items**

Doc No. 40

Feedback       Use and Privacy Policy       System Requirements       Contact Us        ® 2020 - Superior Court of
California, County of Alameda

Doc No. 40

# CHASE *for* BUSINESS

Printed from Chase for Business

✔ We've scheduled your wire.

Please print and save this page for your records.

## Account details

| | |
|---|---|
| Wire to | Odvetnik Divjak (...0890) |
| Wire from | TOTAL BUS CHK (...9171) |
| Wire status | In transit |
| Transaction number | 5262202354 |

## Sender information

| | |
|---|---|
| Sender | WILLIAM CHARLES DRESSER |
| | 18613 DEVON AVE |
| | SARATOGA, CA, 95070-4651 |
| | United States of America |
| Wire date | Sep 18, 2020 |
| Exchange rate | **JPMC rate $1.00 USD = 0.8190 EUR** |
| Wire amount | 2,500.00 EUR (Euro) |
| Transfer amount | $3,052.50 USD (U.S. Dollar) |
| Outgoing wire transfer fee | $5.00 USD (U.S. Dollar) |
| **Total** | $3,057.50  USD (U.S. Dollar) |

Your account activity will show separate charges for transfer amount and wire transfer fee.

## Recipient Information

| | | |
|---|---|---|
| Recipient | Luka Divjak | Doc No.41 |

Cesta v Gorice 34

Ljubljana, Ljubljana, 1000

Slovenia

Recipient bank Abanka DD

Slovenska 58

Ljubljana, , SI-1517

Slovenia

We'll start processing your wire the same business day if we receive it before 5PM ET. If we receive your request after that time, we'll process it the following business day.

Before we send a wire, it goes through an internal review process, and in some cases we may need to contact you to verify your request. After we've sent the wire, the receiving bank may have its own review process, which could delay delivery.

Your recipient will typically get an international wire within 3-5 business days.

**Additional information**

Message to recipient bank legal services

Message to recipient Legal services for Gregor Lesnik

Memo None

JPMorgan Chase Bank, N.A. Member FDIC ©2020 JPMorgan Chase & Co. Equal Opportunity Lender 🏠

Doc No.41

**Dr. Radmilo Bozinovic**
**1170 Fairview Ave.**
**San Jose, CA 95125-3412**

**Judicial Council of California  Registered Interpreter I.D. # 700580**

Oct. 9, 2020

# I N V O I C E

**Customer**:

Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113

**Services  performed**:

Supplemental Slovenian translations related to Proofs of Service for the
Lesnik case in Federal court (Case No.: 5:16-cv-01120-LHK)

**Time of service**:

October 6, 2020.

**Agreed fee:**

$ 312.50  (2.5 hrs. @ $125)

**LAW OFFICES OF**
**WILLIAM C. DRESSER**
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel 408/279-7529
Fax 408/298-3306

October 12, 2020

Dr. Radmilo Bozinovic
1170 Fairview Ave
San Jose, CA 95125

     Re:    Invoice dated October 9, 2020

Dear Sir

Enclosed please find check number 1048 paid to the order of Radmilo Bozinovic n in
the amount of $312.50 (three hundred twelve dollars and fifty cents) If you have any
questions please call our office. Thank you.

     Very truly yours,

Stacie DelGiudice
Paralegal for William C. Dresser

SDG/sdg
encl:
check       1048
invoice

**Dr. Radmilo Bozinovic**
**1170 Fairview Ave.**
**San Jose, CA 95125-3412**

**Judicial Council of California  Registered Interpreter I.D. # 700580**

Oct. 9, 2020

# I N V O I C E

**Customer**:

Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113

**Services  performed**:

Supplemental Slovenian translations related to Proofs of Service for the
Lesnik case in Federal court (Case No.: 5:16-cv-01120-LHK)

**Time of service**:

October 6, 2020.

**Agreed fee**:

$ 312.50  (2.5 hrs. @ $125)

Doc No.42



FIBULA SLB   j.d.o.o.
Turizam, usluge i trgovina
A. Mihanovića 12, 49210 Zabok
Hrvatska, www.fibula-slb.hr
OIB (VAT):  10383953681
MB:     4054148

IBAN: HR6823600001102358071

# R1

William C.Dresser, 104375
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California

Tax Number   77-0395459

| | | |
|---|---|---|
| Datum računa: | Invoice date | 02.04.2021 |
| Datum dospijeća: | Due date | 12.04.2021 |
| Paritet: | Parity | FCA California |
| Način plaćanja: | Payment | 10 days |
| Fiskalna oznaka: | Designation | Transakcijski |
| Vrijeme: | Time | 13:40 |

**Broj računa**           **8-A-1**

Invoice number

| Broj | Naziv usluge | Količina | Mj.jed | Cijena | Ukupno | PDV | UKUPNO |
|---|---|---|---|---|---|---|---|
| | Prijevod sa slovenskog na engleski jezik (Translation from Slovenian to - Englsih language)-EURO | 1 | piece | 5.469,33 | 5.469,33 | 0,00 | 5.469,33 |
| 1 | Translation of Act articles | 17 | cards | 42,5 | 722,5 | 0,00 | 722,50 |

ExR on the 2nd April 2021 Euro 7.57 hrk

| | |
|---|---|
| Ukupno (HRK) | 5.469,33 |
| PDV | 0,00 |
| UKUPNO (HRK) | 5.469,33 |

Prijenos porezne obveze prema članku 17.st.1. Zakona o PDVu.

| | |
|---|---|
| Total (EUR) | 722,50 |
| VAT | 0,00 |
| TOTAL (EUR) | 722,50 |

Reverse charge Law on Vat Article 17, item 1

U slučaju nepravovremenog plaćanja zaračunavamo zakonsku zateznu kamatu.  Obračun prema naplaćenoj naknadi.
U slučaju neispunjena ove dospjele novčane obveze vjerovnik može zatražiti određivanje ovrhe na temelju ove
vjerodostojne isprave. Račun je izrađen na računalu te je valjan bez potpisa i žiga.

Invoice is valid without a stamp and a signature.

Račun sastavila: Sandra Bojić
Invoice made by: Sandra Bojić

Received:

Upisano kod trgovačkog suda u Zagrebu, temeljni kapital 10,00 kuna. Osnivač/direktor društva-osobe
ovlaštene za zastupanje: Sandra Bojić

Doc No. 43

USPS HISTORY - STAMPS.COM

| Print Date | Amount | Recipient | Origin Zip | Tracking # | Carrier | Class Servic | Weight | Ship Date | User | Reference1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/27/2021 | $2.00 | Vuzem USA, Inc., c/ | 95113 | 4.09E+16 | USPS | First Class ( | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Default Action 1 |
| 8/27/2021 | $7.32 | GREGUREC LTD, 3rd | 95113 | UA457981 | USPS | First Class I | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | MAGNA, D.O.O., Lei | 95113 | UA457980 | USPS | First Class I | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | MOS SERVIS D.O.O., | 95113 | UA457980! | USPS | First Class I | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | LB METAL D.O.O., O | 95113 | UA457980 | USPS | First Class I | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | HRID-Mont, d.o.o., I | 95113 | UA457980 | USPS | First Class I | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | ISM Vuzem, d.o.o., | 95113 | UA457980 | USPS | First Class I | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | Ivan Vuzem, Hrastov | 95113 | UA457980 | USPS | First Class I | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | Robert Vuzem, Hras | 95113 | UA457979! | USPS | First Class I | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | Robert Vuzem, Hras | 95113 | UA457979! | USPS | First Class I | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | Robert Vuzem, Hras | 95113 | UA457979! | USPS | First Class I | 0lb 5oz | 8/27/2021 | loofwcd2005 | |
| 8/27/2021 | $2.00 | ISM Vuzem USA, Inc | 95113 | 4.09E+16 | USPS | First Class ( | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $2.00 | ISM Vuzem USA, Inc | 95113 | 4.09E+16 | USPS | First Class ( | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $2.00 | ISM VUZEM USA, IN | 95113 | 4.09E+16 | USPS | First Class ( | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $2.00 | VUZEM USA, INC., c | 95113 | 4.09E+16 | USPS | First Class ( | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/26/2021 | $2.00 | VUZEM USA, INC., c | 95113 | 4.09E+16 | USPS | First Class ( | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $2.00 | ISM VUZEM USA, IN | 95113 | 4.09E+16 | USPS | First Class ( | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $2.00 | Vuzem USA, Inc., c/ | 95113 | 4.09E+16 | USPS | First Class ( | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $2.00 | ISM Vuzem USA, Inc | 95113 | 4.09E+16 | USPS | First Class ( | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $7.32 | MAGNA, D.O.O., Lei | 95113 | UA457943( | USPS | First Class I | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $7.32 | MOS SERVIS D.O.O., | 95113 | UA457943! | USPS | First Class I | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $7.32 | LBMETAL D.O.O., O: | 95113 | UA457943 | USPS | First Class I | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $6.34 | GREGUREC LTD, 3rd | 95113 | UA457943 | USPS | First Class I | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $6.34 | GREGUREC LTD, 3rd | 95113 | UA457943( | USPS | First Class I | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $6.34 | HRID-Mont, d.o.o, R | 95113 | UA457942 | USPS | First Class I | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $6.34 | ISM VUZEM, d.o.o., | 95113 | UA457942 | USPS | First Class I | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $6.34 | ISM VUZEM, d.o.o., | 95113 | UA457941 | USPS | First Class I | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $6.34 | Ivan Vuzem , Hrasto | 95113 | UA457940 | USPS | First Class I | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $6.34 | Robert Vuzem , Hra | 95113 | UA457940( | USPS | First Class I | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 4/15/2021 | $84.25 | Ivan Vuzem, Hrastov | 95113 | CJ4614603 | USPS | Priority Ma | 10lb 0oz | 4/19/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $15.82 | Vuzem USA, Inc., c/ | 95113 | 9.41E+21 | USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $15.82 | ISM Vuzem USA, Inc | 95113 | 9.41E+21 | USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $84.25 | Magna d.o.o., Letali | 95113 | CJ4613384 | USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $84.25 | Mos Servis d.o.o., N | 95113 | CJ4613384 | USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $84.25 | LB Metal, d.o.o., Os | 95113 | CJ4613383 | USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $82.95 | Gregurec Ltd., 3rd F | 95113 | CJ4613381 | USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |

Doc No. 44

| 4/12/2021 | $84.25 | HRID-Mont, d.o.o., ( | 95113 | CJ4613376 USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $84.25 | ISM Vuzem, d.o.o., ( | 95113 | CJ4613372 USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $84.25 | Ivan Vuzem, Hrasto | 95113 | CJ4613369 USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $84.25 | Robert Vuzem, Hras | 95113 | CJ4613367 USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $84.25 | HRID-Mont, d.o.o., I | 95113 | CJ4613364 USPS | Priority Ma | 10lb 2oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 9/24/2020 | $35.60 | ISM Vuzem, d.o.o., ( | 95113 | CJ4538006 USPS | Priority Ma | 0lb 4oz | 9/25/2020 | loofwcd2005 | |
| 9/17/2020 | $58.85 | HRID-Mont, d.o.o., ( | 95113 | CJ4535712 USPS | Priority Ma | 3lb 10oz | 9/18/2020 | loofwcd2005 | |
| **Total** | **$1,124.83** | | | | | | | | |



# STATEMENT OF ACCOUNT

Public Access to Court Electronic Records

Statement Date:   07/08/2021

Usage From:   04/01/2021   to:   06/30/2021

## Account Summary

| | | |
|---|---|---|
| **Pages:** | | 162 |
| Rate: | | $0.10 |
| Subtotal: | | $16.20 |
| **Audio Files:** | | 0 |
| Rate: | | $2.40 |
| Subtotal: | | $0.00 |
| **Current Billed Usage:** | | $16.20 |
| Credit for Usage not Exceeding $30: | | <$16.20> |
| **Previous Balance:** | | $0.00 |
| Current Balance: | | **$0.00** |

**Account #:** ▉▉▉▉▉

**Statement #:** 2748303-Q22021

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am-6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the **Manage Your Account** section of the PACER Service Center website at **pacer.uscourts.gov.**

The PACER Federal Tax ID is: **74-2747938**

Questions about the statement?
Visit **pacer.uscourts.gov/billing**

## No payment is due at this time.

### 14 Courts Convert to NextGen in Q2

In the second quarter, 14 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Alabama Middle District
* California Central Bankruptcy
* Florida Middle District
* Illinois Central District
* Illinois Northern Bankruptcy
* JPML
* Maryland Bankruptcy
* Michigan Eastern Bankruptcy
* New York Bankruptcy
* Oklahoma Eastern Bankruptcy
* South Dakota District
* Utah Bankruptcy
* Vermont District
* Virginia Eastern District

Continue to check your court's website for more information on when it will convert to NextGen.

## *This Statement of Account is for your information. This is not a bill.*

## *No payment is due at this time.*

Usage for this account was $30 or less for this quarterly billing cycle.  In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

*Visit pacer.uscourts.gov for address changes.*

2748303



Law Offices of William C. Dresser
William C Dresser
4 North Second Street
Suite 1230
San Jose, CA 95113-1307



Public Access to Court Electronic Records

Doc No. 45



Public Access to Court Electronic Records

# STATEMENT OF ACCOUNT

Statement Date: 10/10/2021

Usage From: 07/01/2021 to: 09/30/2021

## Account Summary

| | |
|---|---|
| **Pages:** | 283 |
| Rate: | $0.10 |
| Subtotal: | $28.30 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $28.30 |
| Credit for Usage not Exceeding $30: | <$28.30> |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$0.00** |

**Account #:** ▮▮▮▮▮

**Statement #:** 2748303-Q32021

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am-6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the **Manage Your Account** section of the PACER Service Center website at **pacer.uscourts.gov.**

The PACER Federal Tax ID is: **74-2747938**

Questions about the statement?
Visit **pacer.uscourts.gov/billing**

## *No payment is due at this time.*

### 22 Courts Convert to NextGen in Q3

In the third quarter, 22 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Arizona Bankruptcy
* California Eastern District
* Colorado District
* Georgia Middle Bankruptcy
* Georgia Northern Bankruptcy
* Hawaii Bankruptcy
* Illinois Southern Bankruptcy
* Illinois Southern District
* Kentucky Eastern District
* Kentucky Western District
* Louisiana Middle Bankruptcy

* Maine Bankruptcy
* Massachusetts Bankruptcy
* Massachusetts District
* Mississippi Southern District
* North Carolina Western District
* Ohio Northern Bankruptcy
* Ohio Southern Bankruptcy
* Pennsylvania Eastern District
* Rhode Island District
* Texas Southern Bankruptcy
* West Virginia Northern District

Continue to check your court's website for information on when it will convert to NextGen.

## *This Statement of Account is for your information. This is not a bill.*

## *No payment is due at this time.*

Usage for this account was $30 or less for this quarterly billing cycle.  In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

*Visit pacer.uscourts.gov for address changes.*

2748303



Public Access to Court Electronic Records

Law Offices of William C. Dresser
William C Dresser
4 North Second Street
Suite 1230
San Jose, CA 95113-1307

Doc No. 46



# STATEMENT OF ACCOUNT

Public Access to Court Electronic Records

Statement Date: 01/06/2022
Usage From: 10/01/2021 to: 12/31/2021

## Account Summary

| | |
|---|---|
| **Pages:** | 209 |
| Rate: | $0.10 |
| Subtotal: | $20.90 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $20.90 |
| Credit for Usage not Exceeding $30: | <$20.90> |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$0.00** |

**Account #:** ███████
**Statement #:** 2748303-Q42021

### No payment is due at this time.

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am-6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the **Manage Your Account** section of the PACER Service Center website at **pacer.uscourts.gov.**

The PACER Federal Tax ID is: **74-2747938**

Questions about the statement?
Visit **pacer.uscourts.gov/billing**

### 18 Courts Convert to NextGen in Q4

In the fourth quarter, 18 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* California Eastern Bankruptcy
* California Northern District
* Connecticut Bankruptcy
* Florida Middle Bankruptcy
* Florida Northern Bankruptcy
* Georgia Southern Bankruptcy
* Hawaii District
* Illinois Central Bankruptcy
* Indiana Northern District

* Indiana Southern District
* Nevada Bankruptcy
* New York Western District
* Oklahoma Western Bankruptcy
* Puerto Rico District
* Rhode Island Bankruptcy
* South Carolina District
* Texas Northern Bankruptcy
* West Virginia Southern Bankruptcy

Continue to check your court's website for information on when it will convert to NextGen.

## *This Statement of Account is for your information. This is not a bill.*

## *No payment is due at this time.*

Usage for this account was $30 or less for this quarterly billing cycle. In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

*Visit pacer.uscourts.gov for address changes.*

2748303



Law Offices of William C. Dresser
William C Dresser
4 North Second Street
Suite 1230
San Jose, CA 95113-1307

Public Access to Court Electronic Records

Doc No. 47



**Public Access to Court Electronic Records**

## *Statement of Account*

Statement Date:  04/07/2022

Usage From:  01/01/2022  to:  03/31/2022

**Account Summary**

| | |
|---|---|
| **Pages:** | 174 |
| Rate: | $0.10 |
| Subtotal: | $17.40 |
| **Audio Files:** | 1 |
| Rate: | $2.40 |
| Subtotal: | $2.40 |
| **Current Billed Usage:** | $19.80 |
| Credit for Usage not Exceeding $30: | <$19.80> |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$0.00** |

**Account #:** ▮▮▮▮

**Statement #:**  2748303-Q12022

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is:
74-2747938

Questions about the statement?
Visit pacer.uscourts.gov/billing.

### No payment is due at this time.

### 17 Courts Convert to NextGen in Q1

IIn the first quarter, 17 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Alabama Northern District
* Alaska District
* Arizona District
* Iowa Southern District
* Kentucky Western Bankruptcy
* Louisiana Western Bankruptcy
* Maryland District
* North Carolina Middle District
* N. Mariana Islands Bankruptcy

* N. Mariana Islands District
* Pennsylvania Western Bankruptcy
* Puerto Rico Bankruptcy
* Tennessee Eastern Bankruptcy
* Tennessee Middle Bankruptcy
* Tennessee Middle District
* Texas Southern District
* Virginia Eastern Bankruptcy

Continue to check your court's website for information on when it will convert to NextGen.

## *This Statement of Account is for your information. This is not a bill.*

## *No payment is due at this time.*

Usage for this account was $30 or less for this quarterly billing cycle.  In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

*Visit pacer.uscourts.gov for address changes.*

2748303





**Public Access to Court Electronic Records**

Law Offices of William C. Dresser
William C Dresser
4 North Second Street
Suite 1230
San Jose, CA 95113-1307

Doc No. 48

ALEX PADILLA | SECRETARY OF STATE | STATE OF CALIFORNIA
BUSINESS PROGRAMS | BUSINESS ENTITIES
1500 11th Street, 3rd floor | Sacramento, CA 95814 | 916.657.5448 | www.sos.ca.gov

**RECORD OF SERVICE OF PROCESS**

LAW OFFICES OF WILLIAM C. DRESSER
4 NORTH SECOND STREET, SUITE 1230
SAN JOSE, CA 95113

RE:   UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES
vs. EISENMANN SE, et al., United States District Court, Northern District of
California, San Jose Division, No: 16-CV-01120-LHK

Service forwarded to Defendant:

> VUZEM USA INC.
> (official name of record)
> 965 WEST 11TH ST. #2
> SAN PEDRO, CALIFORNIA 90731

Date Forwarded:   June 5, 2018

Process Server:   Brandon Ortiz

Date Served:   May 16, 2018          Time:   3:10 pm

Deputy Secretary of State Served:   Jason Collins

Documents Served:   two copies of the Court Order, Summons, Second Amended
Complaint.

FEES:                   Receipt of Process Against Defendant:   $   50.00

                        Total Charges:                          $   50.00

                        Amount Received:                        $   50.00
                        Refund:                                 $    0.00

        Prepared by: _____

                     Jana Castro
                     Date:   June 5, 2018

Doc No. 49

PRINTING TOTALS FOR US LESNIK DEFAULT MOTIONS

2/28/2020

| **POS 1** | NUMBER OF PAGES | | 16 SETS |
|---|---|---|---|
| **ECF DOC #** | | | |
| 461 | 19 | | 304 |
| 462 | 130 | | 2080 |
| 463 | 75 | | 1200 |
| 464 | 4 | | 64 |
| 465 | 8 | | 512 |
| 466 | 206 | | 3296 |
| 466-1 | 114 | | 1824 |
| 466-2 | 81 | | 1296 |
| 467 | 10 | | 160 |
| **TOTAL PAGES** | **647** | **TOTAL COPIES** | **10736** |

| POS 2 | | | 8 SETS |
|---|---|---|---|
| 468 | 18 | | 144 |
| 469 | 14 | | 112 |
| TOTAL PAGES | 32 | TOTAL COPIES | **256** |

| POS 3 | | | 8 SETS |
|---|---|---|---|
| 470 | 12 | | 96 |
| 471 | 6 | | 48 |
| | | TOTAL COPIES | **144** |
| | | GRAND TOTAL | 11136 |
| | | X.15 | $1,670.40 |

Doc No. 50