# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES,<br><br>Plaintiffs,<br><br>vs.<br><br>EISENMANN SE, et al.<br><br>Defendants. | Case No.: 5:16-cv-01120-BLF<br><br>**[proposed]**<br><br>**ORDER GRANTING PLAINTIFF STJEPAN PAPES' ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Ctrm:   3, 5th Floor<br>Judge:   Hon. Beth Labson Freeman |

Plaintiff Stjepan Papes' Administrative Motion for leave to file motion for reconsideration is granted. Plaintiff Papes may file his Motion for Reconsideration. The Motion for Reconsideration shall be heard on February 2, 2023 at 9:00 a.m. in Courtroom 3, 5th Floor, in the United States District Court for the Northern District of California, 280 South First Street, San Jose, California.

IT IS SO ORDERED

Dated: _____

_____
Hon. Beth Labson Freemen
United States District Judge