# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES,<br><br>Plaintiffs,<br><br>vs.<br><br>EISENMANN SE, et al.<br><br>Defendants. | Case No.: 5:16-cv-01120-BLF<br><br>**DEFAULT  JUDGMENT** |

    Plaintiff Stjepan Pape's motion for default judgment on Count 9 under the TVPA having been granted on September 19, 2021 in the amount of $611,000.00, against Defendants ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Robert Vuzem, and Ivan Vuzem, jointly and severally, ECF No. 586; and

    Plaintiff Stjepan Pape's motion for reasonable fees on Count 9 under the TVPA having been granted on July 11, 2023 in by amount of $254,550.00 against Defendants ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Robert Vuzem, and Ivan Vuzem, jointly and severally, ECF No. 619; and

    Plaintiffs having filed on December 17, 2018 dismissals of the TAC against multiple defendants, ECF No. 304 to 322; and

    Plaintiffs, Eisenmann Corporation, Tesla Inc., and Specially Appearing Defendants

Eisenmann SE, Eisenmann Anlagenbau Verwaltung GmbH, and Eisenmann Anlagenbau GmbH & Co. KG having reached a settlement of their claims and counterclaims, with an order issued thereon, ECF No. 484; and

The Court having issued the following prior Orders:

On September 17, 2021, the Court denied the Motion for Default Judgment on the False Claims Act Cause of Action. ECF No.585;

On September 19, 2021, the Court granted in part and denied in part the Motion for Default Judgment on the Coerced Labor Cause of Action. ECF No.586. This includes that the Court denied default judgment for Plaintiff Lesnik with respect to Claim 9, brought under the TVPRA. ECF No. 586;

On September 20, 2021, the Court denied without prejudice the Motion for Default Judgment on the FLSA Wages Causes of Action. ECF No. 587;

On January 19, 2022, the Court vacated the hearing on the motion for default judgment on the FLSA wages claims and struck the renewed motion. ECF No.603; and

On May 30, 2023, the Court denied with prejudice Papes' motion for default judgment on Claims 2 and 3. ECF 617,

It is HEREBY ORDERED AND ADJUDGED that judgment be entered for Plaintiff Stjepan Papes and against Defendants ISM Vuzem d.o.o., Ivan Vuzem, Robert Vuzem, and ISM Vuzem USA, Inc., jointly and severally, in the following amounts, which include compensatory damages, exemplary damages and penalties: $611,000.00 for Plaintiff Stjepan Papes.

In addition, it is HEREBY ORDERED AND ADJUDGED that Plaintiff Stjepan Papes shall recover attorneys' fees from Defendants ISM Vuzem d.o.o., Ivan Vuzem, Robert

Vuzem, and ISM Vuzem USA, Inc., jointly and severally, in the total amount of $254,550.00.

Dated: _____, 2023

                _____
                BETH LABSON FREEMAN
                United States District Judge