# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GREGOR LESNIK and STJEPAN PAPES,<br><br>Plaintiffs,<br><br>vs.<br><br>EISENMANN SE, et al.<br><br>Defendants. | Case No.: 5:16-cv-01120-BLF<br><br>**FINAL JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted by Plaintiffs Gregor Lesnik and Stjepan Papes against the following Defendants are DISMISSED:

Eisenmann SE

Eisenmann Alagenbau GmbH & Co. KG

Eisenmann Alagenbau Verwaltung GmbH

Eisenmann Corporation

Vuzem USA, Inc.

Telsa Motors, Inc.

Gregurec Ltd

Daimler AG

Mercedes-Benz U.S. International, Inc.

Bayerische Motoren Werke

CiTic Dicastal Co., Ltd.

Volkswagen

LB Metal d.o.o.

1. D2N Technologije d.o.o.
2. Primiko d.o.o.
3. Volvo Car Corporation
4. John Deere
5. Lax Fabricating Ltd.
6. Keystone Automotive
7. Phoenix Mechanical
8. Rehau Incorporated
9. HRD Mont d.o.o.
10. VV Mont
11. Magma, Intl
12. Magma Services Gmbh
13. Magna, d.o.o.
14. We-Kr d.o.o.
15. RIMSA Plus Sp. z.o.o.
16. Enterprise MDM Poland Sp. z.o.o.
17. MDM Polska sp. z.o.o.
18. Moss Servis, d.o.o.
19. Dicastal North America, Inc.
20. BMW Manufacturing Co., LLC
21. Volkswagen Group of America Chattanooga Operations, LLC
22. Volvo Car US Operations, Inc.
23. Deere & Company
24. HRID-MONT d.o.o.
25. VV Mont, d.o.o.
26. Magna Automotive Services GmbH
27. MDM Poland Sp. z.o.o.
28. Magna International, Inc.

IT IS FURTHER ORDERED AND ADJUDGED that all claims asserted by Plaintiff Gregor Lesnik against the following defendants, and Claims 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, and 13 asserted by Plaintiff Stjepan Papes against the following defendants, are DISMISSED:

ISM Vuzem d.o.o.

ISM Vuzem USA, Inc.

Robert Vuzem

Ivan Vuzem

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered for Plaintiff Stjepan Papes and against Defendants ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Robert Vuzem, and Ivan Vuzem, jointly and severally, on Claim 9 under the Trafficking Victims Protection Reauthorization Act in the amount of $865,550, comprising $611,000.00 in damages and $254,550.00 in attorneys' fees.

Dated: July 17, 2023

_____
BETH LABSON FREEMAN
United States District Judge