| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | BILL OF COSTS *Please follow the instructions on page 3 when completing this form.* | | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐      No ☐ |
|---|---|---|---|

| 1. CASE NAME US ex rel Lesnik et al v Eisenmann SE et al | 5:16-cv-01120-BLF | 3. DATE JUDGMENT ENTERED | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED ISM Vuzem, d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., Ivan Vuzem, Robert Vuzem, and HRID-Mont, d.o.o. |
|---|---|---|---|
| 5. NAME OF CLAIMING PARTY Plaintiff Stjepan Papes | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") William C. Dresser | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                    (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | 400.00 | Initial filing fee, court record 3/7/2016 | | | |
| Service of Process, Civil LR 54-3(a)(2) | 1.  39.95 | 1.  Doc 56 POS, Eisenmann Anlagenbau, Order # 11663501 | | | |
| | 2.  169.95 | 2.  Doc 58, Non-Service Report, ISM, Vuzem | | | |
| | 3.  39.95 | 3.  Doc 63, POS, Tesla Motors, Inc. | | | |
| | 4.  39.95 | 4.  Doc. 64, POS, Eisenman Corp | | | |
| | 5.  39.95 | 5.  Doc. 65, POS, Eisenmann Anlagenbau Verwaltung Gmbh, Order #11663502 | | | |
| | 6.  39.95 | 6.  Doc 68, POS, Eisenmann SE | | | |
| | 7.  69.95 | 7.  Doc. 72, POS, Vuzem, USA | | | |
| | 8.  40.00 | 8.  Doc 131, POS, Eisenmann Corp | | | |
| | 9.  183.00 | 9.  Brandywine Process Servers inv 11236 | | | |
| | 10.  50.00 | 10.  Doc 211, POS, Vuzem USA | | | |
| | 11.  49.50 | 11.  Doc. 287, POS, Eisenmann Anlagenbau Verwaltung Gmbh & Co | | | |
| | 12.  49.50 | 12.  Doc 288, POS, Eisenmann SE | | | |
| | 13.  125.00 | 13.  2/13/19, One Legal Inv. Order 12789164 | | | |
| | 14.  50.00 | 14.  2/26/19, Secretary of State, Record | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | POS, Vuzem USA, Inc. | | | |
| | 15.   1,350.00 | 15.  2/20/2019, ,, Translated invoice from  Attorney Luka Divjak for service | | | |
| | 16.  7,464.60 | 16.   11/3/2019 DVA FOKUS reference #S100 201992, invoice for personal and post service in Slovenia on Vuzem defendants | | | |
| | 17.    269.91 | 17.  2/20/2019 Receipt for copies of pleadings for service | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | 18.    38.70  <br> 19.    27.00 | 18. USDC Invoice 20202832  <br> 19.   USDC Invoice 20192800 | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3©(1) | | | | | |
| Deposition exhibits, Civil LR 54-3©(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3©(4),(5) | | | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | 20.    292.89 | 20.      2/5/2020, German Law Firm, Stuttgart District Court Records | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | 21.     88.00  <br> 22.  88.00 | 21.  2/13/2020, Titan inv #SU327684-02-01  <br> 22.  2/13/2020, Titan inv #SU SU327684-01-01 | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | 23.  3,628.80  <br> 24. 725.21 | 23.  2020, Printing Log for Default Motions & 2021 Printing Log for Renewed Motions  <br> 24.  USPS PRINTOUT | | | |
| Visual aids, Civil LR 54(d)(5) | | | | | |

| e. WITNESS FEES AND EXPENSES | | | | | |
|---|---|---|---|---|---|
| Total from itemized Witness Fees worksheet,* Civil LR 54€ | 25.  661.00 | 25.  01/01/2019, PRIVREDNA BANK ZAGREB Wire Transfer #3006244972, for William Dresser Travel costs for Mediation | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | 26.  4,625.25 | 26.  2/14/2019, FEDARB inv# F18-M-HM-1212-02P 4/17/2019, Wire Transfer Conf | | | |
| | 27.  3,750.00 | 27.  5/23/2019, FEDARB inv# F18-M-HM-1212-03P | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | 28.  2,342.49 | 28.  2/21/2018, Lingua-Soft Court Translation, email re SAC Papes | | | |
| | 29.  3,063.00 | 29.  10/12/2018, FIBULA inv#37-A-1 | | | |
| | 30.  6,079.05 | 30.  5/31/2019, Link Translation inv#36980, Receipt | | | |
| | 31.    500.00 | 31.  9/1/2020, Bozinovic Invoice | | | |
| | 32.    312.20 | 32.  10/9/2020, Bozinovic invoice and payment | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | 36,692.75 | | $   0.00 | $   0.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

| | |
|---|---|
| 10. **AFFIDAVIT PURSUANT TO 28 USC § 1924:** I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.<br>Name of Attorney/Claiming Party:<br><br>SIGNATURE:                                              DATE: July 26, 2023 | 11. Costs are taxed in the amount of                          and included in the judgment.<br><br>Mark B. Busby<br>Clerk of Court<br><br>BY:                          Deputy Clerk              DATE: |

**\*WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821)**

US ex rel. LESNIK vs. EISENMANN SE, et al.
Case No.: 5:16-cv-01120-LHK (SVK)
Costs Itemization

## Service of Process

Document 01        $39.95, Page 1, ECF Document 56, Proof of Service on Eisenmann Anlagenbau GmbH & Co. KG, and page 2, One Legal Accounting Confirmation Order number 11663501 was paid;

Document 02.        $169.95, Page 3, ECF Document 58, Non-Service Report of ISM Vuzem USA;

Document 03.        $39.95, Page 4, One Legal Accounting Confirmation Order number 11663505, and page 5, ECF Document 63; Proof of Service on Tesla Motors

Document 04.        $39.95, Page 6, One Legal Accounting Confirmation Order number 11663503, page 7 is ECF Document 64, Proof of Service on Eisenman Corporation;

Document 05.        $39.95, Page 8, ECF Document 65, Proof of Service on Eisenmann Anlagenbau Verwaltung GmbH, and page 9 is One Legal Accounting Confirmation Order number11663502, 39.95;

Document 06.        $39.95, Page 10, ECF Document 68, Proof of Service on Eisenmann SE and Fee for Service;

Document 07.        $69.95, Page 11, ECF Document 72, Non-Service Report on Vuzem USA, Inc. and Fee for Service;

Document 08.        $40.00, Page 12, One Legal Confirmation Order number 11897987 and page 13 is ECF Document 131, Proof of Service on Eisenmann Corporation and Fee for Service;

Document 09.        $183.00, Page 14, Detailed note for Amount Claimed for 09 explaining what was excluded in the original amount, page 15 is Brandywine Process Servers, LTD Invoice 11236, page 16 is Brandywines email paid confirmation, Pages 17 through 20 are the relating Proofs of Services, $183.00;

Document 10.        $50.00, Page 21, ECF Document 211, Secretary of State of California, Record of Service of Process on Vuzem USA, Inc.;

Document 11.        $49.50, Page 22, ECF 287, Proof of Service on Eisenmann Anlagenbau Gmbh & Co. KG, and Fee charged;

1

Document 12.       $49.50, Page 23, ECF Document 288, Proof of Service on Eisenmann SE, Elite Process Serving, Inc. and Fees charged;

Document 13.       $125.00, Page 24, One Legal Confirmation Order 12789164, Service of Third Amended Complaint, Service on Vuzem USA Inc., Page 26 is Proof of Service;

Document 14.       $50.00, Page 27, Secretary of State of California, Record of Service of Process on Vuzem USA, Inc.;

Document 15.       $1,350.00, Page 28, 2/20/2019 invoice from Attorney Luka Divjak for service in Slovenia;

Document 16.       $7,464.60, Page 29, 11/3/2019 DVA FOKUS reference #S100 201992, invoice with translation for personal and post service in Slovenia on Vuzem defendants;

Document 17.       $269.91, Page 30, 2/20/2019 Receipt for copies of pleadings for service in Slovenia;

## Reporters Transcripts

Document 18.       $38.70, Page 31, USDC Invoice 20202832;

Document 19.       $27.00, Page 32, USDC Invoice 20192800 and page 33 is a copy the payment letter with copy of check no. 2739;

## Reproduction, Exemplification

Document 20.       $292.89, Page 34 - 35, Wire Transfer Confirmation OW00000678257470 sent to German law firm DE for Stuttgart District Court records;

Document 21.       $88.00, Page 36, Titan Legal Services invoice number SU327684-02-01 for Subpoena service with copy of check number 2793 in the amount of $88.00;

Document 22.       $88.00, Page 37, Titan Legal Services invoice number SU327684-01-01 for Subpoena service with copy of check number 2792 in the amount of $88.00;

Document 23.       $3,628.80, Page 38-39, Detailed record of printing copies for Default Motions and Renewed Default Judgment;

Document 24.       $725.21, Page 40-41, USPS Printout for Mailing Default Motions;

## Witness Fees and Expenses

Document 25.        $661.00, Page 42, Wire to Papes, number 3006244972, on January 1, 2019, for Mediation travel for Papes;

## Court-Appointed Professionals, Interpreters

Document 26.        $4,625.25, Page 43-44, Wire Transfer Confirmation OW00000426250306, to Judge Matz for Lesnik for Mediation;

Document 27.        $3,750.00, Page 45, Federal Arbitration, Inc. Invoice # F18-M-HM-1212-03P;

Document 28.        $2,342.49, Page 46, Lingua Soft invoice #20180323133527, page 47 is an email from William Dresser to Lingua Soft confirming wire transfer;

Document 29.        $3,063.00, Page 48, Fibula SLB invoice for translating from English to Slovensian;

Document 30.        $6,073.05, Page 49, Link Translations receipt;

Document 31.        $500.00, Page 50, Dr. Radmilo Bozinovic invoice dated September 1, 2020 for Slovenian translation, page 51 is copy of payment letter and check no. 1025; and

Document 32.        $312.50, Page 52, Dr. Radmilo Bozinovic invoice dated October 9, 2020 for Slovenian translations.

3

\*From:\*              One Legal Accounting <no-reply@onelegal.com>
\*To:\*                loofwcd <loofwcd@aol.com>; loofwcd <loofwcd@aol.com>
\*Subject:\*           Transaction Notification for order #11663501 : Customer 0058886
\*Date:\*              Fri, Jan 19, 2018 8:32 pm
\*Attachments:\*              Credit Card Sale_01261068.pdf (19K)

-------------------------------------------------------------------------
Dear Law Offices of William C. Dresser:

Thank you for being a One Legal customer.  A credit card sale receipt is
attached for the following:

\*Order number:\*       11663501
\*Credit card sale number:\*      01261068
\*Credit card number:\*          \*\*\*\*\*\*\*\*\*\*\*
\*Credit card sale amount:\*      $39.95


You can manage your payment options, view invoices, and more, from the
billing center <https://platform.onelegal.com/BillingCenter>.

Need help?  Contact us at accounting@onelegal.com
<mailto:accounting@onelegal.com>.

Sincerely,

The One Legal Team

\*How are we doing?\*  Click here
<https://onelegal.getfeedback.com/r/XHeIlwGq?email=%20loofwcd@aol.com>
to answer a two-question survey.

Document 01

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| William Dresser, 104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113<br>TELEPHONE NO.: (408) 279-7529<br>ATTORNEY FOR *(Name)* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

| PLAINTIFF/PETITIONER: US ex rel Lesnik | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Eisenmann SE | 5:16-cv-01120-LHK |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>US ex rel Lesnik |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**
2. I served copies of:   See Attached List

3. a. Party served:  Eisenmann Anlagenbau GmbH & Co. KG

   b. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served:  818 W 7th St #930
   Los Angeles, CA 90017
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party (1) on (date): 01/18/2018          (2) at  (time): 3:00PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

Eisenmann Anlagenbau GmbH & Co. KG
under: CCP 416.10 (corporation)
7. **Person who served papers**
   a. Name:        Jimmy Lizama
   b. Address:     One Legal - 194-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 39.95
   e I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 4553
          (iii) County:  Los Angeles
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date: 01/19/2018

Jimmy Lizama                          Page 2 of 52
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                    **PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
Document 01
OL# 11663501

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | | TELEPHONE NO. | | FOR COURT USE ONLY |
|---|---|---|---|---|
| William Dresser, 104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113 | | (408) 279-7529 | | |
| | | Ref. No. or File No. | | |
| ATTORNEY FOR *(Name)* Plaintiff | | US ex rel Lesnik | | |

Insert name of court, judicial district or branch court, if any

**United States District Court, Northern District of California**

280 S. First St. #2112

San Jose, CA 95113-3008

PLAINTIFF

US ex rel Lesnik

DEFENDANT

Eisenmann SE

| **NON SERVICE REPORT** | DATE | TIME | DEPT/DIV<br>Courtoom | CASE NUMBER<br>5:16-cv-01120-LHK |
|---|---|---|---|---|

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:

Summons; Second Amended Complaint;

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:

ISM VUZEM USA, INC

(1) Business:       1600 Azalea Hill Drive       Suite 304       Greenville    SC      29607

Process is being returned without service for the following reason(s):

On 1/22/2018 8:08:00 PM at address (1) above. No Answer. No one came to the door.

On 1/23/2018 8:32:00 AM at address (1) above. No Answer. No one came to the door.

On 1/24/2018 5:36:00 PM at address (1) above. No Answer. No one came to the door. No answer at the neighbor's door either.

On 2/2/2018 11:14:00 AM at address (1) above. Not Found. No one there. Spoke to a neighbor she doesn't know. Spoke to office and confirmed he is no longer a tenant.

Fee for Service: $ 169.95

**Not a registered California process server.**

2/2/2018
Misty Davis
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: Page 3 of 52       Misty Davis

OL# 11664798
Document 02

*From:*          One Legal Accounting <no-reply@onelegal.com>
*To:*            loofwcd <loofwcd@aol.com>; loofwcd <loofwcd@aol.com>
*Subject:*       Transaction Notification for order #11663505 : Customer 0058886
*Date:*          Fri, Jan 19, 2018 8:32 pm
*Attachments:*            Credit Card Sale_01261077.pdf (18K)

---------------------------------------------------------------------
Dear Law Offices of William C. Dresser:

Thank you for being a One Legal customer.  A credit card sale receipt is
attached for the following:

*Order number:*        11663505
*Credit card sale number:*        01261077
*Credit card number:*        ***********
*Credit card sale amount:*        $39.95


You can manage your payment options, view invoices, and more, from the
billing center <https://platform.onelegal.com/BillingCenter>.

Need help?  Contact us at accounting@onelegal.com
<mailto:accounting@onelegal.com>.

Sincerely,

The One Legal Team

*How are we doing?*  Click here
<https://onelegal.getfeedback.com/r/XHeIlwGq?email=%20loofwcd@aol.com>
to answer a two-question survey.

Document 03

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| William Dresser, 104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113<br>TELEPHONE NO.: (408) 279-7529<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

| PLAINTIFF/PETITIONER: US ex rel Lesnik | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Eisenmann SE | 5:16-cv-01120-LHK |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>US ex rel Lesnik |

## **BY FAX**

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:    See Attached List

3. a. Party served:  **Tesla Motors, Inc**

   b. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served:   818 West Seventh Street, Suite 930
   Los Angeles, CA 90017
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party (1) on (date): 01/18/2018          (2) at (time): 3:00PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   Tesla Motors, Inc
   under: CCP 416.10 (corporation)
7. **Person who served papers**
   a. Name:        Jimmy Lizama
   b. Address:     One Legal - 194-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 39.95
   e I am:
      (3) registered California process server.
         (i)  Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County:  Los Angeles
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date:  01/19/2018

Jimmy Lizama                              Page 5 of 52
(NAME OF PERSON WHO SERVED PAPERS)                              (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>OL# 11663505<br>Document 03 |

*From:*          One Legal Accounting <no-reply@onelegal.com>
*To:*            loofwcd <loofwcd@aol.com>; loofwcd <loofwcd@aol.com>
*Subject:*       Transaction Notification for order #11663503 : Customer 0058886
*Date:*          Fri, Jan 19, 2018 8:32 pm
*Attachments:*           Credit Card Sale_01261074.pdf (18K)

----------------------------------------------------------------------
Dear Law Offices of William C. Dresser:

Thank you for being a One Legal customer.  A credit card sale receipt is
attached for the following:

*Order number:*          11663503
*Credit card sale number:*       01261074
*Credit card number:*            ***********▮▮▮▮
*Credit card sale amount:*       $39.95


You can manage your payment options, view invoices, and more, from the
billing center <https://platform.onelegal.com/BillingCenter>.

Need help?  Contact us at accounting@onelegal.com
<mailto:accounting@onelegal.com>.

Sincerely,

The One Legal Team

*How are we doing?*  Click here
<https://onelegal.getfeedback.com/r/XHeIlwGq?email=%20loofwcd@aol.com>
to answer a two-question survey.

Document 04

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| William Dresser, 104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113<br>TELEPHONE NO.: (408) 279-7529<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

| PLAINTIFF/PETITIONER: US ex rel Lesnik | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Eisenmann SE | 5:16-cv-01120-LHK |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>US ex rel Lesnik |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.  **BY FAX**

2. I served copies of:    See Attached List

3. a. Party served:  Eisenman Corporation

   b. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served:   818 West Seventh Street, Suite 930
   Los Angeles, CA 90017

5. I served the party

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 01/18/2018    (2) at  (time): 3:00PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   Eisenman Corporation
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:       Jimmy Lizama
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 39.95
   e I am:
      (3)  registered California process server.
           (i)  Employee or independent contractor.
           (ii)  Registration No.: 4553
           (iii) County:  Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  01/19/2018

Jimmy Lizama                           Page 7 of 52
(NAME OF PERSON WHO SERVED PAPERS)                          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010          **PROOF OF SERVICE OF SUMMONS**          Code of Civil Procedure, § 417.10
[Rev. Jan 1, 2007]                                                                      OL# 11663503
                                                                                        Document 04

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| William Dresser, 104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113<br>TELEPHONE NO.: (408) 279-7529<br>ATTORNEY FOR *(Name)*: Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

| PLAINTIFF/PETITIONER: US ex rel Lesnik | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Eisenmann SE | 5:16-cv-01120-LHK |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>US ex rel Lesnik |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**
2. I served copies of: **See Attached List**

3. a. Party served: **Eisenmann Anlagenbau Verwaltung GmbH**

   b. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served: 818 West Seventh Street, Suite 930
   Los Angeles, CA 90017
5. I served the party
   a. **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 01/18/2018      (2) at (time): 3:00PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

Eisenmann Anlagenbau Verwaltung GmbH
under: CCP 416.10 (corporation)
7. **Person who served papers**
   a. Name:        Jimmy Lizama
   b. Address:    One Legal - 194-Marin
                      504 Redwood Blvd #223
                      Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 39.95
   e I am:
      (3) registered California process server.
          (i)  Employee or independent contractor.
          (ii) Registration No.: 4553
          (iii) County: Los Angeles
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date: 01/19/2018

Page 8 of 52

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br><br>OL# 11663502<br>Document 05 |
|---|---|---|

*From:*          One Legal Accounting <no-reply@onelegal.com>
*To:*            loofwcd <loofwcd@aol.com>; loofwcd <loofwcd@aol.com>
*Subject:*       Transaction Notification for order #11663502 : Customer 0058886
*Date:*          Fri, Jan 19, 2018 8:32 pm
*Attachments:*          Credit Card Sale_01261071.pdf (19K)

----------------------------------------------------------------------
Dear Law Offices of William C. Dresser:

Thank you for being a One Legal customer.  A credit card sale receipt is
attached for the following:

*Order number:*     11663502
*Credit card sale number:*     01261071
*Credit card number:*          ***********1002
*Credit card sale amount:*     $39.95


You can manage your payment options, view invoices, and more, from the
billing center <https://platform.onelegal.com/BillingCenter>.

Need help?  Contact us at accounting@onelegal.com
<mailto:accounting@onelegal.com>.

Sincerely,

The One Legal Team

*How are we doing?*  Click here
<https://onelegal.getfeedback.com/r/XHeIlwGq?email=%20loofwcd@aol.com>
to answer a two-question survey.

Document 05

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| William Dresser, 104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113<br>TELEPHONE NO.: (408) 279-7529<br>ATTORNEY FOR *(Name):* Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court, Northern District of California<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |
|---|---|

| PLAINTIFF/PETITIONER: US ex rel Lesnik<br><br>DEFENDANT/RESPONDENT: Eisenmann SE | CASE NUMBER:<br>5:16-cv-01120-LHK |
|---|---|

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>US ex rel Lesnik |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**
2. I served copies of:   See Attached List


3. a. Party served:  Eisenmann SE

    b. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served:  818 W 7th St #930
                                         Los Angeles, CA 90017
5. I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
       receive service of process for the party (1) on (date): 01/18/2018        (2) at (time): 3:00PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:



    d. on behalf of:

Eisenmann SE
under: CCP 416.10 (corporation)
7. **Person who served papers**
    a. Name:        Jimmy Lizama
    b. Address:     One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947

    c. Telephone number: 415-491-0606
    d. The fee for service was: $ 39.95
    e I am:
        (3) registered California process server.
            (i)  Employee or independent contractor.
            (ii) Registration No.: 4553
            (iii) County: Los Angeles
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date: 01/19/2018

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)

Page 10 of 52

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 11663500
Document 06



| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO.: (408) 279-7529 | | FOR COURT USE ONLY |
|---|---|---|---|---|
| William C. Dresser, 104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113 | | Ref. No. or File No. US ex rel Lesnik | | |
| ATTORNEY FOR (Name): Plaintiff | | | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

United States Of America, et al.

DEFENDANT:

Eisenmann SE, et al.

| **NON SERVICE REPORT** | DATE | TIME: | DEPT./DIV. | CASE NUMBER<br>5:16-cv-01120-LHK |
|---|---|---|---|---|

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:

Second Amended Complaint, Summons for Eisenmann SE, Summons for Eisenmann Anlagenbau GmbH & Co. KG, Summons on Eisenmann Anlagenbau Verwaltung GmbH, Summons on Eisenmann Corporation, Summons on

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
Vuzem USA, Inc.

**BY FAX**

(1)Home: Vuzem USA, Inc. 965 West 11th Street, #2, , San Pedro, CA 90731

Process is being returned without service for the following reason(s):

On 1/19/2018 5:40:00 PM at address (1) above. No Answer UNABLE TO GAIN ACCESS, COMPLEX IS GATED.
On 1/20/2018 11:15:00 AM at address (1) above. No Answer A ABLE TO GAIN ACCESS, SPOKE TO A FEMALE THRU THE DOOR, WHO SAID THAT THE AGENT IS NOT
IN RIGHT NOW. REFUSED TO OPEN THE DOOR.

On 1/21/2018 6:55:00 AM at address (1) above. No Answer ABLE TO GAIN ACCESS, NO ANSWER AT THE DOOR.
On 1/23/2018 8:40:00 PM at address (1) above. No Answer UNABLE TO GAIN ACCESS, GATE WAS LOCKED.

On 1/26/2018 8:50:00 AM at address (1) above. No Answer Unable to gain access, No response from call box.
On 1/27/2018 5:06:00 PM at address (1) above. No Answer Unable to gain access, no response from call box.
On 1/28/2018 4:20:00 PM at address (1) above. Unable to gain access, no response from call box. Max attempts reached.

Fee for Service: $ 69.95
Registered California process server.
County: Los Angeles
Registration No. 2016223767

Livingston A. Beckford
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 02/05/2018 at Los Angeles, California.

Page 11 of 52 _Livingston Beckford_

Livingston A. Beckford

Document 07

OL# 11663504

**CONFIRMATION For Process Serving**

# ONE LEGAL LLC



### This is not an Invoice

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 11897987 | DATE: | 04/18/2018 |
|---|---|---|---|

| | |
|---|---|
| **Customer:** Law Offices of William C. Dresser | **Attorney:** William Dresser |
| **Customer No.:** ▇▇▇▇ | **Attorney e-mail:** lawofficeofwcd@gmail.com |
| **Address:** San Jose, CA 95113 | **Contact:** William Dresser |
| | **Contact e-mail:** lawofficeofwcd@gmail.com |
| | **Contact Phone:** (408)279-7529 |
| | **Contact Fax:** (408)298-3306 |
| | **Law Firm File No.:** US LESNIK |

**CASE INFORMATION:**

**Case Number:** 5:16-CV01120
**County:**
**Court:** United States District Court, Northern District of California
**Case Short Title:** United States Of America, et al.  vs. Eisenmann SE, et al.

| DOCUMENTS RECEIVED: | No. Docs: | 2 | No. Pgs: | 65 |
|---|---|---|---|---|

Summons In A Civil Action, Second Amended Complaint

Party to Serve:  EISENMANN CORPORATION      Service Address: 818 West Seventh Street, Suite 930
Los Angeles, CA 90017

### Confirmation Report. DO NOT PAY. An Invoice will be sent later.

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status:     Service Complete<br><br>Customer Notes: Please serve the corrected Summons and Second Amended Complaint on Eisenmann Corporation by service on its agent for Service of Process<br>CM | Service on a Registered Agent (CT or CSC) | 40.00 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:**   40.00 |

Page 12 of 52

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| William Dresser, SB104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113 | | (408)279-752 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br><br>US LESNIK | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

United States Of America, et al.

DEFENDANT:

Eisenmann SE, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:16-CV01120 |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons In A Civil Action, Second Amended Complaint

2. Party Served: **EISENMANN CORPORATION**

3. Person Served: CT Corporation System - Carlos Paz - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 04/16/2018     3:00PM

5. Address, City and State: 818 West Seventh Street, Suite 930
Los Angeles, CA 90017

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Los Angeles
Registration No.: 4553
Jimmy Lizama
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of
America and the State of California that the foregoing is true and correct and
that this declaration was executed on 04/17/2018 at Los Angeles, California.

Page 13 of 52

Signature: _____

Jimmy Lizama     Document 08
OL# 11897987

US ex rel Lesnik et al v Eisenmann SE et al.
Case No. 5:16-cv-01120-BLF

## Note for Amount Claimed No. 9

## on Bill of Costs on the following page

Regarding Brandywine Process Servers, LTD., Invoice number 11236

We are *excluding* Volvo Car US Operations Inc., total $69.00 and Copy charges pertaining to it.

The following is the total of claim

| | |
|---|---|
| Volvo Car US Operations Inc. Serve: | $69.00 |
| Copy charge for Volvo: | $22.00 |
| Total: | $91.00 |
| $274.00 - $91.00 | **$183.00** Claim Amount |

**BRANDYWINE PROCESS SERVERS, LTD**
P.O. BOX 1360
WILMINGTON, DE 19899

Bill  **WILLIAM C. DRESSER, ESQ.**
To   **4 N. SECOND ST.**
     **STE. 1230**
     **SAN JOSE, CA, 95113**

EMAIL: brandywineps@comcast.net

302-475-2600            

**INVOICE # 11236**

# INVOICE

**DATE 11/5/2018**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | USA   V   EISENMANN SE | |
| 11/5/18 | Volvo Car US Operations Inc. | $69.00 |
|  | Eisenmann SE | $39.00 |
|  | Eisenmann Anlagenbau GmbH & Co. KG | $39.00 |
|  | Eisenmann Anlagenbau Verwaltung GmbH | $39.00 |
|  | COPY CHARGES | $88.00 |

Amount Paid $0.00

TERMS: PAYMENT DUE 20 DAYS

**AMOUNT DUE        $274.00**

Page 15 of 52

Document 09

| *From:* | brandywineps <brandywineps@comcast.net> |
|---------|------------------------------------------|
| *To:* | 'Bill Dresser' <loofwcd@aol.com> |
| *Subject:* | PAID Invoice # 11236 Sold To: WILLIAM C. DRESSER, ESQ. |
| *Date:* | Mon, Nov 5, 2018 10:47 am |
| *Attachments:* | InvoicePDF(402).PDF (122K) |

-----------------------------------------------------------------------
Invoice # 11236 Sold To: WILLIAM C. DRESSER, ESQ.
Thanks!

Kevin Dunn
Brandywine Process Servers, Ltd.
2500 Delaware Avenue
Wilmington, DE 19806
302-475-2600
brandywineps@comcast.net <mailto:brandywineps@comcast.net>

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.  5:16-cv-01120-LHK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   VOLVO CAR US OPERATIONS INC.

was received by me on *(date)*   11/5/18

☐ I personally served the summons on the individual at *(place)*
_____   on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   AMY MCLAREN (authorized person at the registered agent) , who is
designated by law to accept service of process on behalf of *(name of organization)* VOLVO CAR US OPERATIONS INC.
C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801   on *(date)* 11/5/18       9:20 AM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  11/5/18

_____
*Server's signature*

KEVIN S. DUNN
_____
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

SERVED: FIRST AMENDED SUMMONS & THIRD AMENDED
COMPLAINT          Page 17 of 52

SWORN TO ON 11/5/18

Document 09

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.    5:16-cv-01120-LHK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   Eisenmann SE C/O Eisenmann Corporation

was received by me on *(date)*   11/5/18

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   AMY MCLAREN (authorized person at the registered agent) , who is
designated by law to accept service of process on behalf of *(name of organization)* Eisenmann SE C/O Eisenmann Corporation

C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801   on *(date)*  11/5/18          9:20 AM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  11/5/18                      _____
                                              *Server's signature*

                                       KEVIN S. DUNN
                                       _____
                                              *Printed name and title*

                                       BRANDYWINE PROCESS SERVERS, LTD
                                       PO BOX 1360
                                       WILMINGTON, DE 19899
                                              *Server's address*

Additional information regarding attempted service, etc:

SERVED: FIRST AMENDED SUMMONS & THIRD AMENDED
COMPLAINT              Page 18 of 52
SWORN TO ON 11/5/18

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

Document 09

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.   5:16-cv-01120-LHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   Eisenmann Anlagenbau GmbH & Co. KG C/O Eisenmann Corporation

was received by me on *(date)*   11/5/18

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   AMY MCLAREN (authorized person at the registered agent)   , who is

designated by law to accept service of process on behalf of *(name of organization)* Eisenmann Anlagenbau GmbH & Co. KG

C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801   on *(date)*   11/5/18     9:20 AM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  11/5/18

_____
Server's signature

KEVIN S. DUNN
_____
Printed name and title

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
_____
Server's address

Additional information regarding attempted service, etc:

SERVED: FIRST AMENDED SUMMONS & THIRD AMENDED
COMPLAINT                    Page 19 of 52
SWORN TO ON 11/5/18

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

Document 09

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.    5:16-cv-01120-LHK

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   Eisenmann Anlagenbau Verwaltung GmbH c/o Eisenmann Corporation

was received by me on *(date)*   11/5/18

☐ I personally served the summons on the individual at *(place)*

on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   AMY MCLAREN (authorized person at the registered agent)  , who is designated by law to accept service of process on behalf of *(name of organization)*  Eisenmann Anlagenbau Verwaltung GmbH c/o Eisenmann Corporation

C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801     on *(date)*   11/5/18         9:20 AM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   11/5/18

_____
*Server's signature*

KEVIN S. DUNN
_____
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

SERVED: FIRST AMENDED SUMMONS & THIRD AMENDED
COMPLAINT                    Page 20 of 52

SWORN TO ON 11/5/18

**ALEX PADILLA** | SECRETARY OF STATE | STATE OF CALIFORNIA
BUSINESS PROGRAMS | BUSINESS ENTITIES
1500 11th Street, 3rd floor | Sacramento, CA 95814 | 916.657.5448 | www.sos.ca.gov

**RECORD OF SERVICE OF PROCESS**

LAW OFFICES OF WILLIAM C. DRESSER
4 NORTH SECOND STREET, SUITE 1230
SAN JOSE, CA 95113

RE:  UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES
vs. EISENMANN SE, et al., United States District Court, Northern District of
California, San Jose Division, No: 16-CV-01120-LHK

Service forwarded to Defendant:

VUZEM USA INC.
(official name of record)
965 WEST 11TH ST. #2
SAN PEDRO, CALIFORNIA 90731

Date Forwarded:   June 5, 2018

Process Server:   Brandon Ortiz

Date Served:   May 16, 2018          Time:   3:10 pm

Deputy Secretary of State Served:   Jason Collins

Documents Served:   two copies of the Court Order, Summons, Second Amended
Complaint.

| FEES: | | | |
|---|---|---|---|
| | Receipt of Process Against Defendant: | $ | 50.00 |
| | Total Charges: | $ | 50.00 |
| | Amount Received: | $ | 50.00 |
| | Refund: | $ | 0.00 |

Prepared by: _____
Jana Castro
Date:   June 5, 2018

Page 21 of 52

Document 10

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     C16-1120 LHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Eisenmann Anlagenbau GmbH &
was received by me on *(date)*   11-4-2018   .                                      Co. KG

☐ I personally served the summons on the individual at *(place)*   _____
_____   on *(date)*   _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*   _____
_____ , a person of suitable age and discretion who resides there,
on *(date)*   _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Daisy Montenegro   , who is
designated by law to accept service of process on behalf of *(name of organization)*   CT corporation -
agent for Service                               on *(date)*   11-8-2018   ; or

☐ I returned the summons unexecuted because   _____   ; or

☐ Other *(specify):*   _____
_____ .

My fees are $   _____   for travel and $   49.50   for services, for a total of $   49.50   .

I declare under penalty of perjury that this information is true.

Date:   11-16-18

                                                    *C. Smith*
                                                    Server's signature

                                        C. Smith   Process Server
                                                    Printed name and title

                        17216 Saticoy St. # 358, Van Nuys
                                    Server's address           CA. 91406

Additional information regarding attempted service, etc:

Page 22 of 52

Document 11

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    C16-1120 LHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Eisenmann SE

was received by me on *(date)*    11-4-2018 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Daisy Montenegro    , who is

designated by law to accept service of process on behalf of *(name of organization)*  CT corporation -

agent for Service    on *(date)*  11-8-2018  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ 49.50 for services, for a total of $ 49.50 .

I declare under penalty of perjury that this information is true.

Date:  11-16-18

_____
Server's signature

C. Smith   Process Server
Printed name and title


17216 Saticoy St. # 358, Van Nuys
Server's address
CA. 91406

Additional information regarding attempted service, etc:

## CONFIRMATION For Process Serving

## ONE LEGAL LLC



### This is not an Invoice

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | **12789164** | DATE: | **02/13/2019** |
| --- | --- | --- | --- |

| | | |
| --- | --- | --- |
| **Customer:** Law Offices of William C. Dresser | **Attorney:** | William C. Dresser |
| **Customer No.:** ▉▉▉▉ | **Attorney e-mail:** | lawofficeofwcd@gmail.com |
| **Address:** | **Contact:** | Debra Lumley |
| San Jose, CA 95113 | **Contact e-mail:** | debra.lumley101@gmail.com |
| | **Contact Phone:** | (408)279-7529 |
| | **Contact Fax:** | |
| | **Law Firm File No.:** | US LESNIK |

### CASE INFORMATION:

| | |
| --- | --- |
| **Case Number:** | 5:16-cv-01120 LHK |
| **County:** | |
| **Court:** | United States District Court, Northern District of California |
| **Case Short Title:** | United States, ex rel. Gregory Lesnik, et al. vs. Eisenmann SE et al. |

| DOCUMENTS RECEIVED: | No. Docs: | 5 | No. Pgs: | 116 |
| --- | --- | --- | --- | --- |

Order Granting Second Administrative Motion to allow Plaintiffs and Relators to serve Vuzem USA Inc. by service on the California Secretary of State, Order Granting Administrative Motion to Amend Third Amended Complaint, THIRD AMENDED COMPLAINT FOR DAMAGES AND

Party to Serve:  Vuzem USA Inc.

Service Address: 1500 11th Street, 3rd Floor, Room 390

Sacramento, CA 95814

### Confirmation Report. DO NOT PAY. An Invoice will be sent later.

| Notes: | Services: | Summary of Charges: |
| --- | --- | --- |
| Service Status:    Service Complete<br><br>Vuzem USA, Inc. by service on the California Secretary of State. They do not permit sub service by mail. The order, process to be served and $50.00 fee must be hand delivered to the public counter in the Sacramento Office 8:00 - 5:00 Monday thru Frid | Witness Fees<br>Process Serving - Three Day | 50.00<br>75.00 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:**  125.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.

Customer Support I Ph:  1-800-938-8815

Document 13

1  William C. Dresser, SB104375          (408)279-7529
2  Law Offices of William C. Dresser
   4 North 2nd Street, Suite 1230
3  San Jose, CA 95113

4  Representing: Plaintiff                File No. US LESNIK

5

6

7

8           United States District Court, Northern District of California

9           Northern District of California - District - San Jose

10

11

12  United States, ex rel. Gregory Lesnik, et al.        Case No. 5:16-cv-01120 LHK
13                                          )
14          Plaintiff/Petitioner           )    Proof of Service of:
15                 vs.                      )      Order Granting Second Administrative Motion to
                                            )      allow Plaintiffs and Relators to serve Vuzem USA
16  Eisenmann SE et al.                     )      Inc. by service on the California Secretary of State,
                                            )      Order Granting Administrative Motion to Amend
17          Defendant/Respondent            )      Third Amended Complaint, THIRD AMENDED
                                            )      COMPLAINT FOR DAMAGES AND OTHER
18  _____)      RELIEF UNDER THE FALSE CLAIMS ACT
19                                               Service on:
                                                   Vuzem USA Inc.
20

21

22                                               Hearing Date: 03/14/2019
23                                               Hearing Time: 2:00PM
                                                 Div/Dept:
24

25

26

27

28

                          Page 25 of 52

                          PROOF OF SERVICE                       Document 13

OL#12789164

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| William C. Dresser, SB104375<br>Law Offices of William C. Dresser<br>4 North 2nd Street, Suite 1230<br>San Jose, CA 95113 | (408)279-752 | |

ATTORNEY FOR (Name):  Plaintiff

Ref. No. or File No.

US LESNIK

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

United States, ex rel. Gregory Lesnik, et al.

DEFENDANT:

Eisenmann SE et al.

| **PROOF OF SERVICE** | DATE:<br>03/14/2019 | TIME:<br>2:00PM | DEPT/DIV: | CASE NUMBER:<br>5:16-cv-01120 LHK |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Order Granting Second Administrative Motion to allow Plaintiffs and Relators to serve Vuzem USA Inc. by service on the California Secretary of State, Order Granting Administrative Motion to Amend Third Amended Complaint, THIRD AMENDED COMPLAINT FOR DAMAGES AND OTHER RELIEF UNDER THE FALSE CLAIMS ACT AND OTHER CLAIMS INCLUDING INDIVIDUAL, COLLECTIVE AND CLASS WAGES CLAIMS, INDIVIDUAL AND CLASS LABOR TRAFFICKING CLAIMS, AND RICO CLAIMS, Summons, CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

2. Party Served: Vuzem USA Inc.

3. Person Served: Cheryl Allen - Deputy Secretary of State - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 02/08/2019          3:36PM

5. Address, City and State: 1500 11th Street, 3rd Floor, Room 390
Sacramento, CA 95814

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 125

Registered California process server.
County:  Sacramento
Registration No.: 2012-37
Brandon Lee Ortiz
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 02/12/2019 at Los Angeles, California.

Page 26 of 52

Signature: _____

Brandon Lee Ortiz

Document 13

OL# 12789164

**ALEX PADILLA** | SECRETARY OF STATE | STATE OF CALIFORNIA
BUSINESS PROGRAMS | BUSINESS ENTITIES
1500 11th Street, 3rd floor | Sacramento, CA 95814 | 916.657.5448 | www.sos.ca.gov

**RECORD OF SERVICE OF PROCESS**

WILLIAM C DRESSER
4 NORTH SECOND ST STE 1230
SAN JOSE CA 95113

RE:   UNITED STATES OF AMERICA, et al. vs. EISENMANN SE, et al., UNITED
      STATES NORTHERN DISTRICT COURT OF CALIFORNIA, SAN JOSE
      DIVISION, CASE NO. 16-CV-01120-LHK

Service forwarded to Defendant:

> VUZEM USA INC.
> (official name of record)
> 965 WEST 11TH STREET #2
> SAN PEDRO CA 90731

Date Forwarded:   February 26, 2019

Process Server:   Brandon Ortiz

Date Served:   February 8, 2019        Time:     3:36 pm

Deputy Secretary of State Served:     Cheryl Allen

Documents Served:   Two copies of the Court Order, Summons, Third Amended
Complaint

| FEES: | | | |
|---|---|---|---|
| | Receipt of Process Against Defendant: | $ | 50.00 |
| | Total Charges: | $ | 50.00 |
| | Amount Received: | $ | 50.00 |
| | Refund: | $ | 0.00 |

Prepared by:   *Tammy L Rink*
               Tammy L. Rink
               Date:   February 26, 2019

Page 27 of 52

Document 14



**Gregor LEŠNIK**

**3320 VELENJE**

---

| | |
|---|---|
| *Ljubljana,* | *20.02.2019* |
| *Valuta:* | ***28.02.2019*** |
| *Datum opravljene storitve:* | *20.02.2019* |
| *Davčna številka:* | *SI32756933* |

**A) Services provided:**
In accordance with the services ordered and performed,
I issue you an invoice for the following services legal aid
according to the applicable lawyer's tariff namely:

ACCOUNT no.: ▮

*RAČUN št.:* ▮



*A) Opravljene storitve:*

V skladu z naročenimi in opravljenimi storitvami Vam izstavljam račun za naslednje storitve pravne pomoči po veljavni odvetniški tarifi in sicer:

1/ Fast delivery of court parcels from the USA
1/ Poštno vročanje sodnih pošiljk iz ZDA.................................................................1.000,00 EUR

Value added tax 22% on services
Davek na dodano vrednost 22% na storitve......................................................220,00 EUR

---

**ZA PLAČILO SKUPAJ:**                                   ***1.220,00 EUR***
FOR TOTAL PAYMENT

*Odvetnik Luka Divjak sem zavezanec za plačilo DDV.*       **$1,350.00 US**
I am a lawyer, Luka Divjak, liable for VAT

Prosim, da navedeni znesek nakažete na moj poslovni račun odprt

Please transfer the stated amount to my business account

S spoštovanjem,

Odvetnik Luka Divjak



Tel: +386/1/422-46-60, Fax: +386/1/422-46-65, Email: info@odvetnik-divjak , matična številka: 2177277,
Poslovni račun 0510 0801 5600 502 in fiduciarni račun 0510 0801 5600 890, oba odprta pri Abanka, d.d

nt

Document 15

1



LEŠNIK Gregor

# RAČUN

3320    Velenje

**Številka: Number**   **2019-92**
Kraj: Place:    Celje
Referenca: Reference:   SI00 201992
Datum: Date:    11.03.2019
Opravljeno: Completed   11.03.2019
Zapade:    10.04.2019

Davčna številka:    ██████    Osnova za račun:    ██████

| Type of service | Quanity | Price | VAT | Price with VAT | EUR value |
|---|---|---|---|---|---|
| Vrsta blaga oz.storitev | Količina | Cena | DDV | Cena z DDV | Vrednost EUR |
| (0059) Delivery (0059) vročitev | 8,00 vro | 335 | 73,7 (22 %) | 408,7 0 | 2.680 0 |
| (95) priprava poročila in dokumentacije (95)PREPARATION OF REPORTS AND DOCUMENTATION | 2,00 ura | 40 | 8,80 (22%) | 48,80 | 80 |
| (0003) strošek prevoza (0003) Transportation costs | 974,00 km | 2,85 7 | 0,62 (22 %) | 3,477 | 2.775 8 |
| | | SKUPAJ EUR: | | | 5.535 |
| | | DDV 22,00 % | od | 5.535 | 1 217,7 |
| | | **Za plačilo EUR: Total EUR** | | | 6 752,7 |

Prosimo, da račun poravnate do valute plačila na naš poslovni račun
SI56 1910 0001 1289 011, odprt pri Deželni banki Slovenije d.d..
Zahvaljujemo se vam za vaše zaupanje in se veselimo nadaljnega sodelovanja!    **US Dollar:**   **$7,464.60**

Please settle the bill in the currency of the payment to our business phone 5156 1910 0001 1289 011, opened at
Dezelna banka Slovenlje d.d., We thank you for your trust and look forward to further cooperation!

Tibor Tajnšek, direktor

DVA FOKUS



Lichtenegger, storitve in
trgovina d.o.o.
Kidričeva cesta 55A, 3320
Velenje
PE: Kidrićeva cesta 2B, 3320
Velenje

Račun: 2-3-3146

Fotokopija A4
3.568 x 0,06                   214,08
Vezava - od 12mm
16 x 1,90                       30,40
-------------------------------------
Skupaj:      244,48 EUR
-------------------------------------

DDV          Osnova    Znesek DDV
22%          200,39        44,09

             Gotovina 244,48 EUR

20.2.2019 16:47:34    Maja Jurak

ZOI:
967740da6e528ca0167a2a5a5fdd3e82
EOR:
fcc05ec6-2d48-4910-b983-4a8a2ec5
d221

Blagajna Microgramm Simpos

**$269.91**

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE NO.: 20202832

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| William Dresser<br>Law Offices of William C. Dresser<br>4 North Second Street, Suite 1230<br>San Jose, CA 95113<br>(408) 279-7529<br>loofwcd@aol.com | Lee-Anne Shortridge, CSR, CRR<br>United States Court Reporter<br>280 South First Street<br>Room 2112<br>San Jose, CA 95113<br>(408) 287-4580<br>Lee-Anne_Shortridge@cand.uscourts.gov ▬▬▬▬ |

| \_ CRIMINAL   **X** CIVIL | DATE ORDERED:<br>01-06-2020 | DATE DELIVERED:<br>01-06-2020 |
|---|---|---|

**In the matter of:** C-16-01120 LHK, Lesnik v Eisenmann
Reporter's transcript of proceedings held on 10-30-19 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | 43 | 0.90 | 38.70 | | 0.60 | | 38.70 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 38.70 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 38.70 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and ~~Page 31 of 52~~ ed comply with the requirements of this court and the Judicial Conference of the United States.                    Document 18

| SIGNATURE: | DATE:<br>01-06-2020 |
|---|---|

**DISTRIBUTION:**        TO PARTY (2 copies - 1 to be returned with payment)        COURT REPORTER        COURT REPORTER SUPERVISOR

| ST44 Rev. 04/18<br>Derived from A044 Rev. 04/18 | UNITED STATES DISTRICT COURT<br>**For the Northern District of California** |

INVOICE NO.: 20192800

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| William Dresser<br>Law Offices of William C. Dresser<br>4 North Second Street, Suite 1230<br>San Jose, CA 95113<br>(408) 279-7529<br>loofwcd@aol.com | Lee-Anne Shortridge, CSR, CRR<br>United States Court Reporter<br>280 South First Street<br>Room 2112<br>San Jose, CA 95113<br>(408) 287-4580<br>Lee-Anne_Shortridge@cand.uscourts.gov |

| _ CRIMINAL     X CIVIL | DATE ORDERED:<br>09-23-2019 | DATE DELIVERED:<br>09-23-2019 |
|---|---|---|

**In the matter of:** C-16-01120 LHK, Lesnik v Eisenmann SE, et al.
Reporter's transcript of proceedings held on 4-17-19 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL<br>CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 30 | 0.90 | 27.00 | | 0.60 | | 27.00 |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 27.00 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 27.00 |

ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
    I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

Document 19

| SIGNATURE:<br>*[signature]* | DATE:<br>09-23-2019 |

DISTRIBUTION:        TO PARTY (2 copies - 1 to be returned with payment)        COURT REPORTER        COURT REPORTER SUPERVISOR

LAW OFFICES OF
WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel 408/279-7529
Fax 408/298-3306

September 30, 2019

Lee-Anne Shortridge, CSR CRR
United States Court Reporter
280 South First Street, Room 2112
San Jose, CA 95113
(408) 287-4580
Lee-Anne_Shortridge@cand.uscourts.gov

Re:     Lesnik v Eisenmann SE, et al., Invoice 2019 2800

Dear Ms. Shortridge:

Enclosed please find check no. 2739 in the amount of twenty-seven dollars and no cents ($27.00) for invoice no. 2019 2800. Thank you.

Very truly yours,

Debra Lumley,
Assistant to William C. Dresser

DL/dl
encl:

UsexrelLesnik\Ltr\LEEANNE_SHORTRIDGE.930

---

**LAW OFFICE OF WILLIAM C DRESSER**
4 N 2ND ST STE 1230
SAN JOSE, CA 95113
TRIAL, LITIGATION AND COUNSEL SINCE 1982

2739

11 4288 1 10 4277

DATE 9/28/2019

PAY TO THE ORDER OF  Lee - Anne Shortridge, CSR                    $ 27.00

Twenty - seven and                              * no/                  DOLLARS
                                                100

WELLS FARGO  Wells Fargo Bank N A
California
wellsfargo.com

FOR  US ex rel Lesnik

Page 33 of 52

Document 19

# Wire Transfer Confirmation: Business and Personal Accounts

**You have successfully submitted your transaction on 02/05/2020 at 09:57 am Pacific Time.**

View your wire transfer activity or make another wire transfer

| | |
|---|---|
| **Confirmation number** | OW00000678257470 |
| **Send to** | German law firm DE …0263 |
| **From account** | BUSINESS CHECKING … ███████████████ |
| **Frequency** | One-time - send now |
| **Wire currency** | Euro (EUR) Note: this transfer is being sent in EUR |
| **Exchange rate** | 1 USD = 0.87673 EUR |
| **Wire amount sent** | 226.10 EUR ( $257.89 USD) |
| **Fees** | $35.00 |
| **Taxes** | Local taxes may apply |
| **Total in USD from account** | **$292.89** |
| **Send on** | 02/05/2020   Page 34 of 52 |

Document 20

**Deliver by**               02/07/2020

**Description**               Stuttgart District Court records

View your wire transfer activity or make another wire transfer

🏛 Equal Housing Lender

© 1995 - 2020 Wells Fargo. All rights reserved.

Page 35 of 52

Document 20



# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| ███████ | February 13, 2020 | SU327684-02-01 |

Bill To:
**William C. Dresser, Esq.**
**Law Offices of William C. Dresser**
**4 North Second Street, Suite 1230**
**San Jose, CA 95113**

Ordered By:
**William C. Dresser, Esq.**
**Law Offices of William C. Dresser**
**4 North Second Street, Suite 1230**
**San Jose, CA 95113**

| | | | |
|---|---|---|---|
| Claim No: | | Client File No.: | ███████████████ |
| Insured: | | Pertaining To: | US ex rel. Lesnik v. Eisenmann SE, et al. |
| Date of Loss: | | Records From: | Tesla, Inc. c/o CT Corporation System |
| Plaintiff: | United States of America, ex rel. Gregor Lesnik, Stjepan Pap | 818 W. 7th Street, Suite 930 |
| Defendant: | Eisenmann SE, et al. | Los Angeles, CA, 90017 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 35.00 |
| Subpoena Preparation Charge | | | 12.00 |
| Service of Subpoena | | | 25.00 |
| Custodian Witness Fee Advanced | | | 15.00 |
| Fee Advancement Charge | 15.00 | 10 | 1.50 |

---

## LAW OFFICE OF WILLIAM C DRESSER

SECURITY FEATURES INCLUDE TRUE WATERMARK, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

4 N 2ND ST STE 1230
SAN JOSE, CA 95113
TRIAL, LITIGATION AND COUNSEL SINCE 1982

**2793**

11-4268/1210 4277

DATE 3-19-2020

PAY
TO THE
ORDER OF  Titan Legal Services, Inc          $ 88 50/100

eighty-eight 50/100          DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR SU327684-02-01
US et al Lesnik

            W M

---

| | TOTAL DUE | $ 88.50 |
|---|---|---|

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

TERMS: NET 15 DAYS

### PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses through
their clients.  In any case, the Titan Legal Services, Inc. customer remains
responsible to pay within our terms regardless of their receivables.

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Document 21
Order#:SU327684-02/WHITINV



# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| ███████ | February 13, 2020 | SU327684-01-01 |

Bill To:
**William C. Dresser, Esq.**
**Law Offices of William C. Dresser**
**4 North Second Street, Suite 1230**
**San Jose, CA 95113**

Ordered By:
**William C. Dresser, Esq.**
**Law Offices of William C. Dresser**
**4 North Second Street, Suite 1230**
**San Jose, CA 95113**

| | |
|---|---|
| Claim No: | |
| Insured: | Client File No.: |
| Date of Loss: | Pertaining To: US ex rel. Lesnik v. Eisenmann SE, et al. |
| Plaintiff: **United States of America, ex rel. Gregor Lesnik, Stjepan Papes** | Records From: Eisenmann Corporation c/o CT Corporation System |
| Defendant: **Eisenmann SE, et al.** | 818 W. 7th Street, Suite 930 |
| | Los Angeles, CA, 90017 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 35.00 |
| Subpoena Preparation Charge | | | 12.00 |
| Service of Subpoena | | | 25.00 |
| Custodian Witness Fee Advanced | | | 15.00 |
| Fee Advancement Charge | 15.00 | .10 | 1.50 |

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**LAW OFFICE OF WILLIAM C DRESSER**
4 N 2ND ST STE 1230
SAN JOSE, CA 95113
TRIAL, LITIGATION AND COUNSEL SINCE 1982

2792
11-4288/1210 4277

DATE 3-19-2020

PAY TO THE ORDER OF _Titan Legal Services, Inc_    $ 88 50/100

_eighty-eight_ 50/100 _____ DOLLARS

Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR _SU327684-01-01_    _US ex rel Lesnik_    _W Wn_

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

**PLEASE PAY FROM THIS INVOICE**

| | |
|---|---|
| TOTAL DUE | $ 88.50 |

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Document 22

We recognize that some of our customers may be billing these expenses through
their clients. In any case, the Titan Legal Services, Inc. customer remains
responsible to pay within our terms regardless of their receivables.

### Printing Totals for US Lesnik Default Motions
#### POS 1

| Date | ECF Doc # | Number of Pages |
|---|---|---|
| 2/28/2020 | DOC. 461 | 19 |
| 2/28/2020 | Doc. 462 | 130 |
| 2/28/2020 | Doc. 463 | 75 |
| 2/29/2020 | Doc. 464 | 4 |
| 2/29/2020 | Doc. 465 | 8 |
| 2/29/2020 | Doc. 466 | 206 |
| 2/29/2020 | Doc. 466-1 | 114 |
| 2/29/2020 | Doc. 466-2 | 81 |
| 2/29/2020 | Doc. 467 | 10 |
| | **Total Pages:** | **647** |
| | **Total x8** | **5176** |

#### POS 2

| Date | ECF Doc # | Number of Pages |
|---|---|---|
| 2/29/2020 | Doc. 468 | 18 |
| 2/29/2020 | Doc. 469 | 14 |
| | **Total Pages:** | **32** |
| | **Total x8** | **256** |

#### POS 3

| Date | ECF Doc # | Number of Pages |
|---|---|---|
| 2/29/2020 | Doc 470 | 12 |
| 2/29/2020 | Doc 471 | 6 |
| | **Total Pages:** | **18** |
| | **Total x8** | **144** |

| | **Grand Total** | **5576** |
|---|---|---|

**Total for 5576 pages at .15**          **$836.40**

Document 23

**Printing for RENEWED MOTION FOR DEFAULT JUDGMENT**

| Date | ECF Doc # | Number of Pages | Discription |
|---|---|---|---|
| 4/8/2021 | 560 | 37 | Renewed Mtn COA 9 |
| 4/8/2021 | 560-1 | 399 | RJN |
| 4/8/2021 | 560-2 | 29 | Divjak Decl |
| 4/8/2021 | 560-3 | 25 | Rostohar Declaration |
| 4/8/2021 | 561 | 137 | Dresser Decl |
| 4/8/2021 | 561-1 | 150 | VOLUME 2 OF EXHIBITS |
| 4/8/2021 | 561-2 | 90 | VOLUME 3 OF EXHIBITS |
| 4/8/2021 | 561-3 | 80 | VOLUME 4 |
| 4/8/2021 | 562 | 63 | VOLUME 5 |
| 4/8/2021 | 562-1 | 64 | VOLUME 6 OF EXHIBITS |
| 4/8/2021 | 562-2 | 137 | VOLUME 7 |
| 4/8/2021 | 563 | 168 | Papes Decl |
| 4/8/2021 | 563-1 | 104 | Lesnik Decl |
| 4/8/2021 | 563-2 | 2 | Travancic Decl |
| **Total Copies** | | **1485** | |
| **Total x8** | | **11880** | |

| Date | ECF Doc # | Number of Pages | Discription |
|---|---|---|---|
| 4/9/2021 | 564 | 37 | Renewed Mtn COA 1 |
| 4/11/2021 | 565 | 38 | COA 2&3 |
| 4/12/2021 | 568 | 16 | Pro Order COA 1 |
| 4/12/2021 | 568-1 | . | pos |
| 4/12/2021 | 569 | 16 | Pro Order COA 9 |
| 4/12/2021 | 569-1 | 3 | POS |
| 4/12/2021 | 570 | 13 | Pro Order COA 2 & 3 |
| 4/12/2021 | 570-1 | 3 | POS |
| **Total:** | | **126** | |
| **x8 Total:** | | **1008** | |

| Date | ECF Doc # | Number of Pages | Discription |
|---|---|---|---|
| | | | DECLARATION OF WILLIAM C. DRESSER IN SUPPORT OF PLAINTIFFS AND RELATORS GREGOR LESNIK AND STJEPAN PAPES  RENEWED MOTIONS FOR DEFAULT |
| 9/24/2021 | 591 | 130 | JUDGMENTS [PURSUANT TO ORDER ECF 588] |
| 9/24/2021 | 591-1 | 150 | Volume 2 |
| 9/24/2021 | 591-2 | 90 | Volume 3 |
| 9/24/2021 | 591-3 | 80 | Volume 4 |
| 9/24/2021 | 592 | 65 | Volume 5 |
| 9/24/2021 | 592-1 | 64 | Volume 6 |
| 9/24/2021 | 592-2 | 137 | Volume 7 |
| **Total:** | | **716** | |
| **Total x8:** | | **5728** | |

| **Grand Total** | **18616** |
|---|---|

**18616 pgs x .15**     **$2,792.40**

Page 39 of 52

$836.40 + $2,792.40 = **$3,628.80 Claim amount**

Document 23

## USPS Printout for Mailing Default Motions

USPS HISTORY - STAMPS.COM

| Print Date | Amount | Recipient | Origin Zip | Tracking # | Carrier | Class Service | Weight | Ship Date | User | Reference1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/27/2021 | $2.00 | Vuzem USA, Inc., c/ | 95113 | 4.09E+16 | USPS | First Class | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Default Action 1 |
| 8/27/2021 | $7.32 | HRID-Mont, d.o.o., I | 95113 | UA457980: | USPS | First Class | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | ISM Vuzem, d.o.o., I | 95113 | UA457980 | USPS | First Class | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | Ivan Vuzem, Hrasto | 95113 | UA457980( | USPS | First Class | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | Robert Vuzem, Hras | 95113 | UA4579799 | USPS | First Class | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | Robert Vuzem, Hras | 95113 | UA457979! | USPS | First Class | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $7.32 | Robert Vuzem, Hras | 95113 | UA457979! | USPS | First Class | 0lb 5oz | 8/27/2021 | loofwcd2005 | |
| 8/27/2021 | $2.00 | ISM Vuzem USA, Inc | 95113 | 4.09E+16 | USPS | First Class | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $2.00 | ISM Vuzem USA, Inc | 95113 | 4.09E+16 | USPS | First Class | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $2.00 | ISM VUZEM USA, IN | 95113 | 4.09E+16 | USPS | First Class | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/27/2021 | $2.00 | VUZEM USA, INC., c | 95113 | 4.09E+16 | USPS | First Class | 0lb 5oz | 8/27/2021 | loofwcd2005 | US LESNIK Ntc Supp Action 1 |
| 8/26/2021 | $2.00 | VUZEM USA, INC., c | 95113 | 4.09E+16 | USPS | First Class | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $2.00 | ISM VUZEM USA, IN | 95113 | 4.09E+16 | USPS | First Class | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $2.00 | Vuzem USA, Inc., c/ | 95113 | 4.09E+16 | USPS | First Class | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $2.00 | ISM Vuzem USA, Inc | 95113 | 4.09E+16 | USPS | First Class | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $6.34 | HRID-Mont, d.o.o, R | 95113 | UA457942 | USPS | First Class | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $6.34 | ISM VUZEM, d.o.o., | 95113 | UA457942: | USPS | First Class | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $6.34 | ISM VUZEM, d.o.o., | 95113 | UA457941 | USPS | First Class | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $6.34 | Ivan Vuzem, Hrasto | 95113 | UA457940 | USPS | First Class | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 8/26/2021 | $6.34 | Robert Vuzem, Hra | 95113 | UA457940( | USPS | First Class | 0lb 5oz | 8/26/2021 | loofwcd2005 | US LESNIK |
| 4/15/2021 | $84.25 | Ivan Vuzem, Hrasto | 95113 | CJ4614603 | USPS | Priority Ma | 10lb 0oz | 4/19/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $15.82 | Vuzem USA, Inc., c/ | 95113 | 9.41E+21 | USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $15.82 | ISM Vuzem USA, Inc | 95113 | 9.41E+21 | USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |

Document 24

| 4/12/2021 | $84.25 | HRID-Mont, d.o.o., | 95113 | CJ4613376 | USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $84.25 | ISM Vuzem, d.o.o., | 95113 | CJ4613372 | USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $84.25 | Ivan Vuzem, Hrasto | 95113 | CJ4613369 | USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $84.25 | Robert Vuzem, Hras | 95113 | CJ4613367 | USPS | Priority Ma | 10lb 0oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 4/12/2021 | $84.25 | HRID-Mont, d.o.o., | 95113 | CJ4613364 | USPS | Priority Ma | 10lb 2oz | 4/12/2021 | loofwcd2005 | US LESNIK |
| 9/24/2020 | $35.60 | ISM Vuzem, d.o.o., | 95113 | CJ4538006 | USPS | Priority Ma | 0lb 4oz | 9/25/2020 | loofwcd2005 | |
| 9/17/2020 | $58.85 | HRID-Mont, d.o.o., | 95113 | CJ4535712 | USPS | Priority Ma | 3lb 10oz | 9/18/2020 | loofwcd2005 | |

Total: $725.21

# PRIVREDNA BANKA ZAGREB

OIB Banke: ███████████

POSLOVNICA 100 KRAPINA, MAGISTRATSKA 3, KRAPINA

Br.blagajne 22

**Prometi**

za Tekući račun u stranoj valuti ███████████ - **STJEPAN PAPEŠ**

Vrsta prometa: **Uplate**

Br. prometa: 8 prometa

| Datum | Opis | Uplata | Stanje |
|---|---|---|---|
| Stanje na dan 04.03.2020. 10:19:42: | | | 0,00 USD |
| Ukupno uplata za razdoblje 01.01.2019.-04.03.2020.: | | ████████ | |
| ████████ | ████████ | ████████ | |
| ████████ | ████████ | | |
| 01.01.2019. 3006244972; WILLIAM C DRESSER, TRAVEL FOR MEDIATION | | 661,00 USD | |

Page 42 of 52

Document 25

84437/PETRA KUNDIH

KRAPINA, 04.03.2020. 10:19:42

www.pbz.hr / pbz365@pbz.hr / info telefon 0800 365 365

PBZ je članja grupe  INTESA 🔟 SANPAOLO

# Wire Transfer Confirmation: Business and Personal Accounts

**You have successfully submitted your transaction on 04/17/2019 at 04:22 pm Pacific Time.**

View your wire transfer activity or make another wire transfer

| | |
|---|---|
| **Confirmation number** | OW00000426250306 |
| **Send to** | JudgeMatzForLesnik . ▮▮▮▮ |
| **From account** | BUSINESS CHECKING ▮▮▮▮▮▮▮▮▮▮ |
| **Frequency** | One-time - send now |
| **Wire amount sent** | $4,595.25 |
| **Fees** | $30.00 |
| **Total from account** | **$4,625.25** |
| **Send on** | 04/18/2019 |
| **Deliver by** | 04/18/2019 |
| **Description** | US ex rel Lesnik mediation balance due |

View your wire transfer activity or make another wire transfer

**Page 43 of 52**

⌂ Equal Housing Lender

Document 26

© 1995 - 2019 Wells Fargo. All rights reserved.

Page 44 of 52

Document 26



**ADR for Complex Commercial Cases**

**VIA-EMAIL ONLY**

# Invoice

| | | |
|---|---|---|
| **Federal Arbitration, Inc.** | Invoice: | F18-M-HM-1212-03P |
| 4083 Transport Street, Suite B | Case ID: | F18-M-HM-1212 |
| Palo Alto, CA 94303 | Federal Tax ID: | ▉▉▉▉▉ |
| 650-328-9500 | Date: | 5/23/2019 |

## Invoice for mediation services provided by Hon. A. Howard Matz
### re
### Gregor Lesnik and Stjepan Papes v. Eisenmann Corporation and Tesla Inc.

| Description of item | | Amount |
|---|---|---|
| Hon. Howard Matz services through 12/10/18; 3.4 hours at $900 per hour - [details available upon request] | $ | 3,060.00 |
| Hon. Howard Matz services through 12/21/18; daily rate $9,000 - [details available upon request] | $ | 9,000.00 |
| Hon. Howard Matz services through 12/26/18; 16.5 hours at $900 per hour - [details available upon request] | $ | 14,850.00 |
| **Total services:** | **$** | **26,910.00** |
| FedArb administration fee (12%) of mediator hourly fees | $ | 3,229.20 |
| FedArb setup fee | $ | 1,500.00 |
| Hon. Howard Matz expenses - [details available upon request] | $ | 711.29 |
| **Total mediation:** | **$** | **32,350.49** |
| **Deposit applied:** | **$** | **32,350.49** |
| **Amount remaining:** | **$** | **-** |
| **Additional deposit :** | **$** | **7,500.00** |
| **Plaintiff's share of the bill is 50%:** | **$** | **3,750.00** |

| Please deposit with FedArb: | $ | 3,750.00 |
|---|---|---|

**Gregor Lesnik and Stjepan Papes**
**William Dresser**
**Law Offices of William C. Dresser**
4 North Second Street, Suite 1230
San Jose, California 95113

## Payment is due Friday, June 7, 2019.

**Invoices not paid when due will be subject to a 1.5% per month rebilling fee until payment is received.**

Upon completion of the assignment, the mediator will inform FedArb of the actual number of hours and actual expenses incurred in the case.   FedArb will refund to the Parties any amounts deposited that are in excess of fees as calculated by FedArb. FedArb will make such refunds within 60 days of the mediator's submission of hours and expenses.

**Electronic payment:** Bank of America, Palo Alto Main, 530 Lytton Ave, Palo Alto, CA (650-324-4433)
ABA: 121000358 - SWIFT: BOFAUS3N - Federal Arbitration Inc account number: 0117467147
**By check payable to:** Federal Arbitration, Inc., Attn: Accounting, 4083 Transport Street, Suite B, Palo Alto, CA 94303

Document 27

1 of 1

**From:** jumbo-mailer <jumbo-mailer@iskon.hr>
**To:** loofwcd <loofwcd@aol.com>
**Subject:** [JUMBO] Datoteka za preuzimanje
**Date:** Fri, Mar 23, 2018 7:06 am





# Datoteka za preuzimanje

Šalje: lingua-soft@lingua-soft.hr

Naziv datoteke: 20180323133527.pdf

LINK ZA PREUZIMANJE:

https://jumboiskon.tportal.hr/download/███████████████
███████████

**Poruka:**

Dear all, we are sending you the translation. Kind regards, LINGUA-
SOFT d.o.o.

Želiš slati veće datoteke ili ih trajno pohraniti?

**Besplatno** se registriraj na Jumbo box free uslugu i pohranjuj i dijeli
**datoteke do 5 GB**.

Ako imate bilo kakvih pitanja o Iskon Jumbo usluzi ili želite pročitati naše uvjete korištenja
posjetite jumboiskon.tportal.hr © Iskon Internet 2015

**From:** loofwcd@aol.com,
**To:** lingua-soft@lingua-soft.hr,
**Subject:** Re: SAC Papeš
**Date:** Wed, Feb 21, 2018 11:46 pm

Gda. Medesi:

This is what appears so far on the Wells Fargo account information
02/21/18 INTERNATIONAL WIRE TRANSFER   $2,342.49

Bill Dresser
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113
Tel:   408/279-7529
Fax:   408/298-3306

-----Original Message-----
From: Lingua-Soft.hr <lingua-soft@lingua-soft.hr>
To: Bill Dresser <loofwcd@aol.com>
Cc: stjepanpapes77 <stjepanpapes77@gmail.com>
Sent: Wed, Feb 21, 2018 11:24 pm
Subject: Re: SAC Papeš

Dear Mr Dresser,
thank you very much for the information. Would you be able to send us the payment confirmation by e-mail? We will
start with the translation as soon as we receive the funds on our account.

S poštovanjem,

LINGUA-SOFT d.o.o.
**Mateja Međeši,**
Prevoditelj

SUDSKI TUMAČI I PREVODITELJI

COURT INTERPRETERS AND TRANSLATORS

Translations • Certified Translations • Language Editing • Interpreting • ISO 9001:2009 – HRN EN 15038:2006 Accredited

Join us on Facebook

T   00 385 1   4830 401
F   00 385 1   4830 396
M   00 385 91   4830 224
**10 000 Zagreb • Frankopanska 5A**
www.lingua-soft.hr

Želimo biti sigurni da ste u potpunosti zadovoljni uslugama naše tvrtke.
Ukoliko iz bilo kojeg razloga niste, molimo Vas da nas kontaktirate na 091 4839 401 ili na marketing@lingua-soft.hr (pon-pet od 08 do 16 sati).

P Please consider the environment before printing this e-mail

Document 28



FIBULA SLB   j.d.o.o.
Turizam, usluge i trgovina
A. Mihanovića 12, 49210 Zabok
Hrvatska, www.fibula-slb.hr
OIB (VAT): ███████
MB: ███████

IBAN: ███████

# R1

William C.Dresser, 104375
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California

Tax Number ███████

| | | |
|---|---|---|
| Datum računa: | Invoice date | 10.12.2018. |
| Datum dospijeća: | Due date | 10.12.2018. |
| Paritet: | Parity | FCA California |
| Način plaćanja: | Payment | 100% avans |
| Fiskalna oznaka: | Designation | Transakcijski |
| Vrijeme: | Time | 13:50 |

**Broj računa**     **37-A-1**
Invoice number

| Broj | Naziv usluge | Količina | Mj.jed | Cijena | Ukupno | PDV | UKUPNO |
|---|---|---|---|---|---|---|---|
| 1 | Prijevod s engleskog na slovenski jezik | 108 | str. | 184,35 | 19.909,50 | 0,00 | 19.909,50 |
| | (Translation from English to Slovenian language)-USD | 108 | page | 28,36 | 3.063,00 | 0,00 | 3.063,00 |

Prijenos porezne obveze prema članku 17.st.1. Zakona o PDVu.

| | |
|---|---|
| Ukupno (HRK) | 19.909,50 |
| PDV | 0,00 |
| UKUPNO (HRK) | 19.909,50 |

| | |
|---|---|
| Total (USD) | 3.063,00 |
| VAT | 0,00 |
| TOTAL (USD) | 3.063,00 |

Reverse charge Law on Vat Article 17, item 1

U slučaju nepravovremenog plaćanja zaračunavamo zakonsku zateznu kamatu.  Obračun prema naplaćenoj naknadi.
U slučaju neispunjena ove dospjele novčane obveze vjerovnik može zatražiti određivanje ovrhe na temelju ove
vjerodostojne isprave. Račun je izrađen na računalu te je valjan bez potpisa i žiga.

Invoice is valid without a stamp and a signature.

Račun sastavila: Sandra Bojić
Invoice made by: Sandra Bojić

Received:

Upisano kod trgovačkog suda u Zagrebu, temeljni kapital 10,00 kuna. Osnivač/direktor društva-osobe
ovlaštene za zastupanje: Sandra Bojić

Document 29

[Return to our web page](#)

## Thank you for your order!

You may print this receipt page for your records. A receipt has also been emailed to you.

Order Information

| | | | |
|---|---|---|---|
| Merchant: | Link Translations, Inc. | | |
| Description: | 783a9904-4916-8d6d-bba5-5cf138476a59 | | |
| Date/Time: | 31-May-2019 13:54:49 PDT | PO Number: | |
| Customer ID: | | Invoice Number: | 36980 |

**Billing Information**

William Dresser
xxxx
xxxx
loofwcd@aol.com
Phone: 408-279-7529 Fax:
408-298-3306

**Shipping Information**

William Dresser
Law Offices of William C Dresser
4 N. 2nd Street, Suite 1230
San Jose, CA 95113
USA

**Total:   $6079.05 (USD)**

xxx Card ▉

| | |
|---|---|
| Date/Time: | 31-May-2019 13:54:49 PDT |
| Transaction ID: | 41387090661 |
| Auth Code: | 03193C |
| Payment Method: | xxx Card ▉ |

Page 49 of 52

Document 30

## Dr. Radmilo Bozinovic
## 1170 Fairview Ave.
## San Jose, CA 95125-3412

**Judicial Council of California  Registered Interpreter I.D. # 700580**

Sept 1, 2020

# I N V O I C E

**Customer**:

Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113

**Services  performed**:

Serbocroatian and Slovenian translation related to Proofs of Service for the
Lesnik case in Federal court (Case No.: 5:16-cv-01120-LHK)

**Time of service**:

August 20-23, 2020.

**Agreed fee:**

$ 500.-  (4 hrs. @ $125)

Document 31

# LAW OFFICES OF
# WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel 408/279-7529
Fax 408/298-3306

September 4, 2020,

Dr. Radmilo Bozinovic
1170 Fairview Ave.
San Jose, CA 95125-3412

    Re:    Case No.: 5:16-cv-01120-LHK

Dear Dr. Bozinovic,

    Enclosed please find check number 1025 paid to the order of Radmilo Bozinovic in the amount of $500.00 (five hundred dollars and no cents) If you have any questions please call our office. Thank you.

    Very truly yours,

Stacie DelGiudice
Paralegal for William C. Dresser

SDG/sdg
encl:
check      1025
invoice    Case No.: 5:16-cv-01120-LHK

Document 31

**Dr. Radmilo Bozinovic**
**1170 Fairview Ave.**
**San Jose, CA 95125-3412**

**Judicial Council of California  Registered Interpreter I.D. # 700580**

Oct. 9, 2020

# I N V O I C E

**Customer**:

Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, California 95113

**Services  performed**:

Supplemental Slovenian translations related to Proofs of Service for the
Lesnik case in Federal court (Case No.: 5:16-cv-01120-LHK)

**Time of service**:

October 6, 2020.

**Agreed fee:**

$ 312.50  (2.5 hrs. @ $125)

Page 52 of 52

Document 32