| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | BILL OF COSTS *Please follow the instructions on page 3 when completing this form.* | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐   NO ☐ |
|---|---|---|

| 1. CASE NAME US ex rel Lesnik et al v Eisenmann SE et al | | 5:16-cv-01120-BLF | 3. DATE JUDGMENT ENTERED | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED ISM Vuzem, d.o.o., ISM Vuzem USA, Inc., Vuzem USA, Inc., Ivan Vuzem, Robert Vuzem, and HRID-Mont, d.o.o. |
|---|---|---|---|---|
| 5. NAME OF CLAIMING PARTY Plaintiff Stjephan Papes | | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") William C. Dresser | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                                                                  (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | 400.00 | Initial filing fee, court record 3/7/2016 | | | |
| Service of Process, Civil LR 54-3(a)(2) | 1. 39.95 | 1. Doc 56 POS, Eisenmann Anlagenbau, Order # 11663501 | | | |
| | 2. 169.95 | 2. Doc 58, Non-Service Report, ISM, Vuzem | | | |
| | 3. 39.95 | 3. Doc 63, POS, Tesla Motors, Inc. | | | |
| | 4. 39.95 | 4. Doc. 64, POS, Eisenman Corp | | | |
| | 5. 39.95 | 5. Doc. 65, POS, Eisenmann Anlagenbau Verwaltung Gmbh, Order #11663502 | | | |
| | 6. 39.95 | 6. Doc 68, POS, Eisenmann SE | | | |
| | 7. 69.95 | 7. Doc. 72, POS, Vuzem, USA | | | |
| | 8. 40.00 | 8. Doc 131, POS, Eisenmann Corp | | | |
| | 9. 183.00 | 9. Brandywine Process Servers inv 11236 | | | |
| | 10. 50.00 | 10. Doc 211, POS, Vuzem USA | | | |
| | 11. 49.50 | 11. Doc. 287, POS, Eisenmann Anlagenbau Verwaltung Gmbh & Co | | | |
| | 12. 49.50 | 12. Doc 288, POS, Eisenmann SE | | | |
| | 13. 125.00 | 13. 2/13/19, One Legal Inv. Order 12789164 | | | |
| | 14. 50.00 | 14. 2/26/19, Secretary of State, Record | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | POS, Vuzem USA, Inc. |  |  |  |
|  | 15.   1,350.00 | 15.  2/20/2019, ,, Translated invoice from Attorney Luka Divjak for service |  |  |  |
|  | 16.   7,464.60 | 16.   11/3/2019 DVA FOKUS reference #S100 201992, invoice for personal and post service in Slovenia on Vuzem defendants |  |  |  |
|  | 17.   269.91 | 17.  2/20/2019 Receipt for copies of pleadings for service |  |  |  |
| b. REPORTERS' TRANSCRIPTS |  |  |  |  |  |
| Transcripts for appeal, Civil LR 54-3(b)(1) |  |  |  |  |  |
| Rulings from the bench, Civil LR 54-3(b)(2) |  |  |  |  |  |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | 18.   38.70<br>19.   27.00 | 18. USDC Invoice 20202832<br>19.  USDC Invoice 20192800 |  |  |  |
| c. DEPOSITIONS |  |  |  |  |  |
| Deposition transcript/video recording, Civil LR 54-3©(1) |  |  |  |  |  |
| Deposition exhibits, Civil LR 54-3©(3) |  |  |  |  |  |
| Notary & reporter attendance fees, Civil LR 54-3©(4),(5) |  |  |  |  |  |
| d. REPRODUCTION, EXEMPLIFICATION |  |  |  |  |  |
| Government records, Civil LR 54-3(d)(1) | 20.   292.89 | 20.     2/5/2020, German Law Firm, Stuttgart District Court Records |  |  |  |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | 21.   88.00<br>22.  88.00 | 21.  2/13/2020, Titan inv #SU327684-02-01<br>22.  2/13/2020, Titan inv #SU SU327684-01-01 |  |  |  |
| Trial exhibits, Civil LR 54-3(d)(4) | 23.   3,628.80<br>24. 725.21 | 23.  2020, Printing Log for Default Motions & 2021 Printing Log for Renewed Motions<br>24.   USPS PRINTOUT |  |  |  |
| Visual aids, Civil LR 54(d)(5) |  |  |  |  |  |

| | | e. WITNESS FEES AND EXPENSES | | | |
|---|---|---|---|---|---|
| Total from itemized Witness Fees worksheet,* Civil LR 54€ | 25.  661.00 | 25. 01/01/2019, PRIVREDNA BANK ZAGREB Wire Transfer #3006244972, for William Dresser Travel costs for Mediation | | | |
| | | f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | 26.  4,625.25 | 26. 2/14/2019, FEDARB inv# F18-M-HM-1212-02P 4/17/2019, Wire Transfer Conf | | | |
| | 27.  3,750.00 | 27. 5/23/2019, FEDARB inv# F18-M-HM-1212-03P | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | 28.  2,342.49 | 28. 2/21/2018, Lingua-Soft Court Translation, email re SAC Papes | | | |
| | 29.  3,063.00 | 29. 10/12/2018, FIBULA inv#37-A-1 | | | |
| | 30.  6,079.05 | 30. 5/31/2019, Link Translation inv#36980, Receipt | | | |
| | 31.  500.00 | 31. 9/1/2020, Bozinovic Invoice | | | |
| | 32.  312.20 | 32. 10/9/2020, Bozinovic invoice and payment | | | |
| | | g. MISCELLANEOUS COSTS | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | 36,692.75 | | $  36,692.76 | $  0.00 | |

| 9. ADDITIONAL COMMENTS, NOTES, ETC: |
|---|
| |

| 10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.<br>Name of Attorney/Claiming Party:<br>SIGNATURE:                                                    DATE: July 26, 2023 | 11. Costs are taxed in the amount of $36,692.76         and included in the judgment.<br>Mark B. Busby<br>Clerk of Court<br>BY: *[signature]*                    Deputy Clerk          DATE: 12/27/2023 |