**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, | Case No.: 5:16-cv-01120-BLF |
| Plaintiffs, | **FIRST AMENDED FINAL JUDGMENT** |
| vs. | |
| EISENMANN SE, et al. | |
| Defendants. | |

IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted by Plaintiffs

Gregor Lesnik and Stjepan Papes against the following Defendants are DISMISSED:

Eisenmann SE

Eisenmann Alagenbau GmbH & Co. KG

Eisenmann Alagenbau Verwaltung GmbH

Eisenmann Corporation

Vuzem USA, Inc.

Telsa Motors, Inc.

Gregurec Ltd

Daimler AG

Mercedes-Benz U.S. International, Inc.

Bayerische Motoren Werke

CiTic Dicastal Co., Ltd.

Volkswagen

LB Metal d.o.o.

D2N Technologije d.o.o.

Primiko d.o.o.

Volvo Car Corporation

John Deere

Lax Fabricating Ltd.

Keystone Automotive

Phoenix Mechanical

Rehau Incorporated

HRD Mont d.o.o.

VV Mont

Magma, Intl

Magma Services Gmbh

Magna, d.o.o.

We-Kr d.o.o.

RIMSA Plus Sp. z.o.o.

Enterprise MDM Poland Sp. z.o.o.

MDM Polska sp. z.o.o.

Moss Servis, d.o.o.

Dicastal North America, Inc.

BMW Manufacturing Co., LLC

Volkswagen Group of America Chattanooga Operations, LLC

Volvo Car US Operations, Inc.

Deere & Company

HRID-MONT d.o.o.

VV Mont, d.o.o.

Magna Automotive Services GmbH

MDM Poland Sp. z.o.o.

Magna International, Inc.

     IT IS FURTHER ORDERED AND ADJUDGED that all claims asserted by Plaintiff Gregor Lesnik against the following defendants, and Claims 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, and 13 asserted by Plaintiff Stjepan Papes against the following defendants, are DISMISSED:

ISM Vuzem d.o.o.

ISM Vuzem USA, Inc.

Robert Vuzem

Ivan Vuzem

     IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered for Plaintiff Stjepan Papes and against Defendants ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Robert Vuzem, and Ivan Vuzem, jointly and severally, on Claim 9 under the Trafficking Victims Protection Reauthorization Act in the amount of $902,242.76, comprising $611,000.00 in damages, $254,550.00 in attorneys' fees, and $36,692.76 in costs.


Dated: _____, 2024

                           _____
                           BETH LABSON FREEMAN
                           United States District Judge