UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES,<br><br>Plaintiffs,<br><br>vs.<br><br>EISENMANN SE, et al.<br><br>Defendants. | Case No.: 5:16-cv-01120-BLF<br><br>**FIRST AMENDED FINAL JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted by Plaintiffs Gregor Lesnik and Stjepan Papes against the following Defendants are DISMISSED:

Eisenmann SE

Eisenmann Alagenbau GmbH & Co. KG

Eisenmann Alagenbau Verwaltung GmbH

Eisenmann Corporation

Vuzem USA, Inc.

Telsa Motors, Inc.

Gregurec Ltd

Daimler AG

Mercedes-Benz U.S. International, Inc.

Bayerische Motoren Werke

CiTic Dicastal Co., Ltd.

| | |
|---|---|
| 1 | Volkswagen |
| 2 | LB Metal d.o.o. |
| 3 | D2N Technologije d.o.o. |
| 4 | Primiko d.o.o. |
| 5 | Volvo Car Corporation |
| 6 | John Deere |
| 7 | |
| 8 | Lax Fabricating Ltd. |
| 9 | Keystone Automotive |
| 10 | Phoenix Mechanical |
| 11 | Rehau Incorporated |
| 12 | HRD Mont d.o.o. |
| 13 | VV Mont |
| 14 | Magma, Intl |
| 15 | |
| 16 | Magma Services Gmbh |
| 17 | Magna, d.o.o. |
| 18 | We-Kr d.o.o. |
| 19 | RIMSA Plus Sp. z.o.o. |
| 20 | Enterprise MDM Poland Sp. z.o.o. |
| 21 | MDM Polska sp. z.o.o. |
| 22 | |
| 23 | Moss Servis, d.o.o. |
| 24 | Dicastal North America, Inc. |
| 25 | BMW Manufacturing Co., LLC |
| 26 | Volkswagen Group of America Chattanooga Operations, LLC |
| 27 | Volvo Car US Operations, Inc. |
| 28 | |

Deere & Company

HRID-MONT d.o.o.

VV Mont, d.o.o.

Magna Automotive Services GmbH

MDM Poland Sp. z.o.o.

Magna International, Inc.

  IT IS FURTHER ORDERED AND ADJUDGED that all claims asserted by Plaintiff Gregor Lesnik against the following defendants, and Claims 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, and 13 asserted by Plaintiff Stjepan Papes against the following defendants, are DISMISSED:

ISM Vuzem d.o.o.

ISM Vuzem USA, Inc.

Robert Vuzem

Ivan Vuzem

  IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered for Plaintiff Stjepan Papes and against Defendants ISM Vuzem d.o.o., ISM Vuzem USA, Inc., Robert Vuzem, and Ivan Vuzem, jointly and severally, on Claim 9 under the Trafficking Victims Protection Reauthorization Act in the amount of $902,242.76, comprising $611,000.00 in damages, $254,550.00 in attorneys' fees, and $36,692.76 in costs.

Dated: __January 10_____, 2024

                _____
                BETH LABSON FREEMAN
                United States District Judge