WILLIAM C. DRESSER, SBN 104375
LAW OFFICES OF WILLIAM C. DRESSER
14125 Capri Drive, Suite 4
Los Gatos, California 95032-1541
Tel: (408) 279-7529
Fax: (408) 298-3306
loofwcd@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES,<br><br>          Plaintiffs,<br><br>     vs.<br><br>EISENMANN SE, et al.<br><br>          Defendants. | Case No.: 5:16-cv-01120-BLF<br><br>Plaintiff Stjepan Papes' Administrative Motion for Issuance of Certificate by the Court of the Finality of the Three Page First Amended Final Judgment Issued January 10, 2024<br><br>Ctrm:     3, 5th Floor<br>Judge:    Hon. Beth Labson Freeman |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Northern District of California Civil Local Rule 7-9, Plaintiff Stjepan Papes hereby moves this Court for issuance of a Certificate by this Court of the Finality of the three page First Amended Final Judgment issued January 10, 2024.

Judgment was issued in favor of Stjepan Papes and against Slovenian persons ISM Vuzem, d.o.o., Ivan Vuzem, and Robert Vuzem, and United States person ISM Vuzem USA, Inc.  Slovenia requires for execution in Slovenia on a Judgment issued by a court in a foreign county a confirmation made by the Court that an appeal against the Judgement is no longer possible and the process is finalized.  This must be issued by the

Court.  A declaration by counsel William Dresser alone is insufficient.  The rule is set forth in the first paragraph of Article 95 of THE LAW ON PRIVATE INTERNATIONAL LAW AND PROCEDURE of Republic of Slovenia:

"(1) Vložnik zahteve za priznanje mora predlogu za priznanje tuje sodne odločbe priložiti tujo sodno odločbo ali njen overjen prepis in predložiti potrdilo pristojnega tujega sodišča oziroma drugega organa o pravnomočnosti te odločbe po pravu države, v kateri je bila izdana."

This translates into English as:

"The applicant of the request for recognition must attach the foreign court decision or its certified copy to the proposal for the recognition of a foreign court decision and submit a certificate from the competent foreign court or other authority on the finality of this decision under the law of the country in which it was issued."

A copy of the entire applicable law is attached to the supporting declaration of William Dresser as Exhibit A.

Federal form AO 451 for a Clerk's Certification to allow a judgment to be registered in another District is attached the declaration of William Dresser as Exhibit B.

The proposed and requested CLERK'S CERTIFICATION OF FINALITY OF JUDGMENT is attached the declaration of William Dresser as Exhibit C.  A copy is being delivered to the Clerk's office for review and execution by the Clerk.

Plaintiff Stjepan Papes thus requests that the Clerk's Certification of Finality of Judgment be executed and provided to counsel for Plaintiff.

Dated: February 22, 2024

_/s/_____
William C. Dresser
Attorneys for Plaintiff
Stjepan Papes