UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.) <br> GREGOR LESNIK; STJEPAN PAPES, ) <br> ) <br> Plaintiffs and Relators, ) <br> ) <br> vs. ) <br> ) <br> EISENMANN SE, et al. ) <br> ) <br> Defendants | No: 16-CV-01120-BLF <br><br> [proposed] <br> Order Granting Plaintiff Stjepan Papes' <br> Administrative Motion for Issuance of <br> Certificate by the Court of the Finality <br> of the Three Page First Amended Final <br> Judgment Issued January 10, 2024 |

Pursuant to Plaintiff Papes' Administrative Motion it is hereby ordered that the Clerk shall issue the CLERK'S CERTIFICATION OF FINALITY OF JUDGMENT attached as Exhibit C to the supporting declaration of William Dresser.

IT IS SO ORDERED

Dated: _____, 2024

                                                              Hon. Beth Labson Freeman
                                                              United States District Judge