UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES,<br><br>  Plaintiffs and Relators,<br><br>vs.<br><br>EISENMANN SE, et al.<br><br>  Defendants. | No: 16-CV-01120-BLF<br><br>ORDER GRANTING PLAINTIFF STJEPAN PAPES' ADMINISTRATIVE MOTION FOR ISSUANCE OF CERTIFICATE BY THE COURT OF THE FINALITY OF THE THREE PAGE FIRST AMENDED FINAL JUDGMENT ISSUED JANUARY 10, 2024<br><br>[Re: ECF 628] |

Plaintiff Stjepan Papes' Administrative Motion (ECF 628) is GRANTED.

The Clerk SHALL issue the CLERK'S CERTIFICATION OF FINALITY OF JUDGMENT attached as Exhibit C to the Declaration of William Dresser filed in support of the Administrative Motion.

  IT IS SO ORDERED

Dated: __February 27__, 2024

_____
Hon. Beth Labson Freeman
United States District Judge