UNITED STATES DISTRICT COURT

Northern District of California

CLERK'S CERTIFICATION OF FINALITY OF JUDGMENT

| UNITED STATES OF AMERICA, ex rel. GREGOR LESNIK; STJEPAN PAPES, <br><br> Plaintiffs, <br><br> vs. <br><br> EISENMANN SE, et al. <br><br> Defendants. | Case No.: 5:16-cv-01120-BLF |
|---|---|

    I certify that the attached three page FIRST AMENDED FINAL JUDGMENT is a copy of a judgment entered by this court on January 10, 2024.

    I also certify that, as appears from this court's records, no motion listed in Federal Rules of Appellate Procedure, Rule 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed.

    The attached judgment is final.

Date: 2/29/2024
MARK B. BUSBY
CLERK OF COURT

_____
Deputy Clerk

Signature