UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

SEP 03 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. GREGOR LESNIK; UNITED STATES OF AMERICA EX REL. STJEPAN PAPES,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ISM VUZEM D.O.O.; et al.,<br><br>        Defendants - Appellees. | No. 23-16114<br><br>D.C. No. 5:16-cv-01120-BLF<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered August 12, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                        FOR THE COURT:

                        MOLLY C. DWYER
                        CLERK OF COURT