# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 3, 2024

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  United States, ex rel. Gregor Lesnik, et al.
v. ISM Vuzem, d.o.o., et al.
No. 24-599
(Your No. 23-16114)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on
November 12, 2024 and placed on the docket December 3, 2024 as No. 24-599.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst